# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Case No. 13cv22020-Williams/White

# The attached hand-written document
# has been scanned and is
# also available in the
# SUPPLEMENTAL
# PAPER FILE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number: _____

FILED by ___ D.C.

JUN 0 4 2013

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. -- MIAMI

_Pedro Cortes Rodriguez Jr._
(Write the full name of the plaintiff)

vs.

_Krome S.P.C._
_Larkin Community Hospital_
_J. O'Conner_

(Write the full name of the defendant/s in this case)

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

I. **Party Information**

A. Plaintiff: _Pedro Cortes Rodriguez Jr._

Address: _Krome S.P.C. 18201 SW 12th St, Miami, Florida, 33194_

Inmate/Prison No.: _099621606_

_Year_ of Birth: _1979_ (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: _Krome S.P.C._   Defendant: _Larkin Community Hospital_

Official Position: _Port of Entry_   Official Position: _ICE MENTAL HEALT SERVICE._

Place of Employment: _Page attach_   Place of Employment: _Page attach_

(Write the full name of each defendant, official position and place of employment. Attach a
separate page if you need additional space for additional defendants. )

ent / div 550 1983 Mia
Case # _____
Judge _____ Mag White
Motn Ifp _WW_ Fee pd $ ~
Receipt # _____

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

I need all this Case Issue's Solve ena or
the law Suit at Court For relief. Because is
also a beat RE-ENTRY Case. Is all attach
to this Document

_____

_____

IV.  Jury Demand

Are you demanding a jury trial?      $\checkmark$ Yes      _____ No


Signed this _____ day of _____, 20 _13_

_____

Signature of Plaintiff


I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: _____

_____

Signature of Plaintiff

Pedro Cortes Rodriguez Jr.                    05/30/2013
Alien # 099621606
Inm# 24404308
 KROME S.P.C.
18201 SW 12Th Street
Miami, Florida 33194


        ATTN: COURT


    Hi hopefully found you having a good day. I'm progressing thank God. The reason of my
letter is because §11:17 Generally  ⁴See Ibrahim V. of Columbia, 357 F. Supp. 2d 187
(D.D.C. 2004) (dismissing for lack of Jurisdiction plaintiff claims of religious discrimination,
denial of access to the courts, and various Eight Amendment violation is a must take this Law
suit to court. There's more issues Standards 26, Correspondence and other Mail §V.J. Postage
Costs. This means see e.G. ⁶Armstrong V. Lane, 771 F. Supp. 943, (C.D. I11 1991) requiring
prison officials to take steps ensure that mail is forwarded. This Port Of Entry is affecting me
real bad they won't let me go after the Re-entry case is beat at court, The Law means to suit
Immigration Or Krome for this issue before they let me out to go home. I also need to suit J.
O'Conner, I'm sending some paperwork and Detainer request, grievance, Brady material
from court, Court paperwork and letter's and the balance whit receive from people that put
money on my account. I reed the document's from you're Court and it should be all good for
you to call this place and start the law suit please, on the otter pages are more easy to see all
the complain issues that need to solve at Court for relief.




                    SINCERELY

Hi krome hopefully found you having a good moment. I'm progressing thank God. This Letter is to inform you that I'm giving total permission to Court to call you and get the need we need to start the Law suit we need; my case is on Krome S.P.C. Is. I-589 one of my names is Johnny Crawford. This is my case on the Port Of Entry that need to be solve. Here is my signature

_Pedro Cortes_ _____
Pedro Cortes Rodriguez Jr.

_May 30, 2013_
Today day

Whit this signature should be enough and there is no need of notary. Because this is for a Law Suit At Court. Thank you for your time.

Pedro Cortes Rodriguez Jr.  Alien# 049621606   Inm#24404305

05-26-13

## ATTN: UNITED STATES DISTRICT COURT SOUTHERN DISTE
## OF FLORIDA

United States Court, hopefuly found you having a good time,
on Pro-gress Reason of my letter, I'm looking for a change of li
I don't know who send me here to Krome S.P.C. Is a port of Ent
§11:12 Menchum decision, Most Court have held that the reason
For transferring a prison, wheter disclosed the to the prisoner or no
are not material to the validity of the transfer as long as the
transfer is one that is permitted by laws. My need is not only
important, butt-but all my right's been violated is alsu going to
affect my Asylum case at Court  [1] 427 U.S. At 242. Extending
the logic of Menchum a multiple series of transfer from institution
to institution would not be unconstitutional. Someone transfer me to
this port of Entry disrespecting Prison Officials and my Constituta
Rights  [2]Lyon V. Farrier, 464 U.S. 837. 105 S. Ct. 140, 83
Ed. 2d 79 (1984) Illinois Courts are not to intervene in matte
within the discretion of the Illinois Department of Corrections,
Krome S.P.C. Can't use this rule [2]Lyon V. Farrier, because §1
Situation in which inmates have established a right to challenge a
transfer? retaliatory and unconstitutional transfer that impair
uccess to the Court [11] Owen V. Shuler 466 F. Supp. S.7.
(N.D. Ind. 1977), aff'd, 594 F.2d 867 (7th Cir. 1979)This
rule help Court. Because I'm having problems on Mail since last
Year is more than te Year we havent receive mail to Send For receive
§11:16  [11] Owen V. Shuler 466 F. Supp. S, 7 (N.D. Ind. 1977, aff
594 F.2d 867 (7th Cir 1979) Weekend delay in distribution of the mail

Name: Pedro Cortes Rodriguez Jr.          Alien# 049621606
                      page 1

facility to another in order to remove an inmate from
segregation did not implicate the inmate's Constitutional right
access to the telephone... Such was protected by the First
Amendment"); Brenneman v. Mulligan, 343 F. Supp. 12
141 (N.D. Cal. 1972). Section § 14:20 Phone Charges. All
calls, I dialed, McGuire v. American Services Inc., 2
F. Supp. 2d 988 (S.D. Ohio 2003) (recipients of inmates
collect Inc., 253 F. Supp. 2d 988 (S.D. Ohio 2003) (recipient
of inmate's collect calls who were subject to "exorbitant
rates" and denied "adequate service" by the telephone
providers and the state could prove existence of an
unconstitutional barrier to free speech and freedom of
association with inmates). This is recorded at the Hot line r
of the Hot line goes by "Break the Silence" ICE has a
Zero tolerance for Sexual abuse & Assault, keep Detention
Safe and Get help an incident involving a detainee or a staff
member by: Calling a toll free number 1 (888) 351-4024 or 9...
[12] Martin v. Loughlin, Johnson v. State of Colo § 11:12  [21] A
defendant who believes that his life is in danger in tha
the jail in which he is being held can apply for a trans
should be ordered. States v. Vessel, 389 So. 2d 1335 (Fla.
Same is happening to me [Section §11:16]  [1] See, generally, R
Access to the Courts: Prisoners right to a Law library, 2
How C.), 91 (1983); Westling & Rassmussen, Prisoner's
Access to the Courts: legal requirement and Practical
realities, 16 to the Court: legal Requirement and Practical
Realities, 16 Loyola U. Chi. LJ. 273 (Winter 1985). Ervin v.
Busby, 492 F.2d 177 (8th Cir. 1993) krome Stop me, my
right to access to courts Black v. Berman, 598 F. Supp.

Name: Pedro Cortes Rodriguez Jr.               Alien # 09962/6...
                    page 3

Conversation triger First Amendment rights to free speech and press telephone policies nationwide). Is the Jury happening from what the News State would Keene S.P.C. [2] See, e.g., Washington V. Reno, 35 F.3d 1093, 1444 Fed. App'x 6538 P (6th Cir. 1994) (holding that telephone access is part of the First Amendment right to communication with family and friends); Feeley V. Sampson; Johnson V. Galli 596 F. Supp. 135, 138 (D. Nev. 1984) (No legitimate governmental purpose to be attained in not allowing reason laws and examining legal materials relevant to ongoing litigation. Adom V. Jones, 784 F.2d 1077 (11th Cir. 1986); The Court authorizes the transfer of an inmate to appeal inst. ton having a law library as a means of alleviating the Prisoner's lack of meaningful access to the courts because of the absence of a law library in the facility in which he was incarcerated. Fort V. Reed supported by the facts. Thank you for your time. All the issues are on the other statement.

# MOTION FOR A LAW SUIT

Hi hopefully found you on a good day. I'm on progress thank God. All the words on this pages are statement to testified at court, the suffering starts since last year. Court I'm going to use the Hand Book for a better understand. Page 5 this is the beginning of the book and I'm going to use the standard of the other pages for more complaint's of that ICE PERFORMANCE pages there is a website also on those pages. This Port Of Entry did not hand me the Detainee Hand Book also and did not have me a pin # to call.

INTRODUCTION
The Krome service Processing Center on Miami is a Detention Facility of the United Sates Immigration and Customs Enforcement (ICE). As such our mission and Custom Enforcement (ICE). As, such our mission is to provide a safe Human and Security Facility, while here. On this page it also states programs and services along whit the department and staff responsible for providing this programs and service to you. On this page my case is on prose's due to my Immigration Detainee is not a safe jail to me. Because is been on the news's about the bad mouth Words on the radio frequency, because when I'm on the privilege line to eat, I see all the guard around non are using the radio frequency or the one close to the gate, and they are very nice. Only who ever is talking so bad on the radio frequency this word's they use are very disrespectful they say lets rape him, we need to kidnap him, they mention bad word's. Sometimes the mention my last name Cortes. I play it off because it could be any other Cortes or me! It makes me feel is me because on the news's channels and news's paper is known. This is the reason why, I call the 9116# the hot line.

Page 6 GENERAL INTRODUCTION: where it states the mission of the service processing Center is to provide for and maintain a set of stand and! Conduct that ensures that Detainee are treated whit respect and dignity and which provides for the best possible care while they are in the Custody of the Facility. Reading the book and the event happening here and at Larkin Community Hospital, it makes me feel is me.

Page 6 and 7 PURPOSE: same issue is on D.H.B. BASIC DETAINEE RESPONSIBILITIES this is on page 8 the words are, it is the policy of ICE to treat detainees whit dignity and respect while maintaining a safe, Secure, and sanitary detention facility.

Page 9 DETAINEE RIGHTS the words are. Detainees have the following rights: The right to protection from personal abuse, Corporal Punishment, unnecessary o r excessive use of force, personal Injury, disease, property damage, disease, and harassment, the right of freedom from discrimination based on race, religion, national origin, national origin, sex sexual orientation, handicap, or political beliefs, the right to pursue a grievance in accordance whit procedures provided in the handbook whit out the fear, or retaliation, the right to pursue a grievance in accordance whit the grievance system Detention Standard and Procedures provided in the Handbook, The right to correspond whit persons or organization, Consistent whit safety, security and the orderly operation of the facility, the right to due process, Included the prompt resolution of a disciplinary matter, already try all that and sending a letter to Minefield office address ICE Miami field Office 865 Sw 78th Avenue, Suite 101 Plantation, Florida 33324. The letter is to complain on the officer J. O'Conner for pushing me against the elevator door, I was also sitting on a wheelchair on whit hand cuffs and on the way to the rack.

Page 10 FUNDS AND PERSONAL PROPERTY
It States, you can request to withdraw money through Detainee cash request form located in the housing unit. It also it states you can fined more information related to funds management in the FINANCE/COMMISSARY section of this Manual. I need to send a Money Order and Krome is not helping because sending the request and using the information on the Manual Book on page 23 FINANCE/COMMISSARY, is for sure someone is forge my identification and the paperwork receive from court same attorney when a Judge got kidnap, and the other paperwork found someone using my identification on his paperwork.. This people wont sign the paperwork for a Law Suit at Court

NAME: Pedro Cortes Rodriguez Jr.   Alien# 099621606 Page 1

I'm sending paperwork because someone forges my name at court

Page 13 LIVING CONDITIONS the Krome Service processing Center utilizes a classification System and house detainees accordingly. This Standard is affected on my case because page 14 CLASSIFICATION words are. Ordinary, detainees are classified upon arrival, before being admitted into the general population. The Classification System will ensure that you are place in the appropriate category and physical separated from Detainees other categories. You will be house, recreated and fed according to other detainees in you're Classification. Each detainee is classified. Each detainee is classified based on information obtained from conviction records, Immigration charging documents, and any official record or information that is verifiable and can be justified under review by official means. The total number of points assessed determines the level of classification this us called you're "Custody Score". They assign me to Level 3 Red color uniform. I'm glad all this is going to court because this is not me or Joe Arpio is involve, Joe Arpio is also involve on the paperwork for a law suit at Arizona. Page 15 CLASSIFICATION REVIEW is not working on my Request and Grievance. Page 16 CLASSIFICATION appeal, noting work here.

Page 19 MISSING OR DAMAGE PROPERTY supervisory personal will be notified when property receipted detainee property is reported missing or damage. Supervisory staff will investigate and, if necessary, take prompt action to prevent further loss. The Deportation officer never handed me the I-387 Form or never try to call for my property F.M.C and my 30 Dollar's.

Page 22 DETAINEE REQUEST FORM GENERAL in order to assist you with questions, request, concern, or other information you need from the staff you may utilized the Detainee request Form. I donned this also place the form in the mail slot designed for this purpose (located at the cafeteria) to prepare a written request. My complain is also, have to do on page 40 GRIEVANCE PROCEDURES it talk about information grievance resolution offers a detainee the opportunity to expediently his or her cause for complain before resorting to the more time consuming Written formal procured. Is or don't work because staff shall make every effort to resolve a detainee's complain or grievance at the lowest level possible, in an orderly and timely manner, I also call the hotline BREAK THE SILENCE it states ICE have zero tolerance for sexual abuse& assault I-888 351-4024 or the Speed dial 9116# they state they will show at court to help out.

Page 25 TELEPHONE ACCESS each house unit has telephones available for telephones available for use. The phones are for collect and debit only, my complain is a series suit because on ICE performance based National Detention Standard 32, page 4. The facility must ensure privacy for legal calls shall not be electronically monitor is by providing telephone where officers, Staff on other detainee will not over heard calls. I believe they also are stealing my money for no reason because calling (800) is for free. The facility must take and deliver telephone messages to detainees as promptly as possible. I receive a message and last the paper. I ask to send me the message the answer is what you are talking about. Page words are very rude.

Page 29 MASTER CALENDAR HEARINGS & THE COURT PROCESS is affecting my case at court because is the 2nd time. Or when the attorney comes to visit me they don't call me or call me when the attorney is gone, or call me and later they say what happened? On the book it states, you will be given s a date to appear at the emigration court. On the Mater Calendar the Judge disrespects me and is not a Individual/Merits Hearing page. He says to the entire attorney's to Deport they're client that's all.

Page 31 LIBRARY they denied my access to the Law Library for 2 extra hours a week, I'm not sure if the same officer is there, but he would say Rape him, Sometimes he would say who is going to kill him to the air he would announce that way giving orders for detainees to lessen, sometimes he would say who is going to kill him, this other officer is almost the same.

On Page 39 or on the other page 6. it states. Postage allowance indigent detainees will be permitted to mail at least five pages pieces or special correspondent or legal mail and 3 pieces or general correspondence each week at governmental expense. The facility will general not limited the amount of correspondence detainees may send at their own expense, We haven't receive envelopes' for more than ½ of year since last year 2012 now is 2013

Page 45 "what to do if you are assaulted" Reported it. I did, I need all this on the Law suit at court please. Thank you for you're time.

Pedro Cortes Rodriguez Jr.  Alien# 099821606   05/27/13

# MOTION TO SUIT J. O'Conner,
## GUARD FOR KROME S.P.C. ICE

This Officer disrespect is a Sample of cases in which Courts
held that injury was sufficiently Series See e.g., [7] McCoy V. Good
255 F. Supp. 2d 233 (S.D. N.Y. 2003)(corrections officers caused second
degree burns to inmates arm and in a Separate incident, cleared the area
of Witnesses, and beat him until he "looked like the elephant man"
SUPPORTED EIGHT AMENDMENT CLAIM FOR Excessive Force) this
rule [7] McCoy V. Good is found on Rule §3:28 on same Rule [8] Sims
Artuz 230 F. 3d 14 (2d Cir 2000) (significant harm is not required) I
not only on a not required [10] Norman V. Taylor, 25 F.3d 1259,
1263 (4th Cir. 1994) (enbanc). The Court indicated that the extraor-
nary Circumstances that it was referring to include Situation
which the Force uses is of a "Sort repugnant to the conscience
of mankind" 25 F.3d at 1263. This Officer slam me or throw
me against the elevator using the wheelchair, hancups on my
arms, and legs. I told the nurse to check my, the injuries, it
is questionable wheter medical records should be accepted
controvertible on a motion for Summary Judgment. "Peres
Olivo V. Gonzalez 384 F. Supp. 2d 536 (D. P.R. 2005) (bru...
ankles) My brist-wrist and ankles bleeding [6] Watson V. Riggi
315 F. Supp. 2d 963 (N.D. Ind. 2004) (Injury to Wrist
but prison physical noted that plaintiff's wrist had good ran
of Motion and prescribed no medication. Incidental bumping on the
elevator [6] Fillmore v. Page 358 F.3d 496 (7th Cir. 2004) on t
elevator [6] Fillmore V. Page 358 F.3d 496 (7th Cir. 2004)
("Incidental bumbing") I did not say nothing to the Guard [6] Outla...
V. Newkirk. Is series [7] For a sampling of cases in which courts
held that injury was sufficiently Serious. I personal think
did it intentional [7] McCoy V. Good. 255 F. Supp. 2d 233

# Law Suit

## REASON—REASON'S

1. Abuse & Assault — STANDARD 14

2. Forge of Identification; and the Case at Court. — Page 5, 8, 9, 10, 13, 1...
16, 17, 19

3. Funds and personal property — Page 10

4. Finance / Commissary — Page 23

5. Telephone Access — STANDARD 3:1

6. Law Library — STANDARD 36

7. Mail Service — STANDARD 31

8. Classification System — STANDARD 5

9. Grievance System — STANDARD 35

10. Staff-Detainee Communication — STANDARD 16

11. Detainee hand book — STANDARD 34

12. Transfer of Detainees — STANDARD 41

13. Religious Practice

14. Re-Entry Case

6

**Krome Proccessing Center**

18201 SW 12th St. Bldg 10C
Miami, FL 33194

Transaction # 145897

Receipt # 33006

**Detainee: CORTES RODRIGUEZ, PEDRO
(99621606)**

Date: 3/19/2013 5:58 AM

Employer: POD 1-6

| | |
|---|---|
| Pay | $5.00 |
| **Total Added to Account** | **$5.00** |
| *Current Cash Balance* | *$25.00* |

User: Accounting

Printed 3/19/2013

Signature

**Krome Proccessing Center**

18201 SW 12th St. Bldg 10C
Miami, FL 33194

Transaction # 152113

Receipt # 34038

**Detainee: CORTES RODRIGUEZ, PEDRO
(99621606)**

Date: 5/14/2013 6:25 AM

Employer: POD 1-6

| | |
|---|---|
| Pay | $6.00 |
| **Total Added to Account** | **$6.00** |
| *Current Cash Balance* | *$15.00* |

User: Accounting

Printed 5/14/2013

Signature

Pedro Cortes Rodrigues Jr. Alien# 099621606  02/14/2013

Hi Plantation hopefully found you having a good day. I'm sending you this Complaint because train the Grievance Just don't work they never send me the answer of the complaint. Also is on the Asylum Paperwork, I saw one more identification on the desk at North Carolina Federal Center. Some one was using my Identification Because we only have 2 Identifications, I took it whit me, I was whit 3 Identification's  these place is known for Identity theft also No one told me to come to Larkin Community Hospital or Krome They also some did took me out of C.C.A. Or Arizona Jail. There is something fishy some one is doing a Fraud. I'm also suing my old and X Attorney. Let me know please what's going to Happened because I'm going to take these Case to Court Some one is Disrespecting and I'm train to Clear my Identification My Original Name is Johnny Crawford or Gilbert Gitlar Or Kurtis Nielson Larsen now you Might Understand I'm an original LARKIN Family Member any of you're help to take these case to Court on a law suit will help me a lot. I'm also going to ask for my transfer to a different Jail because I'm not going to trust the Judge Adam Opaciuch because he Escape on 1975  because he try to disrespect use a Crawford Last name and he's an indigena whit no Education From Anngaguan Michoacan Mexico Whit out Education he didn't even knew how  reed Spanish or English now Look's he Learn. Because is hem again because he's Brother help hem came back on 1980 there is a report Adam broteher is the same one that Scape on 1970 bacause he kidnap Atheerton's from Utah they got kill also and he's a rapest. And more Charges those where the Original Charges the Dead penalty was for sure but he scape from here Krome. Hopefully you understand me and heard from you soon whit very good news's. Thank you for you're time

SINCERELY

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 EXPIRES 8-31-02 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) |
|---|---|
| I C E – Miami Field Office 865 SW 78th Avenue, Suite 101 Plantation, Florida 33324 | Pedro Cortes Rodriguez Jr. Alien #094621400 Krome Service Processing Center 18201 S.W. 12th Street Miami, Florida 33194 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M) |
|---|---|---|---|---|
| MILITARY ☐ CIVILIAN | 04-05-1979 | None | August, 2012 | AM |

**8. Basis of Claim** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary)

These happened at Larking Community Hospital 7031 S.W. 62nd Avenue, South Miami, Florida 33173 Officer J.O. Conner ICE. Officer cause the injury. I'm still hurt Sometimes, I feel a shock on my Knee's, I Was on a Wheel Chair. I'm not sure because if he was looking or not he and these other officer always do the same take people to the racks pushing the inmate berry disrespectful hitting the wall's whit the corner of the front of the Wheel Chair feet. Officer Conner Push me against the elevated berry Chair Very hard the Wheel Chair almost flip to one side it was clear the elevated door Make me bounce back whit me on it there's also no Camara it Make's

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code) Krome is on charge or Larkin C.H. Krome S.P.C. 18201 S.W. 12th Street Miami Florida 33194

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side) Property Location Larking Community Hospital. My Knee got hurt against the elevated Siting on the Wheel Chair I'm not sure if it was one of the Wheel Chair missing one of the Good wheel.

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT The Doctor's Wouldn't treat me, They Saw my feet Knee Swollen, they all stay quiet they say they where going to treat me later never did. On the other Camara's by the entrance to I.C.E. 3rd floor the camara can show you, I was walking side ways whit my Swollen and green Collar. Also mentioning the entrance the First day at Larkin community Hospital

**11. WITNESSES**

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| Only them | Same Larkin C.H. |

**12.** (See instructions on reverse)   AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| Wheel Chair | Knee Injury | None | The accident treat me |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone number of signatory | 14. DATE OF CLAIM |
|---|---|---|
| Pedro Cortes | | 02-15-2012 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Imprisonment for not more than five years and shall be subject to a fine of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. (See 18 U.S.C.A. 287.) |

95-108
Previous editions not usable

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14

B. *Principal Purpose:* The information requested is to be used in evaluating claims

C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.

D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## INSTRUCTIONS

Complete all items – insert the word NONE where applicable

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in item #12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

Failure to specify a sum certain will result in invalid presentation of your claim And may result in forfeiture of your rights.

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or other aspect of this collection of information, including suggestions for reducing this burden,

to Director, Torts Branch
Civil Division
U.S. Department of Justice
Washington, DC  20530

and to the
Office of Management and Budget
Paperwork Reduction Project (1105-0008)
Washington, DC  20503

## INSURANCE COVERAGE

In order that subrogation claims be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance?   ☐ Yes, if yes give name and address of insurance company (*Number, street, city, State, and Zip Code*) and policy number.   ☐ No

*Immigration Insurance it should be verry good because I'm on Immigration Custody*

16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?

*None*

17. If deductible, state amount

*None*

18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim? (*It is necessary that you ascertain these facts*)

*None if in the Future Money it would be*

19. Do you carry public liability and property damage insurance?   ☐ Yes, if yes, give name and address of insurance carrier (*Number, street, city, State, and Zip Code*)   ☐ No

*I Should Carry because I'm an Inmate.*

* U.S. GOVERNMENT PRINTING OFFICE: 1989—241-175

SF 95 (Rev. 7-85) BACK

8. These happened at Larking Community Hospital 7031 S.W. 62Nd Avenue, South Miami, Florida 33143 Officer J. O. Conner I.C.E. Officer Cause the Injury. I'm Still hurt Sometime's, I feel a shock on My Knee's, I was on a Wheel Chair. I'm not sure because if he was looking or not he and these other Officer always do the same take people to the rack pushing the inmate berry disrespectful hitting the wall's whit the corner of the front of the wheel chair feet. Officer Conner Push me against the Elevated berry Clear very hard the wheel chair almost flip to any side it was clear the elevated door make me bounce back whit me on it there's also no Camera it make's me feel and make's me Suffer a lot because there is no Camera on or around the elevated for the Honorable Judge see what's going on and the people from Miami and all Hispanic Born on the United State's see What's going on the threat against Mexican's.

I can't call the Inspector because any Hot line can't be call because the phone's are stricted to call any Hot Line.

These Officer's talk so much bad word even when we ask them or on the radio frequency are very disrespectful they also talk about Violar, he's a rat on English word Violar is Rape, is been on the news's they do all the bad talk on the radio frequency and on our back, Not only that is Danger them to hurt me. Also their name's on their shirt's are so coincidence That don't Match their race or who they say they are. That they are very disrespectful that is no good because Inmate's are lessening what they say sound's all the report's and anything that happened here is truth of what is going on the Charge's agein's the Judge.

9. Krome is on Charge of Larking C.H. Krome S.P.C. 18201 S.W. 12th Street Miami, Florida 33194.

Property Location Larking Community Hospital. My knee got hurt against the elevated sitting on the Wheel Chair I'm not sure if it was one of the wheel Chair missing one of the Good Wheel.

10. The Doctor's wouldn't treat me, they saw my feet swollen they all stay quiet they say they where going to treat me later they never did. On the other Camera's by the entrance to I.C.E. 3rd floor the camera can show you, I was walking side ways whit My swollen and green collar. Also mentioning the entrance the first day At Larking Community Hospital August 17 Not The 15th they took me thru the Kitchen on the back of Larking not thru the front, they also talk or mention Vamoos a Matarlo they are block skin they shouldn't mention Let's kill hem they also say that on the Radio Frequency They are very disrespectful that's one of the reason's why I'm mentioning their full name's because is bad, I was on the recoil War here on the United States on 1977 The king of Africa got kill one of the public watching me and the Army March suddenly some one from the public lift the gun and shot the King of Africa That's the reason why Martin Luther king was and and African American's helping Hitlar on the War.

12a. Wheel Chair.      12b. Knee injury      12c. None    12d. They wouldn't treat me.

15. Immigration Insurance it should be very good because I'm on Immigration Custody.

18. Unknown    19. I should carry because I'm an Inmate.

## VISITATION BY LEGAL REPRESENTATIVES
### ICE Performance Based National Detention Standard 32

### A.  Hours of Access

Legal visitation must be permitted seven (7) days a week for a minimum of eight (8) hours on weekdays and four (4) hours on weekends and holidays. Legal visitations must not be interrupted for meals on regular business days, or terminated for routine official counts on any day. If a legal visit takes place during a scheduled meal, the detainee must receive a meal after the visit.

### B.  Access (Attorneys and Legal Representatives)

Attorneys without bar cards must be granted access if they show other available documentation (for example, a letter from a law firm) to demonstrate bar membership. An attorney, legal assistant, or an accredited representative does not have to submit a Form G-28 (stating that they are the legal representative of the detainee) for a pre-representation interview. Legal assistants, law graduates not yet admitted to the bar, and non-attorneys with appropriate identification should be allowed entry upon presentation of a letter of authorization from a supervising attorney who is representing the detainee. in addition, interpreters accompanying legal representatives, should be allowed entry.

### C.  Privacy

An attorney or legal representative must be provided with a private room to conduct a meeting. These meetings cannot be subject to audio observation, but visual observation may be permitted for security reasons. Meetings, particularly those that can be held in a private room, should be afforded the greatest degree of privacy possible under the circumstances. Attorneys, legal representatives, law students, and legal assistants must be allowed to provide the detainee with paper documents, and the detainee has the right to retain or have reasonable access to them. Materials provided by legal representatives may be inspected, but must not be read, by facility staff.

### D.  Strip Searches

Detainees should never be strip searched unless there is a reasonable suspicion that detainee is concealing contraband. A legal visit does not constitute reasonable suspicion and should not be the reason for a strip search. If standard operating procedures at a facility require strip searches after every contact visit with a legal representative, the facility must provide an option for non-contact visits with legal representatives.

### E.  Consultation for Detainees Subject to Expedited Removal

Prior to the credible fear interview and while the Asylum Officer's decision is under review, detainees are entitled by statute to meet, in person or by phone, with any persons of their choice for a consultation. These consultations are for the general purpose of discussing immigration matters.

### F.  List of Pro Bono Legal Organizations

ICE shall provide the facility with the list of pro-bono legal organizations that is updated quarterly by the Executive Office for Immigration Review (EOIR). The list must be posted clearly.

### G.  Legal Visitation for Detainees in Segregation

Detainees in segregation shall be allowed to have legal visitation, but facility administrators may take special security measures after notifying the legal representative.

- Immediate family or others for detainees in personal or family emergencies or who otherwise demonstrate a compelling need (to be interpreted liberally).

**B. Free Calls**

1.   All ICE detainees, including those in segregation, must be able to make free calls to consular offices and to the legal service providers on the ICE/DRO free legal service provider list, at no charge to the detainee or to the receiving party. Any denial of direct or free calls for detainees in segregation can only be made for compelling and documented reasons related to safety, security, and good order of the facility.

2.   Indigent detainees will not be required to pay for calls to the offices and individuals listed above in Section **A** ("Direct Calls"). Indigent detainees can also request free calls to immediate family or others in personal or family emergencies or for a compelling need.

**C. Telephone Access and Privacy**

Detainees are required to have reasonable access to telephones during waking hours. There must be one working phone for every 25 detainees. A facility may only restrict the number or duration of phone calls for reasons of phone availability, orderly facility operations, such as counts or meals, and in cases of emergency. Any time limits placed on legal telephone calls must be no shorter than 20 minutes. The facility must ensure privacy for legal calls by providing telephones where officers, staff, or other detainees will not overhear calls. Legal calls shall not be electronically monitored without a court order. If the facility monitors all calls, notice of monitoring must be displayed at each monitored phone along with the procedures for requesting an unmonitored call to a court, legal representative, or legal service provider. Detainees should be able to contact family members detained at other facilities. The facility must take and deliver telephone messages to detainees as promptly as possible.

## LEGAL RIGHTS GROUP PRESENTATIONS
### ICE Performance Based National Detention Standard 37

Attorneys and BIA-accredited legal representatives have the right to conduct legal rights presentations in detention facilities. At the request of outside organizations, ICE/DRO-approved electronically recorded presentations shall be shown at least once a week. Organizations may hand out approved written materials at presentations, and written or electronic materials may be distributed nationally if approved by ICE/DRO. Legal assistants may make rights presentations provided they have a letter indicating that rights presentations are being conducted under the supervision of an attorney. People who wish to make presentations should submit a written request to the ICE/DRO Field Office Director, and send a copy of the request to ICE Chief Counsel, 30 days before the date of the presentation. Approved informational posters announcing legal rights presentations must be displayed clearly in housing units at least 48 hours prior to the presentation and the housing unit officer shall provide a sign-up sheet for the event at least 48 hours prior to the presentation. At least one hour of uninterrupted time should be granted for each rights presentation. ICE/DRO and jail officials may observe and monitor the presentations, but cannot interrupt. Presenters shall be permitted to meet with small groups of detainees following a presentation, and ICE/DRO and facility staff shall not be present during these meetings.

## LAW LIBRARIES AND LEGAL MATERIALS
### ICE Performance Based National Detention Standard 36

**A. Hours of Access**

Detainees must be permitted access to the law library for at least five hours per week, and may not be forced to spend any part of their minimum recreation time to use the law library. The same access must be provided to detainees in segregation, unless compelling security concerns require limitations.

mail. In SPCs and CDFs all general correspondence and other mail must be inspected when the detainee is present.

### B.  Outgoing Mail

Outgoing special correspondence and legal mail must not be opened, inspected, or read. Special Correspondence or Legal Mail must be clearly marked as such to receive protections. Outgoing general correspondence and other mail must be inspected in the presence of the detainee if the addressee is another detainee or if there is reason to believe the item might present a threat to the facility's security, endanger the recipient or public, or might facilitate criminal activity. Outgoing mail shall be delivered to the postal service no later than the day after it is received by the facility staff or placed by the detainee in a designated mail depository, excluding weekends and holidays.

### C.  Rejection of Mail

Incoming and outgoing mail may be rejected to protect the security of the institution, to protect the public, or to deter criminal activity. Both the sender and addressee will receive a written notice, with an explanation and the signature of the authorizing official, when mail is confiscated or withheld (in whole or part). Detainees shall receive a receipt for the confiscated item(s).

### D.  Postage Allowance

Indigent detainees will be permitted to mail at least five (5) pieces of special correspondence or legal mail, and three (3) pieces of general correspondence each week at government expense. The facility will generally not limit the amount of correspondence detainees may send at their own expense.

### E.  Writing Supplies

The facility shall supply writing paper, writing implements, and envelopes at no cost to the detainees.

### F.  Facsimile (Fax) Communications

If timely communication is not possible through the mail, the facility administrator may allow for some communication with a detainee's legal representatives by fax machine.

## CLASSIFICATION SYSTEM
### ICE Performance Based National Detention Standard 5

All facilities shall ensure that detainees are housed according to their classification level. "Level 1" classification may include detainees with minor criminal records and nonviolent felonies, but may not include detainees with a felony conviction that included an act of physical violence, or an aggravated felony conviction. Level 1 Detainees may not be housed with Level 3 Detainees. "Level 2" classification may not include detainees whose most recent conviction was for any offense in the highest severity category, including assaulting any person or threatening bodily harm, and may not include detainees with a history of violent assaults, whether convicted or not. Under no circumstances will a Level 2 detainee with a history of assaultive or combative behavior be placed in a Level 1 housing unit. "Level 3" classification detainees are considered high-risk, requiring medium to maximum-security housing. All facilities shall have procedures by which new arrivals can appeal their classification level. The Detainee Handbook shall include an explanation of the classification levels and the procedures by which detainees may appeal their classification.

## GRIEVANCE SYSTEM
### ICE Performance Based National Detention Standard 35

Each facility must develop standard operating procedures that address detainee grievances, including emergency and medical grievances, and must guarantee against any retaliation. An informal procedure must be in place for a detainee to present orally his or her concern to any staff member at any time. Each

manner they understand. Detainees must also be given in writing the name, address, and phone number of the facility to which they are being transferred. ICE must inform detainees that it is their responsibility to notify family members of the transfer. Transfers are never allowed for retaliatory purposes.

### B. Medical Procedures and Information Required for Transfer

The facility health care provider will be given sufficient advance notice prior to the transfer in order to accommodate any medical needs of the detainee. The sending facility's medical staff will prepare a transfer summary to accompany the detainee. The medical provider must ensure that all client medical records and at least seven days of medication (15 days for tuberculosis (TB) medication) accompany the detainee (*See* PBNDS Standard 22, Medical Care, § V.S. Continuity of Care). Non-medical staff must understand that medical information is on a need-to-know basis and must protect the privacy of the detainee's medical information to the greatest extent possible. (*See* PBNDS Standard 22, Medical Care § U.4. Confidentiality and Release of Medical Records). Transporting officers will be given instructions and medications for the detainee's care during transit.

### C. Property

Detainees should be given the following materials to keep in their possession during transfer (unless these items pose a security risk): all legal materials, cash, small valuables, address books, correspondence, dentures, prescription glasses, small religious items, photos, and similar small property. If the receiving facility will not accept larger or excess items, the detainee may have them shipped to an address of their choosing. If the detainee cannot afford postage, the sending facility will pay for shipping. If there is no address to ship the large items to then the sending facility must store the property.

### D. Phone Calls

After notification of transfer, detainees are normally not allowed to make or receive phone calls until reaching the new facility. Indigent detainees will be permitted to make one domestic phone call at government expense upon arrival at the final destination. Non-indigent detainees shall have access to make phone calls at their own expense in accordance with the Telephone Access Detention Standard.

### E. Food and Water During Transfer

Food and water will be provided during any transfer. Food for any transfer that is longer than six hours will be provided in accordance with the "Meals" section of the PBNDS Standard 3 "Transportation (By Land)." If the transfer occurs during a scheduled meal, the detainee shall be provided with that meal during the transfer.

## MEDICAL CARE AND HUNGER STRIKES
### ICE Performance Based National Detention Standard 22 & 21

### A. General Access to Health Care

Facilities must provide each detainee with an initial medical, mental health, and dental screening. There also must be a health appraisal, including a physical examination, within 14 days of arrival at the facility. Facilities must have a designated administrative health authority, which must provide the detainee population with medical screenings, primary medical care, and emergency care, specialized health care, mental health care, and hospitalization within the local community. There must be a physician, dentist, and mental health professional on call and available 24 hours a day. If language difficulties prevent the health care provider officer from communicating with the detainee, the officer must obtain translation assistance. Each facility is required to have a procedure for "sick call," where medical personnel respond to detainees' requests for medical services. All sick call requests must be received and responded to by medical personnel within 48 hours of the detainee request.

### G. Involuntary Use of Psychotropic Medicine

Involuntary administration of psychotropic medications to detainees shall comply with established guidelines and applicable laws and shall only be performed pursuant to the specific, written and detailed authorization of a physician.

## RECREATION
### ICE Performance Based National Detention Standard 29

### A. Requirements

Detainees should be placed in facilities that provide outdoor recreation. If the facility does not have an outdoor area, a large recreation room with exercise equipment and access to sunlight will be provided. A facility lacking any recreation area may only be used in exceptional circumstances to provide short-term housing for detainees. If outdoor recreation is not available, a detainee will be eligible for a voluntary transfer to a facility providing outdoor recreation after six months. If neither indoor nor outdoor recreation is available, a detainee will be eligible for a voluntary transfer to a facility providing recreation after 45 days.

### B. Schedule

Each detainee shall have access to outdoor or indoor recreation for at least one hour daily. In SPCs and CDFs, detainees will have access to outdoor recreation every day, including weekends. Detainees may not be forced to miss basic law library privileges for recreation privileges. Detainees in segregation for either administrative or disciplinary purposes must receive recreation, outside their cell, separate from the general population for one hour each day, at least five days a week. Detainees in segregation can only be denied access to recreation after written authorization from the facility administrator that they pose an unreasonable risk, even when recreating alone. A detainee in Disciplinary Segregation may temporarily lose recreation privileges upon a disciplinary panel's written determination that he or she poses an unreasonable risk to the facility, himself or herself, or others.

## RELIGIOUS PRACTICES
### ICE Performance Based National Detention Standard 30

Detainees are to be provided reasonable opportunities to participate in religious practices that are deemed essential by their faith. Religious headwear is permitted in SPCs and CDFs, including kufis, yarmulkes, turbans, crowns, headbands, and headscarves. Detainees shall have access to personal religious property; religious property includes but is not limited to prayer beads, rosaries, oils, prayer rugs, phylacteries, medicine pouches, and religious medallions. Each facility will accommodate religious and dietary requirements of detainees within reason, including fasting, restricted diets, modified menus, and providing meals at unusual hours.

## VOLUNTARY WORK PROGRAM
### Operations Manual ICE National Performance Based Detention Standard 33

Every facility with a work program will provide detainees who are physically and mentally able to work the opportunity to work and earn money. Work assignments will depend on the detainee's classification level. Level 3 detainees will not be given work opportunities outside their housing living units, and no ICE detainees, including Level 1 and 2 detainees may work outside the secured perimeter of the facility. Detainees in SPCs and CDFs will not be permitted to work more than eight hours a day, 40 hours a week. Work assignments are voluntary. Detainees may be removed from work programs for unsatisfactory performance, disruptive behavior, infractions of rules, or physical inability to perform the job.

# SEARCHES OF DETAINEES
## ICE Performance Based National Detention Standard 13

### A. Search of Detainee Housing and Work Areas

Staff may routinely search the detainee housing and working areas without notice. However, staff must keep written documentation of all searches and provide the detainee with a receipt for any property that is taken during a housing search.

### B. Body Searches of Detainees

Staff may conduct a pat search, which does not require the detainee to remove clothing, on a routine or random basis. Staff shall not conduct routine strip searches. Strip searches, which are a visual inspection of all body surfaces that requires the removal of clothing, can only be conducted if there is reasonable suspicion that contraband may be concealed on the person. Reasonable suspicion is more than a staff person's hunch. During a strip search, the inspector should refrain from touching the detainee, and searches shall be made in a manner designed to assure as much privacy as possible. Only an inspector of the same gender as the detainee can conduct a strip search, unless there is an emergency. In emergency cases requiring opposite gender inspectors there must be two staff members present. Body cavity searches are only allowed under reasonable suspicion. Body cavity searches must be conducted by medical personnel and can only be conducted by a person of the same gender. More intrusive procedures using major medical instruments can only be conducted for medical reasons with detainee's consent. Body cavity searches using more than fingers or simple instruments are not allowed. For both strip searches and body cavity searches, staff must first attempt a less intrusive search.

### C. "Dry Cell" Status

Facility administrators may call for a detainee to be placed in a room or cell for close observation, called a "dry cell," if there is reasonable suspicion that the detainee ingested or concealed contraband. Detainees shall be advised of the reasons for being placed in dry cell and informed of how to request necessary items. Detainees in dry cell must be provided access to water, telephone, legal materials, personal mail, and hygiene products. The detainee must be served regular meals and cannot be given laxatives, other than natural ones such as coffee or prune juice. A person of the same gender must conduct observation, and medical staff must monitor the detainee's medical and mental health status. The Administrative Segregation review official must review the status of a detainee under close observation for as long as three days. Keeping a detainee in dry cell for over seven days requires prior approval by the facility administrator and medical staff.

## SEXUAL ABUSE AND ASSAULT PREVENTION AND INTERVENTION
### ICE Performance Based National Detention Standard 14

The United States has a zero tolerance standard regarding rape and sexual assault in any and all detention facilities. Anyone committing sexual abuse or assault against a detainee can face criminal sanctions. ICE DRO takes any allegations of sexual misconduct, abuse, and assault very seriously, and expects all facilities to do the same. Sexual conduct between staff and detainees, regardless of whether the conduct is consensual, is never allowed. Detainees must receive information about the facilities Sexual Abuse and Assault Prevention and Intervention Program during orientation and in their Detainee Handbook. Any person who reports sexual abuse must be taken seriously, responded to non-judgmentally, and immediately offered protection from the person who committed the sexual abuse or assault. Victims of sexual assault should be transferred to receive medical care at a community medical facility. Victims must receive a medical evaluation, infectious disease testing if necessary, and evaluation and counseling by a mental health professional. Retaliation against any person who reports sexual abuse or assault is prohibited. All records related to incidents of sexual abuse or assault must remain confidential and staff must be particularly vigilant to only release information for legitimate need-to-know reasons.

Note: available electronically at: www.state.gov/g/drl/rls/hrrpt/

11. *Human Rights Watch – World Report.*
     One bound volume.
     Updated: Annually

12. *UNHCR Handbook on Procedures and Criteria for Determining Refugee Status.*
     One bound pamphlet.
     Download 61-page pamphlet from http://www.unhcr.org
     Updated: Irregularly

13. *Considerations for Asylum Officers Adjudicating Asylum Claims From Women.*
     Immigration and Naturalization Service Memorandum dated May 26, 1995.

14. *Affirmative Asylum Procedures Manual*
     161-Page Manual
     Updated: Irregularly

15. *AILA's Asylum Primer, 4th Edition.*
     One Soft bound volume.
     Updated: Irregularly

16. *Rights of Prisoners.* 3rd Edition by Michael B. Mushlin
     Three volumes, published 2003
     Updated: Annual pocket parts

17. *Federal Habeas Corpus, Practice & Procedure.* 5th Edition
     Two volumes hardbound 2005 with current supplement
     Updated: Annual pocket parts

18. *Federal Civil Judicial Procedure and Rules.*
     Paperback volume.
     Updated: Re-issued annually, usually in March

19. *United States Code, Title 28. Rules Appellate procedure pamphlets I + II.*
     Only the two softbound volumes contain the U.S. Court of Appeals Rules.
     Updated: Annually, usually in June

20. *Federal Criminal Code and Rules.*
     Paperback volume.
     Updated: Published annually, usually in March

21. *Criminal Procedure (Hornbook).* By LaFave, Israel, and King
     One volume, 2004
     Updated: Published irregularly

22. *Legal Research in a Nutshell.* 9th edition by Cohen and Olson
     Paperback volume, published 2007.
     Updated: Published irregularly

23. *Legal Research, Writing, & Analysis* by Murray and DeSanctis
     One Volume, 2005.

## INTRODUCTION

The Krome Service Processing Center at Miami, Florida is a detention facility of the United States Immigration and Customs Enforcement (ICE). As such, our mission is to provide a safe, humane and secure facility. While here, you have certain rights and responsibilities, which are explained in this booklet. Sanitation and personal hygiene are very important in communal living. You are required to maintain a high level of personal cleanliness and assist in the general cleaning of your housing unit.

By carefully reading this booklet, you will have a better understanding of your rights and responsibilities during your confinement at this facility, your programs and services along with the departments and staff responsible for providing these programs and services to you.

Your housing unit officer is available for any questions or concerns you may have regarding the information contained in this booklet.

Anthony M. Aiello, Assistant Field Office Director
January 2011

Recreation Facilities.................................................. Page 24
Interpretive Services for Essential Communication........... Page 25
Telephone Access.................................................... Page 25
   • Phone System Instructions................................. Page 26
Religious Services................................................... Page 29
The Court Process................................................... Page 29
   • Master Calendar Hearings.................................. Page 29
   • Individual Merits Hearing.................................. Page 30
Library............................................................... Page 31
Law Library.......................................................... Page 32
Typewriters and Computers....................................... Page 32
Visitation............................................................ Page 33
   • Special Visitation Requests................................ Page 33
Attorney Visits...................................................... Page 34
Consulate and Immigration Court................................ Page 35
Marriage Requests.................................................. Page 35
Correspondence..................................................... Page 36
   • Rejection of Incoming and Outgoing Mail................ Page 37
   • Procedures for Outgoing Mail............................. Page 38
   • Incoming and Outgoing Mail Inspection.................. Page 38
   • Package Requests............................................ Page 39
Legal Mail........................................................... Page 39
Group Legal Rights Presentations................................ Page 40
Grievance Procedures.............................................. Page 40
Emergency Grievances............................................. Page 43
   • Medical Emergency Grievances............................ Page 43
Suicide Prevention.................................................. Page 43
Sexual Assault Awareness.......................................... Page 43
Voluntary Work Program........................................... Page 47

**III. Disciplinary System**

Use of Force........................................................ Page 49
Segregation.......................................................... Page 49
Sanction Codes...................................................... Page 52

# GENERAL INTRODUCTION

The mission of the Service Processing Center is to provide for and maintain a set of standards and conduct that ensures that detainees are treated with respect and dignity and which provides for the best possible care while they are in the custody of the facility. We will constantly strive to set an example of a professional who performs his/her duties according to the laws of our country, state, and community, and the policies, procedures, written and verbal orders, and regulations of the Service. Officers will keep the facility secure so as to safeguard our community and the lives of the staff, detainees and visitors on the premises. The facility staff will work with each individual firmly and fairly without regard to status or condition. Officers will maintain a positive demeanor with detainees. Officers will report in writing or verbally those things that should be reported. The officers will manage and supervise the detainees in an evenhanded and courteous manner, and refrain at all times from becoming personally involved with the lives of the detainees and their families. Staff will treat all detainees and their respective visitors with politeness and respect and ensure they observe the facility regulations. Officers will communicate with detainees in a manner that ensures mutual respect and compliance with the facility rules and regulations, and which benefits the general well-being and security of the facility.

The Krome Service Processing Center follows the U.S. Immigration and Customs Enforcement (ICE) Performance Based National Detention Standards (PBNDS). All employees at Krome SPC are committed to the oversight and well being of the detainees in custody in order to employ the best practices and industry standards to improve the quality of life and the conditions of confinement for every individual ICE detainee.

# PURPOSE

The purpose of this handbook is to explain to detainees the specific rules, regulations, policies and procedures that must be followed while in custody at the Krome Service Processing Center. The handbook will also help provide detainees with a general overview of the programs, rules, regulations and services of the facility. Detainees will be held accountable for their actions while in custody at this facility. Therefore, it is each detainee's responsibility to become familiar with the contents of this handbook.

A copy of this handbook will be issued to each detainee upon intake. Pertinent sections will be posted on the bulletin boards in each detainee housing unit and other bulletin boards throughout the facility. All detainees are required to acknowledge, by signature, receipt of the handbook.

## KROME SPC MAILING ADDRESS

Instruct these sending you mail to always include your name and "A" Number in all correspondence:

ATTN: (Your name): _____
(Your ICE A-No.) _____ **(Mandatory)**
Krome Service Processing Center
18201 SW 12TH Street
Miami, Florida 33194

## BASIC DETAINEE RESPONSIBILITIES

It is the policy of ICE to treat detainees with dignity and respect while maintaining a safe, secure, and sanitary detention facility. It is expected that staff will receive your full cooperation while you are waiting the processing of your case. In the simplest terms, you are expected to adhere to the following:

1. Follow and obey rules, laws, policies, and procedures.
2. Obey all orders as given by staff members.
3. Respect staff and other detainees at all times.
4. Respect government property and the property of others.
5. Keep yourself, your clothing, and living area clean at all times.
6. Obey all safety, sanitation and security rules, policies, and procedures.

If you observe and comply with the above guidelines, you should have no problems while detained at this facility awaiting the outcome of your hearing. When addressing staff, you will not refer to them by first name, or a nickname created by others. Rather, refer to uniformed staff by their rank and last name (e.g., Officer Cole, Lt. Ramirez). Refer to non-uniformed staff by title and last name (e.g., Dr. Jones, Nurse Scott) or by Mr., Mrs., Ms., followed by their last name. Staff members will address you in the same manner if they know your name. It is unreasonable to expect staff to know all detainees within a facility by name. However, the staff member will address you in an appropriate manner.

## DETAINEE'S RIGHTS

Detainees have the following rights:

- The right to protection from personal abuse, corporal punishment, unnecessary or excessive use of force, personal injury, disease, property damage, and harassment;

- The right of freedom from discrimination based on race, religion, national origin, sex, sexual orientation, handicap, or political beliefs;

- The right to pursue a grievance in accordance with procedures provided in the Handbook without fear of retaliation;

- The right to pursue a grievance in accordance with the Grievance

System Detention Standard and procedures provided in the handbook;

- The right to correspond with persons or organizations, consistent with safety, security, and the orderly operation of the facility; and

- The right to due process, including the prompt resolution of a disciplinary matter.

## ICE LOCAL CONTACTS

The messaging system for detainees located at Krone SPC is (305) 207-2202. Emergency messages will be forward to the detainee as soon as possible.

The Miami Field Office address is:

ICE-Miami Field Office
865 SW 78th Avenue, Suite 101
Plantation, Florida 33324

## I. INITIAL ADMISSION

You will be searched when admitted into the Facility.   We search for contraband to protect you and others from weapons or anything else that could cause harm.  During your initial admission you will shower and you will be issued uniforms together with bedding clothes and hygiene products.  You will have the opportunity to make a three minutes phone call.

## FUNDS AND PERSONAL PROPERTY

When you arrive, the processing officer will store your clothes, personal property and valuables for safekeeping.  They will be returned to you when you are released from the Facility. If you have money, you will be allowed to keep a maximum of $60.00 (Sixty U.S. Dollars), the remainder of your money will be collected and a receipt will be issued to you. You can request to withdraw money through Detainee Cash Request Form located in the housing unit.  You can find more information related to funds management in the Finance / Commissary section of this manual.  Itemized receipts will be given to you for all your belongings to keep your property safe.

### Property Received in Excess

If you have excess baggage or if you are transferred to another ICE detention center or a correctional facility: at our expense, we will send your property to the address you provided. If your property is returned to our facility and you are no longer here, we will send a certified letter of notification to your last known address.  If your property is not claimed within 30 days the property will be considered abandoned.  Abandoned property will be destroyed.

### While at this facility you are permitted to retain:

1. Small religious items (e.g. Rosary)
2. One religious, soft cover book (e.g. prayer book)
3. Legal documents and papers
4. Prescription glasses
5. Dentures
6. Address book or addresses of family, friends and other correspondence
7. Wedding ring
8. Family pictures not more than 10 at 5"x7" (NO Polaroid pictures)

9. One am/fm radio with headphones (no external speakers, antennas, cassette or CD player/recorder device). You will be permitted to have no more than six (6) batteries in your possession at any time (used to operate the headset).
10. Other items approved by a Camp Supervisor (SHEA).

### Your initial issuance of clothing shall be limited to:

1. detainee uniform (2 sets)
2. shorts (2 each)
3. underclothes – 4 sets of drawers and t-shirts
4. socks (4 pairs)
5. slip-on soft soled shoes
6. shower shoes
7. jacket (seasonal)

### Personal hygiene items issued are:

1. soap
2. shampoo
3. toothpaste
4. toothbrush
5. deodorant
6. comb
7. hand/body lotion

### You will also be issued:

1. sheets (2)
2. blanket
3. mattress (dormitory)
4. towel

## CONTRABAND

Items considered to be detrimental to the safe and orderly operation of the facility are prohibited and considered to be "contraband." Contraband items include, but are not limited to:

DETAINEE MANUAL

• Any illegal drugs, alcoholic beverages, deadly weapons, dangerous instruments, explosives or any other article that could be used to endanger other persons or the preservation of order in the facility.

• Any item which could be construed as an aid to escape.

• Any item which could be used to disguise or alter the appearance of a detainee.

• Any article of clothing or item for personal use or consumption which has not been cleared first through the Facility Administrator or purchased from the commissary or vending machines by a detainee.

• Cameras, video, audio or related equipment that can be used to make unauthorized photographs or audio or audio-video recordings of detainees, staff or government property.

*You are responsible for ensuring that you are not in possession of any item that can be considered contraband. You are responsible for knowing the rules regarding contraband items in the facility where you are detained. Possession of contraband may result in disciplinary action being taken against you.*

Identity Documents

Identity documents, such as passports, birth certificates, etc., are contraband and may be used by the ICE as evidence or as otherwise appropriate. Detainees are not allowed to keep an identity documents in their possession, they will be provided with a copy of the document, certified by an ICE officer to be a true and correct copy, if solicited.

INITIAL MEDICAL SCREENING

Ordinarily, within twenty-four (24) hours of your arrival, a member of the Division Immigration Health Service will conduct a medical screening. Within fourteen (14) days, a through physical examination will occur.

If you have any health conditions that require immediate attention from a medical provider, please inform our staff during your intake processing. Any information you provide to our medical staff cannot be shared with

Revised 12

---

DETAINEE MANUAL

non-medical staff and will be treated with strict confidentially.

More information about Medical Services is available on page 21 of this manual.

LIVING CONDITIONS

The Krone Service Processing Center utilizes a classification system and houses detainees accordingly. The housing units consist of dormitory style units, and single cell Special Management Units.

The facility has indoor and outdoor recreation available. Detainees are required to keep their assigned living areas clean at all times. Your bed must be made immediately upon waking and remain made throughout the day. Housing units will be ready for daily inspection by 8:00 A.M. and must remain ready for inspection until 4:00 P.M. It is in your best interest to maintain a clean living area and avoid many of the problems associated with unsanitary living conditions.

SLEEPING AREA / SANITATION

You are required to keep your bed and immediate area clean and neat. You are also required to make your bed daily before reporting for your work assignment or when you begin your daily routine.

Between the hours of 7:00 A.M. to 4:00 P.M. your bed has to be made. The hanging of sheets, towels, blankets or clothing from shelves, overhead lights or on beds is not permitted.

Personal effects, to include hygiene items are to be stored in your locker. Do not place items on windowsills, bunks, under mattresses, etc. These items will be confiscated and removed when they are found in any unauthorized area.

DETENTION FILE

A Detention file is maintained at Krone SPC for each individual in custody. The Detention file includes such documents as: facility disciplinary actions;

Revised 13

DETAINEE MANUAL

detainee classification; receipt of funds, valuables and property; detainee's written requests, complaints and issues; U.S. Government responses; and Special Housing unit records.

## LEGAL FILE / A-FILE

ICE maintains an immigration legal record, commonly called A-file, for each individual detainee. The A-file contains a summary of all legal transactions and documentation pertaining to your case, including, but not limited to: identification cards, photos, passports and immigration history. If you required access to the documents maintained in you're A-file, you will need to submit a Freedom of Information/Privacy Act Request Form G-639. You can request a copy of this form thru a Detainee Request Form or ask the Legal Library Officer for a copy of the form. You should mail this form to:

**National Records Center (NCR)**
**FOIA/PA Office**
P.O. Box 648010
Lee's Summit, MO- 64064-8010

## CLASSIFICATION:

Ordinarily, detainees are classified upon arrival, before being admitted into the general population. The classification system will ensure that you are placed in the appropriate category and physically separated from detainees in other categories. You will be housed, recreated and fed according to other detainees in your classification.

Each detainee is classified based on information obtained from conviction records, immigration charging documents, and any official record or observation that is verifiable and can be justified, under review by official means. The total number of points assessed determines the level of classification. This is called your "custody score".

Upon completion of the classification process, each detainee will be assigned a color-coded uniform and wristband based on his classification level. **The wristband should be worn at all times.**

Revised

14

DETAINEE MANUAL

## General Guidelines (Conditions and Restrictions)

### 1. Level 1 – Blue Uniform

- May not be housed with Level 3 detainees.
- May not include any detainee with a felony conviction that included an act of physical violence.
- May not include any detainee with an aggravated felony conviction.
- May include detainees with minor criminal records and non-violent felonies.

### 2. Level 2 – Orange Uniform

- May not include any detainee whose most recent conviction was for offenses such as aggravated battery with a deadly weapon, murder (1st, 2nd degree), armed robbery (multiple injury), sexual battery (with violence upon a minor), kidnapping, escape, aiding an escape, inciting a riot, or burglary with assault.
- May not include any detainee with a pattern or history of violent assaults, whether convicted or not.
- A pattern is considered established when an arrest record reveals two or more arrests in a five-year period for assault where force was used against another person with intent to commit bodily injury.
- May not include any detainee convicted for assault on a correctional officer while in custody or where previous institutional record suggests a pattern of assaults while in custody.

### 3. Level 3 – Red Uniform

- May include those detainees reclassified from level one to level two due to institutional incidents or changes in classification information.
- May be reclassified to level two only based on institutional behaviour, provided the guidelines under level two do not apply (detainee must be in custody for a minimum of 60 days before reclassification).

## CLASSIFICATION REVIEW

The classification system ensures that detainees may be reclassified at any time and the classification level redetermined. A classification reassessment is completed 90 days after the first assessment. Reassessments are then completed at 90 day intervals. Reclassification will also be conducted when

Revised

15

DETAINEE MANUAL

there is new information or the addition of points due to incidents while in custody. **All detainees placed in disciplinary segregation due to violation of facility rules will undergo a classification reassessment prior to being returned to the general population.** Housing will then be assigned accordingly.

## Classification Appeal

The classification system includes procedures by which all new arrival detainees can appeal their classification levels. All new arrivals classified as level two or three may appeal. All such appeals will be directed to, investigated, and reconsidered by the reviewing officer. The reviewing officer will then forward a recommendation to a SDDO. The SDDO has the authority to reduce a classification level on appeal.

Appeals will be resolved within five business days, with notification of the outcome due to the detainee within ten business days. The notification will include the date and time of the review, the reason(s) for deciding to grant or deny the appeal. The detainee has the right to appeal the SDDO's decision to the Assistant Field Office Director (AFOD). The AFOD will notify the detainee of this decision within ten business days. **The AFOD's decision is not subject to appeal.**

## DRESS CODE AND GROOMING STANDARDS

Detainees are required to comply with detainee dress code and grooming standards as explained below:

Detainees are required to keep themselves clean, wear proper clothing and footwear during all activities, and maintain a clean and sanitary living area. Detainees are reminded that poor hygiene, poor sanitation, and not wearing proper clothing and footwear can cause potential conflict with your peers and others, and can have negative impact upon the health and safety of yourself and others. Failure to comply with the dress code and grooming standards will ultimately become an issue that requires staff intervention in the form of appropriate disciplinary action to correct the situation.

Ordinarily, detainees may wear any hairstyle with the following exceptions:

1. For safety and hygiene reasons, kitchen workers and detainee workers

DETAINEE MANUAL

operating machinery will keep their hair neat and clean, and in a manner that will not interfere with the safety and hygiene requirements.
2. **ALL** kitchen workers will wear a hairnet and/or a chef's cap when working in the kitchen.

Ordinarily, facial hair may be grown without restriction with the following exceptions:

1. For safety and hygiene reasons, certain kitchen workers and detainee workers operating machinery may not be authorized to wear facial hair and are expected to be clean shaven at all times while performing the above described functions.
2. These restrictions are a requirement for employment in the above described work assignments, and acceptance of the job denotes acceptance of the grooming standards for the above described work assignments.

**There will be no exceptions to this requirement including medical reasons.**

## CLOTHING

1. Detainees must wear a complete uniform (shirt, pants, and tennis shoes) any time they are outside of the housing unit. While in the housing unit or recreation area, the uniform shirt can be taken off only if a T-shirt is worn.
2. Shower shoes may not be worn outside of the housing unit or in any recreation area.
3. Hats or other head covers will not be authorized for the general population unless approved as religious items by the facility Chaplain. Workers will be issued the proper head cover when required, which shall be worn only while performing work-related duties.
4. Pants must be worn at a point about the waist that prevents the crease of the buttocks or undergarments from showing, regardless of the length of the shirt.
5. Detainees may not place their hands inside the waistband of their pants, regardless of weather conditions.
6. No article of clothing may be worn in a manner not normally intended

for that item (using a shirt as a head band or head cover, rolling up pant legs or tucking pant legs inside your socks, etc.).

7.  No alteration or modification of facility issued clothing will be allowed.

If you do not comply with the above dress and grooming standards, you will be subject to disciplinary action.

## Clothing Exchange

Clothing exchange will be done on one-for-one basis. Detainee will notify the Housing Officer if he needs to exchange the size or damaged clothing. You are prohibited from possessing additional uniform items other than the initial issue. Washing regular clothing, bedding, tennis shoes and other items is prohibited. The procedure and schedule for the laundry is posted in the housing unit.

## PERSONAL HYGIENE

Because you will be living in a dormitory with other individuals, personal hygiene is essential. You are expected to bathe regularly and to keep your hair clean. Personal hygiene items for detainees such as soap, toothpaste, toothbrushes, combs, and body lotion will be issued to you upon admission. If you should run out of an item please see your housing unit officer.

Disposable razors will be provided on a check out basis daily between 5:00 A.M. and 5:30 A.M., and must be returned to the housing unit officer no later than 5:45 A.M. Exceptions may be made at the discretion of your housing unit officer for voluntary kitchen workers or for special visitation before the leave the housing unit. At no time razors will be issued after 5:30 A.M. Detainees who are attending count will be provided the opportunity to slave first. For health and safety reasons, more than one detainee shall not use a single disposable razor. The sharing of razors is prohibited in order to prevent the spread of communicable diseases, such as HIV and hepatitis.

In addition, the dormitory lights will be turned on at 5:00 A.M. daily, to provide detainees an opportunity to wash before breakfast.

## OFFICIAL COUNTS

In order to maintain proper accountability of detainees at this facility, official counts are conducted at the following times:

4:00 A.M.
8:00 A.M. (or when the morning meal is completed)
6:00 A.M. (or when the evening meal is completed)
10:00 P.M.

Additional counts may be conducted at anytime as needed.

During all formal counts you are required to be on your bunk (if you are in your dormitory). Additionally, no movement or talking is permitted. The facility will be placed in a "lock-down" status until the count clears.

## SMOKING POLICY

**Smoking is prohibited in all areas of this facility.** Detainees are prohibited from possessing tobacco products, to include chewing tobacco. If you are found with tobacco products you will be referred to the Disciplinary Committee.

## MISSING OR DAMAGE PROPERTY

Supervisory personnel will be notified when properly receipted detainee property is reported missing or damaged. Supervisory staff will investigate and, if necessary, take prompt action to prevent further loss.

The detainee will notify the lost or stolen property completing a Detainee Request Form. The Property Officer will complete the Form I-387 Report of Detainee Missing Property. The completed form(s) will be forwarded to the Field Office for determination. The result of the investigation will be notified to the detainee.

A detainee being transferred, released, or removed from the country with a property claim will be allowed to initiate the claim before leaving the facility. The AFOD will forward the result of the claim to the claimant's forwarding address (provided upon admission or in conjunction with the claim).

DETAINEE MANUAL

## II. DETENTION SERVICES

### MEALS

Meals will be served in the dining area. Detainees in the Special Housing Unit will be served in their individual cells. No excess food or juice is to be stored inside individual cells. **It is not permitted to remove food, fruit, or any beverage from the dining hall.**

Detainees, who observe no-pork diets for religious reasons, will have a non-pork option as a substitution. Requests for no-pork diets must be approved by the Chaplain through a Detainee Request form. Detainees with approvals for a kosher or religious diet that are found to be giving them away, or eating a regular meal, shall have this privilege terminated. Medical diets, as acquired for medical reasons only, are provided by the Food Service Department upon receipt of written instructions from the Facility Clinical Director.

Meal times are as follows:

| | |
|---|---|
| Breakfast | 6:00 A.M. |
| Lunch | 11:00 A.M. |
| Dinner | 4:00 P.M. |

### MEDICAL CARE

The Immigration Health Service Corps (IHSC) provides medical care. If you are ill or in need of medical attention you must first sign up for Sick Call (see Sick Call Section). If it is after Sick Call hours, you must first notify your housing unit officer, who will initiate contact with the on-call medical staff.

In order to satisfy requirements for your physical examination, you will have one or more appointments with the medical staff. You are required to be present for all appointments. Failure to do so may result in you being charged with a disciplinary code violation, and sanctioned appropriately.

21

---

DETAINEE MANUAL

### Handling Property during Release or Transfer

After checking the I-385 card, wristbands, and property receipts to positively identify the detainee being released or transferred, the detainee will present the white copy of the G-589(s) and I-77(s) for all receipted property. For each I-77 presented, staff shall compare the signature on the detainee's portion with the portion on the stored item and the portion on the booking card. Depending on the size and kind of funds/valuables listed on the G-589, staff shall conduct checks as follows:

1) Small Valuables – Match the contents of the property envelope against the itemized list on all three copies of the G-589.
2) Large Valuables – Match the tagged against with the description on all three copies of the G-589.
3) Negotiable Instruments – Match the negotiable instruments against the description on all three copies of the G-589.
4) Cash Funds – Compare the property description(s) on the white, pink, and blue copies of the G-589.

*After the property check, the property will be returned to the detainee. The detainee will then sign the blue copy of the G-589, indicating his/her receipt of all funds and personal property due him/her. The property log and inventory sheets will reflect the transaction.*

### EVACUATION DRILLS

Krome SPC performs on a regular basis evacuation drills. These drills are performed o ensure that you know what safety measures are essential for your safety.

t is important that you know where the emergency exits are located and the proper procedures for exiting the building to ensure your safety during an actual emergency, such as fire, gas leak, civil disaster or other dangerous situation.

n your housing unit, you will find a diagram showing the location of all fire exits. You are required to follow directions regarding any emergency or non-emergency event and your failure to do so may result in disciplinary action.

## SICK CALL

In order to provide continuous medical care, Sick Call is provided to all detainees, including detainees housed in Segregation. If you are ill or need medical attention that is not of an urgent nature, you must sign up for Sick Call. Sick Call slips are available in each housing unit. Your completed Sick Call form must be deposited in the Sick Call box located in the cafeteria.

Generally, the medical staff will see you within 24 hours. If you become ill before this time notify your housing unit officer, who will contact the on-call medical staff.

## BARBERING SERVICES

Free barbering services will be available in the Barber Shop. Barber Shop is open from Monday thru Friday (8:00 A.M. thru 4:00 P.M.). Hair cutting will be available as scheduled weekly. Each housing unit will have a schedule posted.

Special requests for haircuts are NOT granted due to time restraints in the facility.

## DETAINEE REQUEST FORMS (GENERAL)

In order to assist you with questions, requests, concerns, or other information you needed from the staff, you may utilize the Detainee Request Form, which is available in your housing unit. Once completed, place the form in the mail slot designated for that purpose (located in the cafeteria). To prepare a written request, a detainee may obtain assistance from another detainee, the housing officer, or other facility staff and may seal the request in an envelope that is clearly addressed with name, title, and/or office to which the request is to be forwarded.

Ordinarily, the appropriate department will respond within three business days.

## FINANCES / COMMISSARY

When you are in-processed into the facility, you will be required to relinquish all funds - checks, money orders, and all cash funds to the Processing Officer. You will be given a receipt for your funds. Prior to departing the facility, any funds you have remaining will be returned to you. This facility uses a commissary debit system; the funds you relinquish will be deposited into your commissary account. You are limited to $60.00 per week for the purchase of food items. Items such as stamps and phone cards are not included in this limit. An accounting services withdrawal schedule is posted in each housing unit. **Vending Machines** are located in the housing units and around the recreation area. Vending machines will not be used during counts. Food and drinks bought will be consumed in the dayroom and recreation areas only. No open items will be permitted in sleeping quarters.

To withdraw money from your commissary account to purchase hygiene products, drinks, food, telephone cards, you need to submit a "Cash Request" Form. Deposit the form in the Cash Request box located in the cafeteria.

Occasionally, you may wish to receive funds from your family. Only **U.S. Postal Service Money Orders** will be accepted. Money orders must be made out to ICE with your full name and complete alien number at the bottom of the Money order. Any other money order or an incorrectly completed money order will be returned to sender. You are cautioned not to have cash sent to you in the mail. Any cash received will also be returned to sender. An example of correctly completed money is posted in each housing unit.

If you need to withdraw money from your personal account for payment of legal services you must ask your lawyer for a Power of Attorney. The person assigned in the Power of Attorney will perform the financial transaction.

Occasionally, you may wish to send money to your family. We advise you not to send cash through the mail. To send money, submit a Detainee Request Form to the Supervisory Immigration Enforcement Agent (SIEA) and (s)he will make arrangements to purchase a money order that you can send, at your own expense. If you receive a money order in the mail, the processing officer, in your presence, will issue you a receipt for the money

DETAINEE MANUAL

before placing it in your account. Cash will not be accepted in the mail. All cash received through the mail will be considered contraband and it will be returned to the sender.

## RECREATION FACILITIES

### In-Form Recreational Facilities (Television Viewing)

Each housing unit has television sets. They are available for viewing according to the following schedule:

Sun. – Thurs.    6:00 A.M. to 11:00 P.M.
Fri. – Sat.      6:00 A.M. to 12:30 A.M.

The following rules apply for television viewing:

1. Channel selections are monitored by the housing unit officer according to a posted schedule.
2. Televisions will be turned off during official counts, cleaning of housing areas, and when it will interfere with the daily facility operations.
3. The volume of the television shall be kept at a reasonable level so as not to disturb other detainees or facility operations.
4. To ensure fairness to all detainees, the Recreation Specialist will post sports viewing and a special programming schedule on a monthly basis.

Requests for special scheduling shall be forwarded to the Recreation Specialist for consideration. The television-viewing schedule shall be strictly adhered to and no deviation is permitted without supervisory authorization.

**Note:** You are cautioned not to begin viewing a program that will end after the designated viewing hours (except for special scheduling), since the television will be turned off at the designated time.

**No activities of any kind, which will disturb other detainees, are permitted after lights out.**

### In-Dorm Recreational Facilities (Board Games, etc.)

In the housing units there is limited recreation, this includes but is not

limited to board games, card games, dominos, and television. In each housing unit (including the SHU) an area has been designated as the day room. There will be game tables, chairs and television available for use. This area is a common area for all detainees assigned to that housing unit, and should not be confused with the one hour of mandatory recreation. The use of the day room, board games and television is a privilege and not a right; it will be at the discretion of the housing unit officer.

### Access to Outside Recreation

All detainees, weather and physical layout permitting, will be provided, at a minimum, one hour of outdoor recreation daily. A monthly schedule of recreational activities is posted in the housing units. Recreational activities may be canceled due to security concerns or special engagements.

## INTERPRETIVE SERVICES FOR ESSENTIAL COMMUNICATION

Krome SPC offers interpretive services for essential communication for the detainee, including detainees with speech disabilities. When necessary, the detainee can submit a Detainee Request form for access to these services. The detainee will be transfer to the Processing area were s/he will receive the appropriate assistance.

## TELEPHONE ACCESS

Each housing unit has telephones available for detainee use. Telephones are also available in the outdoor recreation area. The phones are collect and debit only. Phone calls may be limited during peak usage periods. The telephones are available for your use daily, during normal facility operation from 6:00 A.M. – 11:00 P.M.

Krome SPC offers TTY phone services for detainees how are deaf or hard of hearing. These phones are located in the housing areas. Detainee must request to the housing officer access to the TTY phones. These phones are subject to the same regulations as the regular phones.

In case of an emergency, your housing unit officer may assist you in making telephone calls when access to telephones would not normally be available. Routine telephone calls to attorneys are not considered to be emergencies.

Detainees in administrative segregation and protective custody are afforded the same telephone privileges as those in general population. Detainees in disciplinary segregation are allowed phone calls relating to the detainee's immigration case or other legal matters, including consultation calls. In addition, they are allowed phone calls to consular/embassy officials and phone calls for family emergencies.

Note: All phone calls are to subject to monitoring.

## Phone System Instructions

Upon your arrival, the Processing Officer will issue you a PIN number. This pin number will be active through out your stay at Krome Processing Center.

To activate your pin, you need to have access to the detainee telephone system either in the assigned housing unit or in the recreation area.

All detainees are required to setup a voice password prior to completing their first phone call. This system is designed to make sure no other detainee can access your prepaid account. **Prepaid accounts are your responsibility; you must protect your Voice Biometries in order to protect your funds.**

## Voice Biometric Set-up:

1. Enter (1) for English or (2) for Spanish. Enter your PIN. The system will prompt you to enroll your voice password.
2. State your full name and the facility name (*Krome-ICE*) slowly and clearly, each time the system asks until it states the enrollment is completed. This could take up to 10 times.
3. Repeat your name and facility (*Krome-ICE*) the same each time you make a call. (You must say this exactly the same each time).
4. If you believe your recording is not matching, you can request a reset.
5. A reset will be done within 2 hours as long as:
   a. You have not completed a call using general funds in the last 72 hours.
   b. The name, facility and voice match the original recording.

Once activated, you are entitled to an initial three (3) minute free phone call within twenty-four hours of your arrival at the facility.

## THREE (3) WAY CALLS ARE NOT PERMITTED AND WILL BE BLOCKED

**Blocked numbers** can be "unblocked" once family/friends pay a $25 fee plus adding $25 in Pre-Paid credit.

**Call Acceptance Prompts:**

This is what the receiving party hears:

- PREPAID, FREE, COLLECT
This is an Inelhate automated operator with a [PREPAID, FREE, COLLECT] from [INMATE'S NAME] at [FACILITY NAME]. This call is subject to recording and monitoring except for privileged communications between an attorney and client. Press one or star to accept this call. To deny this call press (2), or (3) to block all future calls from this inmate. Thank you for using Talton Communications.

- ADVANCE PREPAY
This is a free one minute call from [DETAINEE'S NAME] at [FACILITY NAME]. Your phone does not accept collect calls. Talton as a courtesy has provided this call for friends and family. You cannot receive additional calls from this inmate until you set up a prepaid account. We can take your credit or debit card information over the phone and connect you immediately back to your call. This call is subject to recording and monitoring except for privileged communications between an attorney and client. Press (1) or * to accept this call. To deny this call, press (2), or (3) to block all future calls from this inmate. Thank you for using Talton Communications.

**Customer Service For Detainee Phone Issues – 211#**

Detainees may leave a voicemail for customer service by entering their pin number & dialing 211#. **Please note at this time you will not hear a response to your request; however, the phone company will receive your request and respond to you. Hang up after to leave your message!** Please allow up to 2 hours, then check one of the available phones, enter your PIN and listen for a voice mail response to the problem you called in previously.

**1) DROPPED CALLS:** Please dial **211#**, and then press one (1) AND FOLLOW THE PROMPTS to report a dropped call.

DETAINEE MANUAL.

DETAINEE MANUAL.

### Refunds

Once released, if you purchased your own phone time and have credit of $50 or less remaining on your account, you can call 541-889-8900 (international) or 866-348-6231(domestic) to obtain a PIN for a phone card you can use where you live, at a rate equal to the rates posted inside facility.

Once released, if your family/friends purchased phone time for you, they can call the customer service number (1-866-348-6231) and arrange for a credit to their account.

### RELIGIOUS SERVICES

All detainees shall have access to religious resources, services, instruction and counseling on a voluntary basis. All detainees shall be extended the greatest amount of freedom and opportunity for pursuing any legitimate religious belief or practice within the constraints of security and safety considerations. The religious service schedule is posted in your housing unit.

### THE COURT PROCESS

You will be given a date to appear at the immigration court. The first time you appear, the appointment is called a MASTER CALENDAR. It is okay if you haven't yet found a lawyer by this first date. You can tell the immigration judge that you need more time to find a lawyer and he or she will give it to you.

You might have two or three master calendar appointments before the immigration judge gives you a date for your individual hearing. At your individual hearing you will be asked many questions by your attorney, the government lawyer (called the Trial Attorney or TA) and by the immigration judge. Often the immigration judge will decide the case on the very same day as the individual hearing. Sometimes the immigration judge needs more time to consider the case and he or she will schedule another hearing for you to come back and hear the decision.

### Master Calendar Hearings

The initial hearing is known as the Master Calendar hearing. If it is an individual's first Master Calendar hearing and s/he is not represented by an

---

- **Collect Calls:** Lost or dropped calls will be credited as one free call (equal to the number of minutes lost) to the phone number dialed.
- **Detainee Prepaid:** A credit for lost calls will be added to the detainee's prepaid account and may be used to make future calls. The credit will equal the minutes lost.
- **Friends & Family Prepaid:** Lost calls will be credited to the friends and family prepaid account. The next call to the phone number will be free for the number of minutes lost.

2) **GENERAL PHONE ISSUES:** Please dial 211#, then press two (2) AND FOLLOW THE PROMPTS to report any other issue you may have concerning your ability to complete a call or a problem with the telephone equipment. If a particular phone is "out of order," go to a working phone and follow the procedures above. Identify the phone number located above the key board (ex. B-1) and state the housing unit (ex. B-1) and then hang up. You do not need to state your name. Notify the Unit Officer if a phone is out of order. Normally, phones will be repaired within 48 hours, once Talton is aware of the problem.

3) **VOICE RESET REQUEST:** Please dial 211#, then press (3) AND FOLLOW THE PROMPTS to report a voice verification error. The system will ask you to listen to your voice recording and re-record it several times to obtain a match. If no match, a report will go to customer service, who will review the recordings, verify it is the authorized person requesting the reset and that they qualify for a reset. You will not be able to reset your voice if you had a successful call within 72 hours.

<u>Voice Mail</u> - Each detainee has a personal voice mail mailbox accessible by entering the PIN number.

- Detainees receive automated voice mail message when a person purchases prepaid on their behalf.
- Customer sends pre-recorded messages to detainees in response to an issue reported via 211#
- Friends and family can also leave detainees a 3-minute voice mail message for a small fee paid by family.

<u>Prepaid Calling for Friends & Family</u> - Friends & family can set up a prepaid account for you.

- Talton Customer Service at 1-866-348-6231
- <u>www.talton.net</u> website
- Lobby KIOSK (Cash and Credit)

attorney, s/he in most cases may request a continuance in order to obtain an attorney for representation.

The Master Calendar hearing is a preliminary hearing where the immigration judge reads the allegations against the individual and asks him/her to admit or deny the allegations. The immigration judge also advises the individual of his/her obligation to inform the court of any change of address within five (5) business days and warns the individual that a failure to appear at any scheduled hearings will result in an order of removal.

During the Master Calendar hearing, the individual and his/her attorney also advise the immigration judge of any forms of relief from removal that they intend to seek. The immigration judge sets a deadline by which they must submit any applications for relief from removal as well as any supporting documentation. The immigration judge also sets a date for the final individual merits hearing. It is very important to meet any deadlines set by the immigration judge. Otherwise, the immigration judge may deny an individual's request for relief from removal.

An attorney representing the government is also present at the Master Calendar hearing. The attorney for the government may oppose the request for relief from removal. In this case, the individual and his/her attorney will need to convince the immigration judge that s/he should be allowed to go forward with his/her applications for relief from removal.

## Individual / Merits Hearing

The individual hearing (also known as a "merits hearing") is the final hearing before the immigration judge. At the hearing, the individual presents to the immigration judge any evidence and testimony in support of his/her applications for relief from removal.

The immigration judge reviews the forms of relief from removal that are being requested. S/he asks if there are any changes that need to be made to the application(s) before proceeding. The immigration judge then reviews the government's proposed exhibits and witness list and decides whether to accept or reject the exhibits and witnesses. Any exhibits and witnesses that are rejected will not be considered by the immigration judge in deciding whether or not to grant the request for relief from removal.

Additionally, at this hearing the individual has an opportunity to testify and explain why s/he qualifies for the immigration benefit s/he is seeking. The individual walks up to the witness stand and takes an oath to tell the truth. The individual's attorney then asks questions about eligibility for the benefit

the individual is seeking. The immigration judge may interrupt and ask questions or may wait until the attorney is finished asking questions. If the individual does not have an attorney the immigration judge will usually ask the questions.

The attorney for the government also has an opportunity to ask questions. S/he will try to show that the individual's testimony contradicts the application and the supporting documentation that has been presented. It is very important to listen to the questions carefully and directly respond to the questions asked.

After the individual testifies, s/he may then present any other witnesses to support a request for relief from removal. The witness can be asked questions by either party or the immigration judge. The government then has an opportunity to present any witnesses it has to show that the individual is not eligible for the benefit being sought.

After the immigration judge hears all of the witnesses and reviews all of the exhibits, the individual's attorney and the attorney for the government are given an opportunity to make closing statements. In the closing statement, the individual's attorney explains why s/he is eligible for the immigration benefit and highlights any evidence that supports the case. The government attorney might explain why the government believes the individual does not qualify for the benefit s/he is seeking.

The immigration judge reviews all of the testimony and exhibits and makes a decision whether to grant or deny the individual's request for relief. In some cases, the immigration judge may ask the parties to submit additional documentation or written statements before making a decision. In these cases, the immigration judge asks the parties to return to the court on another day to hear the decision or a written decision is mailed to the parties.

If the request for relief from removal is denied, an individual has thirty (30) days to appeal the immigration judge's decision to the Board of Immigration Appeals.

## LIBRARY

The library at this facility contains standard library materials found in a school or community library. The needs, interests, and abilities of the majority of detainees are carefully considered and the library collection developed accordingly. This library is available Mondays (Bldg. 11, 14A,

DETAINEE MANUAL

## VISITATION

In order for you to receive visitors, you must fill out and submit a Detainee Visitation Request Form. The schedule for deadlines is posted in your housing unit. **The request form must be completed in its entirety.** Incomplete forms will be rejected and the visit will not be approved.

Photo identification is required for admission into the facility. Visitors must be in appropriate attire in order to be admitted into the facility. The visitor dress code is posted in the housing units and at the main lobby entrance. The dress code list is not all-inclusive, and visitors may be denied entry into the facility if supervisory personnel deem their attire to be inappropriate.

Visitors are subject to random criminal background and warrant checks for the purpose of ensuring facility safety, security and good order.

All visitors are subject to a personal search, which may include a pat ("pat-down") search as well as a visual inspection of purses, briefcases, packages, and other containers. No person who refuses to be searched may be permitted to visit.

The number of visitors will not exceed two per detainee. Exceptions, at the discretion of a SDDO or designee, may be made - see Special Visitation Requests. If there are more visitors than can be accommodated in the visiting area, it may be necessary to limit visit sessions to a lesser period of time. If your visitor(s) bring children [less than 18 years of age] they are expected to remain under the direct supervision of the adult visitor(s) so they will not disturb others.

You are not allowed to accept any item from a visitor unless approved by appropriate supervisory personnel beforehand. Any disruptive conduct by either party will result in the termination of the visit and may have an adverse effect on future visits. You should discourage your visitors from bringing large quantities of hand carried parcels or other items, to include packages. The visitor(s) may be required to leave such items in a locker or their vehicle. All of your visitors and any hand-held items are subject to search.

### Special Visitation Requests

You may make special requests regarding your visit such as receiving

---

DETAINEE MANUAL

14-B). Wednesdays (Bldg. 8, Pods 3, 4, 5, 6), and Fridays (Bldg. 8, Pods 1 and 2). The library schedule is posted in each housing unit. It is important that you take care of the books so other detainees have the opportunity to read and enjoy them.

## LAW LIBRARY

The schedule for use of the Law Library is from 8:00 A.M. through 4:00 P.M. seven days a week. Self-help material will be provided and available to all detainees for their use for research or preparation of their defense. You must write your name in the Law Library signing sheet located in your housing area. The signing sheet is located on the housing officer's desk. You are also permitted to use the Law Library for the purpose of **assisting** othe detainees in their case. Inform the library officer of any missing or damaged books or if you are interested in a law book that is not present at the library. If your desired legal material is not available to you in the Law Library, submit a detainee request to the recreation specialist. You can find a list of all legal materials available to you at the Law Library.
Should you need to extend the allotted time (more than 5 hours per week), submit a Detainee Request for approval. You can find this formulary in your housing unit.

Lexis Nexis software is available at the Law Library. Should you need to utilize this program you may ask the officer assigned to the Law Library for instructions on how to use the program.

You are strictly prohibited from charging any fees for providing assistance to other detainees.
Solicitations of fees for service from another detainee should be reported immediately.
**No materials may be removed from the library.**

## TYPEWRITERS AND COMPUTERS

Typewriters, computers, printers, and other supplies are available in the Law Library for the preparation of legal documents **ONLY.** Typewriters and computers **are not to be used** for personal correspondence.

have been met, the marriage may be scheduled to occur in the facility Monday through Friday. The total number of visitors, including the fiancée and the person conducting the ceremony will not exceed 4 persons. An exception, at the discretion of the AFOD, may be made for children.

Generally, a request from a detainee in Segregation will be postponed until the detainee has served the required time. Further, the fact that a detainee has been placed in Segregation may constitute *prima facie evidence* (self-evidence) of an institutional security threat and may therefore be a temporary basis for denial, until such threat is no longer a factor.

The AFOD's decision to deny a request and the reason(s) for the decision will be provided in writing to the detainee and his legal representative, if applicable. If the marriage request is denied, the detainee may file an appeal to the Field Office Director (FOD) completing a Grievance Request Form. The Field Office Director (FOD) reserves the right of the final approval.

The marriage request will have no effect on regular or scheduled processing or action in your legal case.

## CORRESPONDENCE

You have the right to correspond with persons or organizations consistent with the safety, security and orderly operation of the facility.

The mailbox for outgoing mail is located at the entrance of the cafeteria. Pencils, pens, paper and envelopes may be obtained from the Housing Unit Officer. All incoming and outgoing letters are subject to inspection, for content and contraband. You are responsible for the contents of your outgoing mail.

General correspondence and other mail addressed to detainees will be opened and inspected in the detainee's presence, unless the AFOD authorizes inspection without the detainee's presence for security reasons.

You will be notified of all your incoming mail. A list of received mailed is delivered to the Housing units. There is a schedule posted in your Housing Unit for mail pick ups and drops. Outgoing mail will be routed to the proper postal office, within 24 hours of receipt by facility staff. You may not write to other Penal or Detention Facilities without the expressed permission of a

SDDO.

Detainees are allowed to purchase stamps for use. Generally, there is no limit to the amount of correspondence detainees may send at their own expense except, to protect public safety or facility security and order.

Identity documents, such as passports, birth certificates, etc... are contraband and may be used by the ICE as evidence or as otherwise appropriate. Detainees are not allowed to keep an identity documents in their possession, they will be provided with a copy of the document, certified by an ICE officer to be a true and correct copy, if solicited.

A detainee is considered "indigent" if he or she has less that $15.00 in his or her commissary account. Indigent detainees will be provided postage allowance at government expense. Generally, indigent detainees will be permitted to mail the following each week:

--five pieces of special correspondence; and
--three pieces of general correspondence.

Free postage is generally limited to letters weighing one ounce or less, with exceptions allowed for special correspondence.

Indigent detainees will be permitted to mail, at government expense:
• A reasonable amount of correspondence related to a legal matter, including correspondence to a legal representative, potential legal representative, consular official and any court.
• Packages containing personal property, when the AFOD determines that storage space is limited and that mailing the property is in the government's best interest.

### Rejection of Incoming and Outgoing Mail

Incoming and outgoing general correspondence and other mail may be rejected by the AFOD to protect the security, good order, or discipline of the institution; to protect the public; or to deter criminal activity.

You will be notified when incoming or outgoing mail is confiscated or withheld (in whole or in part). The detainee shall receive a receipt for the confiscated or withheld item(s).

DETAINEE MANUAL

Correspondence and publications that may be rejected include, but are not limited to, items with the following contents:

1) Material that depicts, describes, or encourages activities that could lead to physical violence or group disruption; e.g., material dealing with the subjects of self-defense or survival, weaponry, armaments, explosives, or incendiary devices;
2) Information regarding escape plots, plans to commit illegal activities or to violate ICE rules or facility guidelines;
3) Information regarding the production of drugs or alcohol;
4) Sexually explicit material;
5) Threats, extortion, obscenity, or gratuitous profanity;
6) A cryptographic or other surreptitious code that may be used as a form of communication;
7) Other contraband. A package received without the AFOD's prior authorization is considered contraband.

Rejected mail will be considered contraband. Both sender and addressee will be provided written notice, with explanation, when the facility rejects incoming or outgoing mail; it will be signed by the authorizing official.

### Procedures for Outgoing Mail

You may send or receive mail to or from anyone you know personally. You are required to write your name, your Alien number, and the facility address on the upper left-hand corner of the envelope of all outgoing mail.

The mailing address at KROME SPC is;

ATTN: (Your name): _____
(Your ICE A-No.) _____ **(Mandatory)**
Krome Service Processing Center
18201 SW 12TH Street
Miami, Florida 33194

### Incoming and Outgoing Mail Inspection

If the staff has reason to believe that you are violating or circumventing mail regulations, your mailing privileges may be restricted. Mail restriction usually means that you may only write to people that have been approved by a Section Chief. It also means that all your incoming and outgoing mail

DETAINEE MANUAL

could be censored or read by the staff. Circumvention or violations of mail regulations usually means mailing threatening letters or engaging in criminal activity.

### Package Requests

In order to receive packages you must submit a Detainee Package Request form. You will not be allowed to receive packages without advance approval from the Assistant Field Office Director (AFOD).

If a package is received without prior approval, it will be rejected. The guidelines for package requests are posted in each housing unit.

When you depart the facility, any mail received for you will be endorsed "Return to Sender". All such mail will be returned to the Post Office. If you are transferred to another facility, only your legal mail will be forwarded to you. All general correspondence will be endorsed "Return to Sender" and returned to the Post Office. Mail will be "Returned to Sender" after two (2) business days when all reasonable efforts have been made to notify the detainee of mail received.

A mail pick-up and drop-off schedule is posted in the housing units.

### LEGAL MAIL

"Special correspondence and Legal Mail" is the term for detainees' written communications to or from private attorneys and other legal representatives; government attorneys; judges; courts; embassies and consulates; the President and Vice President of the United States, members of Congress, the Department of Homeland Security (including ICE and the Office of the Inspector General); the U.S. Division of Immigration Health Services; administrators of grievance systems; and representatives of the news media.

Correspondence will only be treated as Special Correspondence and Legal Mail if the title and office of the sender (for incoming correspondence) or addressee (for outgoing correspondence) are unambiguously identified as a court or consular office or official on the envelope, and the envelop is labeled as "Special Correspondence" or "Legal Mail".

Staff shall neither read nor copy special correspondence. The inspection shall be limited to the purposes of detecting physical contraband and confirming that any enclosures qualify as special correspondence.

It is the detainee's responsibility to inform senders of special mail of the labeling requirement and restrictions on contents.

## GROUP LEGAL RIGHTS PRESENTATIONS

At some facilities, volunteer groups within the local community will hold group legal rights presentations to provide information and assistance to ICE detainees. The facility will post notification in common areas so that you will be aware of these scheduled presentations in advance. A sign-up sheet will be available in each housing unit, and you will be given the opportunity to attend. Presentations are open to all detainees, regardless of the presenter's intended audience. Exceptions may be made when a detainee's attendance could pose a security risk.

Detainees in segregation will be allowed to attend group presentations in keeping with security requirements. If necessary, presentations may be made to individuals in segregation, provided that the presenter agrees to such arrangements and that security can be maintained. If a detainee in segregation cannot attend any type of presentation due to security reasons, and both the detainee and the presenters so request, alternative arrangements may be made.

Some facilities may not have group legal rights presentations because there are not any volunteers in the community offering them. If there are no volunteers available and willing to provide presentations, then we regret that none will be given.

## GRIEVANCE PROCEDURES

Informal grievance resolution offers a detainee the opportunity to expediently resolve his or her cause for complaint before resorting to the more time-consuming written formal procedure. Staff shall make every effort to resolve a detainee's complaint or grievance at the lowest level possible, in an orderly and timely manner. If an oral grievance is resolved, the staff need not provide the detainee written confirmation of the outcome.

A detainee is free to bypass or terminate the informal grievance process at any point and proceed directly to the formal grievance stage.

No harassment, punishment or disciplinary action will result simply because you are seeking resolution of a complaint or for contacting the Inspector General. You have every right to present a complaint. All complaints and grievances are considered confidential.

You have the right to pursue a formal complaint or grievance no later than five days from the date the underlying event, incident, or condition became a concern. Detainees can opt for a formal grievance to avoid the informal process. The Grievances Request forms are located in your housing units. The Housing Officer can assist you, if you request it, with the basic requirements in order to complete the form. Once completed, the Grievance form should be deposited in the Grievances box located in the Cafeteria.

You may not submit a grievance on behalf of another detainee. You may, however, seek assistance from another detainee or staff member in preparing your grievance. Your need to obtain assistance will not normally justify an extension of the five day time limit for submission of your written grievance.

The grievance form may cover a single issue, or a cluster of closely related issues. Each Grievance form received must clearly state your issues of concern or the form will be return without being process.

When the Grievance Officer received your grievance s/he will meet with you and attempt to resolve your cause for complaint. If the grievance officer cannot resolve a written grievance, then it will be forwarded to the appropriate department Supervisor. The Supervisor will process the grievance within 5 working days and will provide a written explanation of the decision. Medical grievances will be processed by Medical personnel. Designated medical staff will act on the grievance and provide you a written response and the basis for the decision within five working days of receipt.

If the department head cannot provide resolution, then a Detainee Grievance Committee (DGC) will be convened to review the grievance. The Committee will be comprised of an Assistant Officer In Charge and two department heads or their representatives. No one named in the complaint, involved with earlier resolution attempts, or involved with helping prepare the written grievance may participate in the grievance committee.

41

40

DETAINEE MANUAL

The DGC may call witnesses, inspect evidence or otherwise gather facts essential to an impartial decision. The committee will offer you the opportunity to appear before it to present your case, answer questions and respond to conflicting evidence or testimony. The committee may also provide you with an opportunity to discuss your case telephonically.

The DGC shall have 15 days to reach a decision. Within five working days of reaching a decision, the DGC will provide the detainee with its response to the grievance, in writing. The written response will state the decision and the reasons for it. DGC decisions can be appealed to the facility administrator within five business days of receipt. **The facility administrator's decision is final.**

The original copy of your detainee grievance will be maintained in your detention file for a period of three years. A copy of the Grievance form will be provided to the detainee when the grievance process is finalized.

You may file a complaint about staff misconduct, physical or sexual abuse, or civil rights violations at any point directly with the U.S. Department of Homeland Security, Office of the Inspector General (OIG):

– E-mail at DHSOIGHOTLINE@DHS.GOV
  – Telephone at 1-800-323-8603

– Mail from your housing unit at no cost to you:

**DHS OIG HOTLINE**
**245 Murray Drive**
**Building 410 Stop: 2600**
**Washington, DC 20528**

Abuse of the Grievance System

If a detainee establishes a pattern of filing nuisance complaints or otherwise abusing the grievance system, the Supervisory Detention & Deportation Officer (SDDO) may identify that person, in writing, as one for whom not all subsequent complaints have to be fully processed and returned to the detainee as "rejected". If the detainee continues to abuse the Grievance system s/he could face disciplinary actions.

---

EMERGENCY GRIEVANCES

Any grievance that involves an immediate threat to your health, safety, or welfare will be considered an Emergency Grievance. If you feel your cause for complaint threatens your health, safety, or welfare you should immediately notify your Housing Unit Officer, or any other facility staff, of the situation. If you are in fact raising an issue that requires urgent attention, your grievance will be immediately routed to the Supervisory Immigration Enforcement Agent (SIEA) on duty who will take steps to resolve the issue. You may elect to present your grievance directly to the SIEA on duty, even if it is later determined that it is not a true emergency and the grievance is subsequently routed through normal, non-emergency channels.

Medical Emergency Grievances

All medical emergency grievances will be forward to the Immigration Health Service Corps (IHSC).

SUICIDE PREVENTION

If you are feeling depressed, think you may harm yourself, or need someone to talk to, you should immediately advise your housing unit officer or the nearest staff member immediately. If you cannot get to a facility officer or staff member, tell anyone who can get the assistance you need.

SEXUAL ASSAULT AWARENESS

Prohibited Acts

A detainee, who engages in inappropriate sexual behavior with or direct it at others, can be charged with the following Prohibited Acts under the Detainee Disciplinary Policy.

• Code 101: Sexual Assault
• Code 206: Engaging in Sexual Acts
• Code 207: Making Sexual Proposals or Threats
• Code 300: Indecent Exposure
• Code 404: Using Abusive or Obscene Language

DETAINEE MANUAL

**Definitions**

Detainee-on-Detainee Sexual Abuse/Assault: One or more detainees engaging in, or attempting to engage in a *sexual act* with another detainee or the *use of threats, intimidation, inappropriate touching,* or other actions and/or communications by one or more detainees aimed at *coercing* and/or *pressuring* another detainee to engage in a sexual act.

Staff-on-Detainee Sexual Abuse/Assault: Staff member engaging in, or attempting to engage in a sexual act with any detainee **or** the intentional touching of a detainee's genitalia, anus, groin, breast, inter thigh, or buttocks with the intent to abuse, humiliate, harass, degrade, arouse, or gratify the sexual desires of any person. *Sexual abuse/assault of detainees by staff or other detainees is an inappropriate use of power and is prohibited by ICE policy and the law.*

Staff Sexual Misconduct is: Sexual behavior between a **staff member and detainee** which can include, but is not limited to indecent, profane or abusive la nguage or gestures and inappropriate visual surveillance of detainees.

**Detention as a Safe Environment**

While you are detained, no one has the right to pressure you to engage in sexual acts or engage in unwanted sexual behavior regardless of your age, size, race, or ethnicity. Whether you are heterosexual, homosexual, or bisexual, **you have the right to be safe from unwanted sexual advances and acts.**

**Confidentiality**

Information concerning the identity of a detainee victim reporting a sexual assault, and the facts of the report itself, shall be limited to those who have the need to know in order to make decisions concerning the detainee-victim's welfare and for law enforcement/investigative purposes.

**Avoiding Sexual Assault**

Here are some things you can do to protect yourself against sexual assault:

• Carry yourself in a confident manner. Many offenders choose victims who look like they won't fight back or who they think are emotionally

---

DETAINEE MANUAL

weak.

• Do not accept gifts or favors from others. Most gifts or favors come with strings attached to them.
• Do not accept an offer from another detainee to be your protector.
• Find staff member with whom you feel comfortable discussing your fears and concerns. Report concerns!
• Do not use drugs or alcohol; these can weaken your ability to stay alert and make good judgments.
• Avoid talking about sex. Other detainees may believe you have an interest in sexual relationship.
• Be clear, direct and firm. Don't be afraid to say NO or STOP IT NOW.
• Stay in well-lit areas of the camp.
• Choose your associates wisely. Look for people who are involved in positive activities like educational programs, counseling groups, or religious services. Get involved in these activities yourself.
• Trust your instincts. Be aware of situations that make you feel uncomfortable. If it doesn't feel right or safe, leave the situation. If you fear for your safety, report your concerns to the staff.

**What to do if you are assaulted**

Report it. If you become a victim of a sexual assault, you should **report it immediately** to **any** staff person you trust, to include housing officers, deportation officers, chaplains, medical staff or supervisors. Staff members keep the reported information confidential and only discuss it with the appropriate officials on a need to know basis. If you are not comfortable reporting the assault to staff, you have other options:

• Write a letter reporting the sexual misconduct to the, Assistant Field Director, Deputy Field Office Director, or the Field Director. To ensure confidentiality, use special mail procedures.
• File a Detainee Grievance Form. - If you decide your complaint is too sensitive to file with the Assistant Field Office Director, you can file your Detainee Grievance directly with the Field Director. You can get the forms from the housing unit staff.

DETAINEE MANUAL

- Write to the Office of Inspector General (OIG), which investigates allegations of staff misconduct. The address is:

  Department of Homeland Security
  Office of the Inspector General
  245 Murray Drive SE. Building 410
  Washington, DC 20528

Individuals who sexually abuse or assault detainees can only be disciplined and/or prosecuted if the abuse is reported. Detainees and employees are prohibited to retaliate against a person(s) that reports a sexual assault.

## Next Steps After Reporting a Sexual Assault

You will be offered immediate protection from the assailant and you will be referred for medical examination and clinical assessment. You do **not** have to name the detainee(s) or staff member who assaulted you to receive assistance, but specific information may make it easier for staff to help you. You will continue to receive protection from the assailant, whether or not you have identified your attacker or agree to testify against them. It is important that you don't shower, wash, drink, change clothing or use the bathroom until evidence can be collected.

## The Medical Exam

Medical staff will examine you for injuries, which may or may not be readily apparent to you and will gather any physical evidence of assault. Bring the clothes and underwear that you had on at the time of the assault to the medical exam with you. You will be checked for the presence of physical evidence, which supports your allegation. A medical professional will perform a pelvic and/or rectal examination to obtain samples of or document the existence of physical evidence such as hair, body fluids, tears or abrasions, which remain after the assault. This physical evidence is critical in corroborating the sexual assault occurred and in identifying the assailant; the exam will be conducted privately and professionally.

## Understanding the Investigative Process

Once the misconduct is reported, the ICE and/or appropriate law enforcement agency will conduct an investigation. The purpose of the investigation is to determine the nature and extent of the misconduct. You

---

DETAINEE MANUAL

may be asked to give a statement during the investigation. If criminal charges are brought, you may be asked to testify during the criminal proceedings. Any detainee who alleges that he or she has been sexually assaulted shall be offered immediate protection and will be referred for a medical examination.

## The Emotional Consequences of Sexual Assaults

It is common for victims of sexual assault to have feelings of embarrassment, anger, guilt, panic, depression, and fear even several months or years after the attack. Other common reactions include loss of appetite, nausea or stomachaches, headaches, loss of memory and/or trouble concentrating and changes in sleep patterns.

Emotional support is available from the facility's mental health and medical staff, and from the chaplains. Also, many detainees who are at high risk to sexually assault others have often been sexually abused themselves. Mental health services are available to them also so that they can control their actions and heal from their own abuse.

Sexual assaults can happen to anyone: any gender, age, race, ethnic group, socioeconomic status, sexual orientation, or disability. Sexual assault is not about sex; it is about POWER and CONTROL. All reports are taken seriously. Your safety and the safety of others is the most important concern. For everyone's safety, incidents, threats, or assaults must be reported.

## VOLUNTARY WORK PROGRAM

The Krome Service Processing Center will give you the opportunity to participate in a voluntary work program.

Every effort will be made to provide you an opportunity to participate in the voluntary work program. Wages are $1.00 per day. You will be paid on a weekly basis. Ordinarily, you will not be permitted to work in excess of 8 hours daily, or 40 hours weekly unless approved by a SDDO. In addition, you will be required to sign a voluntary work program statement and receive the necessary training.

In order to be considered for the voluntary work program, you must fill out

DETAINEE MANUAL

the Detainee Voluntary Work Program Request and submit it to your housing unit officer. Consideration will be given to you if you have qualifications in specialized areas, e.g. cook, barber services, etc.

Detainees that participate in the voluntary work program are required to work according to an assigned work schedule. Un-excused absences from work or unsatisfactory work performance will result in removal from the voluntary work program.

The detainee must adhere to the dress codes, grooming standards, hair styles related to their assigned job.

Work assignments at the Krone SPC do not generally require specific skills. A sample of work assignments and corresponding classification levels follows:

| Work Assignment | Level |
| --- | --- |
| Kitchen worker (either shift) | 1-2 |
| Recreation Library/Barber | 1-2 |
| Area cleaning (outside the housing area) | 1-2 |
| Evening workers | 1-2 |
| Processing | 1 |
| Laundry | 1-2 |
| Area cleaning (inside the housing area) | 1-2-3 |

**Note: Level 3 detainees may not work outside the confines of their respective housing areas.**

## III. DISCIPLINARY SYSTEM

In a facility where many individuals live together in a relatively small amount of space, it is extremely important that order and discipline be maintained. Order and discipline are not only for the benefit of the staff, but also for the safety and welfare of you and other detainees. While many problems can be solved informally through counseling, disciplinary measures must occasionally be imposed.

## USE OF FORCE

Officers may use physical force only after all reasonable efforts to resolve a detainee situation have failed. Officers shall use as little force as necessary to:

• Gain control of the detainee;
• Protect and ensure the safety of detainees, staff and others;
• Prevent serious property damage; and
• Ensure the security and orderly operation of the facility.

Physical restraints shall be used only under specified conditions to gain control of a detainee who is endangering himself, herself, or others.

## SEGREGATION

If you allegedly commit a prohibited act, you will be given a copy of the incident report within 24-hours of the incident. If the incident is serious, you may be placed in Administrative Detention, pending a hearing before the Unit Disciplinary Committee (UDC), or Institution Disciplinary Panel (IDP).

When a Supervisor is notified that an incident has occurred, (s)he will start an investigation within 24-hours of receipt of the incident report. The detainee will be provided with a copy of the incident report/notice of charges at least 24-hours before the start of the disciplinary proceedings. The detainee will be notified of his right to remain silent during all stages of the investigation. The case will then be heard by the UDC within 24-hours of the conclusion of the investigation, or by the IDP on the first business day after receiving the UDC's referral, unless the detainee waives the 24-hour

DETAINEE MANUAL

The status of all detainees in Administrative Detention shall be reviewed within three working days of the detainee's placement in Administrative Detention to determine if the reasons for placement in the SHU still exist. If you remain in administrative segregation for seven days, a supervisory officer will conduct another review to determine if continued segregation is warranted. This review will include an interview with you. You may appeal the administrative segregation order, in writing, to the facility Assistant Field Office Director.

Detainees in Disciplinary Segregation status are reviewed every 7 days to ensure the detainee is abiding by all rules and regulations and is offered showers, meals, recreation etc. The maximum for a rule violation is no more than 60 days for all violations arising out of one incident; additional time may be added at the discretion of the AFOD for the safety and security of the facility. All detainees placed in Disciplinary Segregation require the review and approval of the AFOD. All detainees are subject to all laws of the United States and of the State of Florida. Any detainee violating these laws may be charged and tried for that violation in the appropriate local, state or federal court.

The filing of charges in a judicial court of record for the violation of local, state or Federal law does not, in any way, prevent or preclude the administrative handling of the same act as an Institution disciplinary matter, or of the taking of disciplinary action against the detainee in question.

Detainees shall not engage in or encourage others to engage in unauthorized organizational activities or meetings; display, wear passes, distribute or use unauthorized organizational insignia or materials. An unauthorized organization is any organization that has not been approved by the Assistant Field Office Director.

Detainees shall not attempt escape from this facility or from escort. Any attempt of escape could warrant the use of physical force and criminal charges filed against you.

---

DETAINEE MANUAL

notification provision. If the detainee is being held in segregation, the delay in the hearing shall not exceed 72-hours after the conclusion of the investigation, barring an emergency.

The UDC and the IDP uses a system of charges and sanctions for rule violations. The UDC or IDP may render a verdict in your case using these charges and sanctions. If you do not accept the verdict, you may utilize your right to appeal as listed below.

Prior to referring the incident report to the IDP, the UDC chairperson will inform you of your rights at the IDP, both verbally and in writing. The following is a list of your rights prior to appearing before the IDP.

1. The right to have a written copy of the charge(s) against you at least 24 hours prior to appearing before the Institution Disciplinary Panel.

2. The right to a full-time staff member of your choice who may represent you before the panel.

3. The right to call witnesses and present documentary evidence in your behalf provided facility safety would not be compromised.

4. The right to remain silent. Your silence may be used to draw an adverse inference against you. However, your silence alone may not be used to support a finding that you committed a prohibited act.

5. The right to be present throughout the IDP hearing except during Panel deliberations and when institutional safety would be jeopardized or compromised.

6. The right to be advised of the IDP's decision and the facts supporting the decision, except where institutional safety would be jeopardized.

7. The right to appeal the decision of the IDP by means of the Detainee Grievance Procedure to the facility Assistant Field Office Director. This must be done within 5 days of notice of the Panel's decision and disposition.

At any time during the hearing, the IDP (for justifiable cause) may order a further investigation into the alleged prohibited act, and may continue the hearing to a future time. If the detainee is being held in the Special Housing Unit (SHU), the delay will not exceed 72 hours, barring an emergency.

DETAINEE MANUAL

SANCTION CODES

## "GREATEST" OFFENSE CATEGORY

| CODE | PROHIBITED ACTS | SANCTIONS |
|---|---|---|
| 100 | Killing | A. Initiate criminal proceedings |
| 101 | Assaulting any person includes sexual assault | B. Disciplinary transfer (recommend) |
| 102 | Escape from escort; escape from a secure facility | C. Disciplinary segregation (up to 60 days) |
| 103 | Setting a fire (charged with this act in this category only when found to pose a threat of serious bodily harm or in furtherance of a prohibited act of greatest severity, e.g., a riot or an escape) | D. Make monetary restitution, if funds are available. |
| 104 | Possession or introduction of a gun, firearm, weapon, sharpened instrument, knife, dangerous chemical, explosive, escape tool/device, or ammunition | E. Loss of privileges, e.g. commissary, vending machines, movies, recreation, etc. |
| 105 | Rioting | |
| 106 | Inciting others to riot | |
| 107 | Hostage-taking | |
| 108 | Assaulting a staff member or any law enforcement officer | |
| 109 | Threatening a staff member or any law enforcement officer with bodily harm. | |
| *198 | Interfering with a staff member in the performance of duties (conduct must be of the greatest severity). This charge is to be used only if another charge of greatest severity is not applicable. | |
| *199 | Conduct that disrupts or interferes with the security or orderly running of the facility (conduct must be of the greatest severity). This charge is to be used only if another charge of greatest severity is not applicable. | |

DETAINEE MANUAL

## "HIGH" OFFENSE CATEGORY

| CODE | PROHIBITED ACTS | SANCTIONS |
|---|---|---|
| 200 | Escape from unescorted activities, open or secure facility, without violence | A. Initiate criminal proceedings |
| 201 | Fighting, boxing, wrestling, sparring, and any other form of physical encounter, including horseplay, that causes or could cause injury to another person, except when part of an approved recreational or athletic activity. | B. Disciplinary transfer (recommend) |
| | | C. Disciplinary segregation (up to 60 days) |
| 202 | Possession or introduction of an unauthorized tool | D. Make monetary restitution, it funds are available. |
| 203 | Loss, misplacement, or damage of any restricted tool | |
| 204 | Threatening another with bodily harm | F. Loss of privileges, commissary, movies, recreation, etc. |
| 205 | Extortion, blackmail, protection; demanding or receiving money or anything of value in return for protection against others, avoiding bodily harm, or avoiding a threat of being informed against | G. Change housing |
| | | H. Remove from program and/or group activity |
| 206 | Engaging in sexual acts | |
| 207 | Making sexual proposals or threats | I. Loss of job |
| 208 | Wearing a disguise or mask | J. Impound and store detainee's personal property |
| 209 | Tampering with or blocking any lock device | K. Restrict to housing unit |
| 210 | Adulteration of food or drink | J. Confiscate contraband |
| 211 | Possession, introduction, or use of narcotics, paraphernalia, or drugs not prescribed for the individual by the medical staff | M. Warning |
| 212 | Possessing an officer's or staff member's clothing | |
| 213 | Engaging in or inciting a group demonstration | |
| 214 | Encouraging others to participate in a work stoppage or to refuse to work | |
| 215 | Refusing to provide a urine sample or otherwise cooperate in a drug test | |
| 216 | Introducing alcohol into the facility | |

DETAINEE MANUAL

## "HIGH" OFFENSE CATEGORY

| CODE | PROHIBITED ACTS | | SANCTIONS |
|---|---|---|---|
| 217 | Giving or offering an official or staff member a bribe or anything of value | A. | Initiate criminal proceedings |
| 218 | Giving money to, or receiving money from, any person for an illegal or prohibited purpose, such as introducing/conveying contraband | B. | Disciplinary transfer (recommend) |
| 219 | Destroying, altering, or damaging property (government or another person's) worth more than $100 | C. | Disciplinary segregation (up to 72 hours) |
| 220 | Being found guilty of any combination of three or more high moderate or low moderate offenses within 90 days | D. | Make monetary restitution, if funds are available |
| 221 | Signing, preparing, circulating, or soliciting support for prohibited group petitions | E. | Loss of privileges: commissary, movies, recreation, etc. |
| 222 | Possessing or introducing an incendiary device, e.g., matches, a lighter, etc. | F. | Change housing |
| 223 | Any act that could endanger persons and/or property | G. | Remove from program and/or group activity |
| *298 | Interfering with a staff member in the performance of duties (conduct must be of the highest severity). This charge is to be used only if another charge of highest severity is not applicable. | H. | Loss of job |
| | | I. | Impound and store detainee's personal property |
| *299 | Conduct that disrupts or interferes with the security or orderly operation of the facility (conduct must be of the highest severity). This charge is to be used only of another charge of highest severity is not applicable | J. | Confiscate contraband |
| | | K. | Restrict to housing unit |
| | | M | Warning |

*When the prohibited act is interfering with a staff member in the performance of duties (Code 198, 298, 398, or 498) or conduct that disrupts (Code 199, 299, 399, or 499), the Disciplinary Committee should specify in its findings the severity level of the conduct, citing a comparable offense in that category. For example, "We find the act to be of high severity, most comparable to Code 213 - engaging in a group demonstration."

---

DETAINEE MANUAL

## "HIGH MODERATE" OFFENSE CATEGORY

| CODE | PROHIBITED ACTS | | SANCTIONS |
|---|---|---|---|
| 300 | Indecent exposure | A. | Initiate criminal proceedings |
| 301 | Stealing (theft) | B. | Disciplinary transfer (recommend) |
| 302 | Misuse of authorized medication | C. | Disciplinary segregation (up to 72 hours) |
| 303 | Loss, misplacement, or damage, of a less restricted tool | D. | Make monetary restitution, if funds are available |
| 304 | Lending property to other item of value for profit/increased return | E. | Loss of privileges: commissary, movies, recreation, etc. |
| 305 | Possession of item(s) not authorized for receipt or retention, not issued through regular channels | F. | Change housing |
| 306 | Refusal to clean assigned living area | G. | Remove from program and/or group activity |
| 307 | Refusing to obey a staff member/officer's order (may be categorized and charged as a greater or lesser offense, depending on the kind of disobedience; continuing to riot is Code 105 – Rioting; continuing to fight is Code 201 – Fighting; Refusing to provide a urine sample is Code 215 | H. | Loss of job |
| | | I. | Impound and store detainee's personal property |
| 308 | Insolence toward a staff member | J. | Confiscate contraband |
| 309 | Lying or providing false statement to staff | K. | Restrict to housing unit |
| 310 | Counterfeiting, forging, or other unauthorized reproduction of money or other official document or item, e.g., security document, identification card, etc. (may be categorized as greater or lesser offense, depending on the nature and purpose of the reproduction, e.g., counterfeiting release papers to effect an escape, Code 102, or 200) | L. | Reprimand |
| 311 | Participating in an unauthorized meeting or gathering | M | Warning |
| 312 | Being in an unauthorized area | | |
| 313 | Failure to stand count | | |
| 314 | Interfering with the count | | |
| 315 | Making, possessing, or using intoxicant(s) | | |

DETAINEE MANUAL

## "HIGH MODERATE" OFFENSE CATEGORY

| CODE | PROHIBITED ACTS | SANCTIONS |
|---|---|---|
| 311 | Refusing a breathalyzer test or other test of alcoholic consumption | A. Initiate criminal proceedings |
| 312 | Gambling | B. Disciplinary transfer (recommend) |
| 313 | Preparing or conducting a gambling pool | C. Disciplinary segregation (up to 72 hours) |
| 319 | Possession of gambling paraphernalia | D. Make monetary restitution, if funds are available. |
| 320 | Unauthorized contact with the public | E. Loss of privileges: commissary, movies, recreation, etc. |
| 32? | Giving money or another item of value to, or accepting money or another item of value from anyone, including another detainee, without staff authorization | F. Change housing |
| 32? | Destroying, altering, or damaging property (government or another person's) worth $100 or less | G. Remove from program and/or group activity |
| *398 | Interfering with a staff member in the performance of duties (offense must be of high moderate severity). This charge is to be used only if another charge of high moderate severity is not applicable | H. Loss of job |
| *399 | Conduct that disrupts or interferes with the security or orderly running of the facility (offense must be of high moderate severity). This charge is to be used if another charge of high moderate severity is not applicable | I. Impound and store detainee's personal property |
| | | J. Confiscate contraband |
| | | K. Restrict to housing unit |
| | | L. Reprimand |
| | | M. Warning |

NOTE: Any combination of high moderate and low moderate offenses during a 90-day period shall constitute a high offense.

DETAINEE MANUAL

## "LOW MODERATE" OFFENSE CATEGORY

| CODE | PROHIBITED ACTS | SANCTIONS |
|---|---|---|
| 400 | Possession of property belonging to another person | A. Initiate criminal proceedings |
| 401 | Possessing unauthorized clothing | B. Disciplinary transfer (recommend) |
| 402 | Malingering, feigning illness | C. Disciplinary segregation (up to 72 hours) |
| 403 | Smoking where prohibited | D. Make monetary restitution, if funds are available. |
| 404 | Using abusive or obscene language | E. Loss of privileges: commissary, movies, recreation, etc. |
| 405 | Tattooing, body piercing, or self-mutilation | F. Change housing |
| 406 | Unauthorized use of mail or telephone (with restricted or temporary suspension of the abused privileges often the appropriate sanction) | G. Remove from program and/or group activity |
| 407 | Conduct with a visitor in violation of rules and regulations (with restriction or temporary suspension of visiting privileges often the appropriate sanction) | H. Loss of job |
| 408 | Conducting a business | I. Impound and store detainee's personal property |
| 409 | Possession of money or currency, unless specifically authorized (or in excess of amount authorized) | J. Confiscate contraband |
| 410 | Failure to follow safety or sanitation regulations | K. Restrict to housing unit |
| 411 | Unauthorized use of equipment or machinery | L. Reprimand |
| 412 | Using equipment or machinery contrary to posted safety standards | M. Warning |
| 413 | Being unsanitary or untidy, failing to keep self and living area in accordance with posted standards | |
| *498 | Interfering with a staff member in the performance of duties (offense must be of low moderate severity). This charge is to be used only if another charge of low moderate severity is not applicable. | |
| *499 | Conduct that disrupts or interferes with the security or orderly running of the facility (offense must be of low moderate severity). This charge is to be used only if another charge of low moderate severity is not applicable | |



**U.S. Immigration and Customs Enforcement**
**Krome Service Processing Center**

*3ᴵᴸ*

**DETAINEE REQUEST FORM**
*(Formulario para Solicitudes)*

*2ⁿᵈ*

Attention: *(AFOD) ICE, Reviewing Office*
*(Atención)*

- ☐ Deportation Case Inquiry *(Información relacionada a su caso de deportación)*
- ☐ Property Disposition Request *(Solicitud de entrega de propiedad)*
- ☐ Mail Related Inquiry *(Información relacionada a su correspondencia)*
- ☐ Religious / Chaplain Inquiry *(Información relacionada a religión o a capellanes)*
- ☐ Commissary Inquiry *(Comisaría)*
- ☐ Payroll (Voluntary Work) Related Inquiry  *(Información de nómina relacionada a trabajo voluntario)*
- ☒ Other (Non-medical) Specify*( Otra solicitud no-médica especifique)*:
*"Classification" Custody Score" reclassified Classification Review.*

Detainee Name: *Pedro Cortes Rodriguez Jr.*   Alien #: *099621606*
*(Nombre del Detenido)*                      *(Número de Extranjero)*
Date Arrived: *08-15-2012*                  Date of Request: *02-14-2013*
*(Fecha Llegada)*                           *(Fecha de Solicitud)*
Nationality: *Mexico*                       Housing Unit: *Building 8ᵗʰ Pod 1*
*(Nacionalidad)*                            *(Unidad de Vivienda)*

Request (solicitud): *Classification system can you please reclassified me,*
*I been on Krome since November 8ᵗʰ 2012 is more than 90 days*
*I don't have violent record, I also Non-Bout my case at Arizona the*
*law and C.C.A. Arizona Jail rule is anything an inmate do any violation*
*will be erase from her custody record, That means if, I did something*
(Continue on reverse) *(Continuar en el reverso)*

Department Response *(Respuesta del Departamento)*: *Your Classification*
*is Correct Based on your criminal*
*History*

~~DENIED~~

Staff Signature / Title

Approval By:_____  Title:_____  Date:_____

Revised 01/2012



**U.S. Immigration and Customs Enforcement**
**Krome Service Processing Center**

02-13 ~

## DETAINEE REQUEST FORM
*(Formulario para Solicitudes)*

Attention: (AFD) I. C. E, Reviewing
*(Atención)*

☐ Deportation Case Inquiry *(Información relacionada a su caso de deportación)*
☐ Property Disposition Request *(Solicitud de entrega de propiedad)*
☐ Mail Related Inquiry *(Información relacionada a su correspondencia)*
☐ Religious / Chaplain Inquiry *(Información relacionada a religión o a capellanes)*
☐ Commissary Inquiry *(Comisaría)*
☐ Payroll (Voluntary Work) Related Inquiry  *(Información de nómina relacionada a trabajo voluntario)*
☒ Other (Non-medical) Specify *( Otra solicitud no-médica especifique):*
Classification Custody level reclassified Classification Review.

Detainee Name: Pedro Carlos Rodriguez Jr.     Alien #: 079621606
*(Nombre del Detenido)*                         *(Número de Extranjero)*
Date Arrived: 08-15-2013                        Date of Request: 02-15-2013
*(Fecha Llegada)*                               *(Fecha de Solicitud)*
Nationality: Mexico                             Housing Unit: Building 5th Pod 1
*(Nacionalidad)*                                *(Unidad de Vivienda)*

Request (solicitud): Classification system can you please reclassifie me I m
Red Color, I would like to be on Orange color please, I been at Krome
for more than 90 day's Since November 5th 2012. I'm going to the Court
I'm in good avou I'le what No Criminal Case, My Old Charge with 08 8th 1800,
I Beat it on court, I need to have a Juis please →08

*(Continue on reverse) (Continuar en el reverso)*

Department Response *(Respuesta del Departamento):*
Your Class level is Correct Based on
Your Criminal History.

Staff Signature / Title

Approval By: _____     Title: _____     Date: _____

Revised 01/2012

# ICE Health Service Corps
## Sick Call Request Form/ Solicitud de Consulta Médica

Facility/Centro: _____     A#: _____

Name/Nombre: _____     _____     Date/Fecha: _____
                        First/Nombre              Last/Apellido Paterno

Gender/Género:  ☐ Male/Masculino     ☐ Female/Femenino     Nationality/Nacionalidad: _____

Age/Edad: _____     Housing/Alojamiento: _____

Complaint/Reason for Request/Queja/Motivo de la Solicitud:

```
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
```

For Official Use Only/Unicamente Para Uso Oficial

(This section to be completed by health care staff. Detainees do not write below this line.)

Date received: _____     Form Reviewed By: _____

To Be Scheduled:  ☐ Today     ☐ 1-2 Days     ☐ 3-4 Days     ☐ 5-7 Days

To Be Seen By:  ☐ RN     ☐ Provider

_____     _____     _____     _____
      Reviewer                     Signature              Date       Time

If patient is not seen same day, must have concurrence from the next highest level provider.

☐ Concur     ☐ Do Not Concur     Detainee should be seen: _____

Other: _____

| Last Name: | First Name: |
|---|---|
| A#: | Nationality: |
| Date of Arrival: | DOB: |
| Facility: | Sex: |



6

02-13-612

**U.S. Immigration and Customs Enforcement**
**Krome Service Processing Center**

## DETAINEE REQUEST FORM
*(Formulario para Solicitudes)*

Attention: *I C E*
*(Atención)*

☐ Deportation Case Inquiry *(Información relacionada a su caso de deportación)*
☐ Property Disposition Request *(Solicitud de entrega de propiedad)*
☐ Mail Related Inquiry *(Información relacionada a su correspondencia)*
☐ Religious / Chaplain Inquiry *(Información relacionada a religión o a capellanes)*
☐ Commissary Inquiry *(Comisaría)*
☐ Payroll (Voluntary Work) Related Inquiry *(Información de nómina relacionada a trabajo voluntario)*
☒ Other (Non-medical) Specify *( Otra solicitud no-médica especifique)*:
*Finger print and Pitcher*

Detainee Name: *Pedro Cortes Rodriguez*
*(Nombre del Detenido)*
Date Arrived: *08-15-2012*
*(Fecha Llegada)*
Nationality: *Mexican*
*(Nacionalidad)*

Alien #: *099621606*
*(Número de Extranjero)*
Date of Request: *02-27-2013*
*(Fecha de Solicitud)*
Housing Unit: *Building 8th Pod 2, Bed 6*
*(Unidad de Vivienda)*

Request *(solicitud):* *I receive a letter from Kendall Office to be for to be Finger printed and their Need to take my pitcher for Asylm. I Send a letter to them, Asic in Chicago for whether going to give me the Appointment for me to go. Let me know what's going to happen. please.*
*Thank You for your time.*
(Continue on reverse) *(Continuar en el reverso)*

Department Response *(Respuesta del Departamento):* *You case is curretly Pending with the immigration court.*

Staff Signature / Title   *JEA*

Approval By _____ Title _____ Date: _____

Revised 01 2012



**U.S. Immigration and Customs Enforcement**

Krome Service Processing Center

## DETAINEE GRIEVANCE FORM

*(A grievance must be filed within 5 days of original incident or issue)*

Grievance # 3-13-08

Detainee Name: Pedro Cortes Rodriguez Jr. A# 099 62 606   Housing Unit: Building 8th floor

Nationality: Mexican

Complaint / Comments: On 03-07-13 I was not allowed access to the law library. The officer only take's 3 detainees from my pod and did allow me because, I had gone to the (L.L.) the day before. Is not fair. There is both State & Federal Status that Give's us Standing acces to the L.L. daily at least for one hour. I'M sure there are Federal Laws that follows this. This is like denning or denying me acces to the court.

Action requested by detainee: Please change there new L.L. Hour so that we continue Litigating our Case using legal material and computer time each and every day.

Detainee Signature: Pedro Cortes Rodriguez   Date / time: 03-07-2013 5:30 PM

Received by (Title): R. Vivero IEN   Date / time: 3/11/13 @ 0850

---

**INFORMAL [ ✓ ]** Resolution is accepted by detainee: (to be completed within 24 hours and only if resolved prior to hearing)

This grievance has been informally resolved as follows:

Detainee interviewed to Address Issue. Forward to Supervisor to Address issue.

Detainee Signature: Pedro Cortes   Date / time: 3/11/13 @ 1600

Staff Member: R. Vivero IEN   Date / time: 3/11/13 @ 1600

Supervisory Review: W. Bryant CSOLA   Date / time: 3/11/13 @ 1600

---

**FORMAL [ ]** Informal Resolution is not accepted by detainee and the grievance has been assigned to the following Department for formal resolution:   [ ] Deportation   [ ] Detention   [ ] Administration

*(Response to detainee within five (5) business days is required)*

Departmental Findings / Actions Taken:

Disposition:
Date of Findings:
Date Returned to Detainee:

2013 MAR 11 AM 8 52

---

*(Detainee return within five days of receipt and check the appropriate box)*

I would like this matter:

⃝   Referred to the Detention Grievance Committee for consideration

⃝   Referred to the ICE program manager

# 6.3 Law Libraries and Legal Material

## I. Purpose and Scope

This detention standard protects detainees' rights by ensuring their access to courts, counsel and comprehensive legal materials.

This detention standard applies to the following types of facilities housing ERO detainees:

- Service Processing Centers (SPCs);
- Contract Detention Facilities (CDFs); and
- State or local government facilities used by ERO through Intergovernmental Service Agreements (IGSAs) to hold detainees for more than 72 hours.

*Procedures in italics are specifically required for SPCs, CDFs, and Dedicated IGSA facilities.* Non-dedicated IGSA facilities must conform to these procedures or adopt, adapt or establish alternatives, provided they meet or exceed the intent represented by these procedures.

For all types of facilities, procedures that appear in italics with a marked (**\*\***) on the page indicate optimum levels of compliance for this standard.

Various terms used in this standard may be defined in standard "7.5 Definitions."

## II. Expected Outcomes

The expected outcomes of this detention standard are as follows (specific requirements are defined in "V. Expected Practices").

1. Detainees shall have access to a properly equipped law library, legal materials and equipment (including photocopying resources) to facilitate the preparation of documents.

2. Detainees shall have meaningful access (no less than five hours per week) to law libraries, legal materials and equipment.

3. ***When requested and where resources permit, facilities shall provide detainees meaningful access to law libraries, legal materials and related materials on a regular schedule and no less than 15 hours per week.***

4. Special scheduling consideration shall be given to detainees facing deadlines or time constraints.

5. Detainees shall not be required to forgo recreation time to use the law library. Requests for additional time to use the law library shall be accommodated to the extent possible, including accommodating work schedules when practicable, including accommodating work schedules when practicable, consistent with the orderly and secure operation of the facility.

6. Detainees shall have access to courts and counsel.

7. Detainees shall be able to have confidential contact with attorneys and their authorized representatives in person, on the telephone and through correspondence.

8. Detainees shall receive assistance where needed (e.g., orientation to written or electronic media and materials, assistance in accessing related programs, forms and materials); in addition, detainees who are illiterate, limited-English proficient or disabled shall receive appropriate special assistance.

9. Detainees in the Special Management Unit (SMU) shall have access to legal resources and materials on the same basis as the general population.

DETAINEE MANUAL

14-B), Wednesdays (Bldg. 8, Pods 3, 4, 5, 6), and Fridays (Bldg. 8, Pods 1 and 2). The library schedule is posted in each housing unit. It is important that you take care of the books so other detainees have the opportunity to read and enjoy them.

## LAW LIBRARY

The schedule for use of the Law Library is from 8:00 A.M. through 4:00 P.M., seven days a week. Self-help material will be provided and available to all detainees for their use for research or preparation of their defense. You must write your name in the Law Library signing sheet located in your housing area. The signing sheet is located on the housing officer's desk. You are also permitted to use the Law Library for the purpose of **assisting** other detainees in their case. Inform the library officer of any missing or damaged books or if you are interested in a law book that is not present at the library. If your desired legal material is not available to you in the Law Library, submit a detainee request to the recreation specialist. You can find a list of all legal materials available to you at the Law Library.
Should you need to extend the allotted time (more than 5 hours per week), submit a Detainee Request for approval. You can find this formulary in your housing unit.

Lexis/Nexis software is available at the Law Library. Should you need to utilize this program you may ask the officer assigned to the Law Library for instructions on how to use the program.

You are strictly prohibited from charging any fees for providing assistance to other detainees.
Solicitations of fees for service from another detainee should be reported immediately.
**No materials may be removed from the library.**

## TYPEWRITERS AND COMPUTERS

Typewriters, computers, printers, and other supplies are available in the Law Library for the preparation of legal documents **ONLY**. Typewriters and computers **are not to be used** for personal correspondence.



**U.S. Immigration and Customs Enforcement**
**Krome Service Processing Center**

## DETAINEE REQUEST FORM
*(Formulario para Solicitudes)*

Attention: _I C E_
*(Atención)*

☐ Deportation Case Inquiry *(Información relacionada a su caso de deportación)*
☐ Property Disposition Request *(Solicitud de entrega de propiedad)*
☐ Mail Related Inquiry *(Información relacionada a su correspondencia)*
☐ Religious / Chaplain Inquiry *(Información relacionada a religión o a capellanes)*
☐ Commissary Inquiry *(Comisaría)*
☐ Payroll (Voluntary Work) Related Inquiry  *(Información de nómina relacionada a trabajo voluntario)*
☒ Other (Non-medical) Specify( *Otra solicitud no-médica especifique):*

Detainee Name: _Pedro Cortes_
*(Nombre del Detenido)*
Date Arrived: _03-15-2013_
*(Fecha Llegada)*
Nationality: _Mexico_
*(Nacionalidad)*

Alien #: _099621606_
*(Número de Extranjero)*
Date of Request: _04-05-2013_
*(Fecha de Solicitud)*
Housing Unit: _Pod 1_
*(Unidad de Vivienda)*

Request *(solicitud):* _Hi I.C.E. Reason of my Request, I_
_I'm trying to Gather Place for the a pull to_
_leave on Atlanta that_
_next on wired sine →_

(Continue on reverse) *(Continuar en el reverso)*

Department Response *(Respuesta del Departamento):* _____
_Returned need to Be_
_More Specific_

Staff Signature / Title

Approval By _____ Title _____ Date _____



U.S. Immigration and
Customs Enforcement

**Krome Service Processing Center**

## DETAINEE GRIEVANCE FORM

*(A grievance must be filed within 5 days of original incident or issue)*

Grievance # _____

Detainee Name: _Pedro Cortes Rodriguez Jr_ A# _019621606_  Housing Unit: _Pod 1_
Nationality: _Mexico-Hispano_
Complaint / Comments: _Getting Law Library 1st is they won't do Notary request_
_or Copies on Notarize Request paperwork or for cases issues, 2nd is they_
_won't do copies of law books to take it to the Pod to study, Because we_
_only have one to here._

Action requested by detainee: _I Need copies from Asylum, Or From Law book's_
_to study In the unit or for cases at the state affecting my immigration_
_case, I need copies of books to have more Knowledge on my case also_
_it that important, + is also a federal role. Those talk-issue is happening after Dinner_
Detainee Signature: _Pedro ___  Date / time: _04-11-2013 07:15 pm_

Received by (Title): _Lt Rincon  FSD_   Date / time: _4/15/13 @ 0742_

---

INFORMAL [ ] Resolution is accepted by detainee: **(to be completed within 24 hours and only if resolved prior to hearing)**   _Returned  Nongrievable issue_

This grievance has been informally resolved as follows:
_Notary Services are conducted on Wednesday only and_
_copies for legal papers only can be done at_
_the law library. Contact Library officer for_
_Assistance._

Detainee Signature: _____  Date / time: _____
Staff Member: _Lt Rincon FSD_  Date / time: _4/15/13 @ 0742_
Supervisory Review: _____  Date / time: _____

---

**FORMAL** [ ] Informal Resolution is not accepted by detainee and the grievance has been assigned to the following Department for formal resolution:  [ ] Deportation  [ ] Detention  [ ] Administration
**(Response to detainee within five (5) business days is required)**

Departmental Findings/Actions Taken:

Dep. Head: _____
Dep. Staff: _____   Dep. Staff _____
Date of Findings: _____   Date Returned to Detainee: _____

---

*(Detainee return within five days of receipt and check the appropriate box)*
I would like this matter:
[ ]   Referred to the Detainee Grievance Committee (DGC).
[ ]   I agree with the resolution.

Detainee Signature: _____   Date / time: _____

Received by Staff: _____   Page 1 of 3



**U.S. Immigration and Customs Enforcement**
**Krome Service Processing Center**



## DETAINEE REQUEST FORM
*(Formulario para Solicitudes)*

Attention: _T C E_
*(Atención)*

- ☐ Deportation Case Inquiry *(Información relacionada a su caso de deportación)*
- ☐ Property Disposition Request *(Solicitud de entrega de propiedad)*
- ☐ Mail Related Inquiry *(Información relacionada a su correspondencia)*
- ☐ Religious / Chaplain Inquiry *(Información relacionada a religión o a capellanes)*
- ☐ Commissary Inquiry *(Comisaría)*
- ☐ Payroll (Voluntary Work) Related Inquiry *(Información de nómina relacionada a trabajo voluntario)*
- ☒ Other (Non-medical) Specify( *Otra solicitud no-médica especifique)*

Detainee Name: _Pedro Cortes Rodriguez Jr_   Alien #: _097621606_
*(Nombre del Detenido)*
Date Arrived: _August 16, 2012_   Date of Request: _04-11-2013_
*(Fecha Llegada)*   *(Fecha de Solicitud)*
Nationality: _Mexico Hispanic_   Housing Unit: _Bd 1_
*(Nacionalidad)*   *(Unidad de Vivienda)*

Request *(solicitud):* _Hi Hopefuly Good im having a God day. Reason of my Request is becuse im being in a Albino prison, ttle request is for imigration lwyr becuse i almost for this one and for U visa ___ as in the other side_

(Continue on reverse) *(Continuar en el reverso)*

Department Response *(Respuesta del Departamento)* _Pleea to retrieve information from library or sign up in library unit to attend free legal right presentation. See attachment._

_Free legal providers List Attachd_

Staff Signature - Fire

# LIST OF FREE LEGAL SERVICES PROVIDERS

The following organizations and attorneys provide free legal services and/or referrals for such services to indigent individuals in immigration removal proceedings, pursuant to 8 CFR §1003.61. Some of these organizations may charge a nominal fee for legal services to certain low income individuals.

## MIAMI, FLORIDA

### AMERICAN FRIENDS IMMIGRANT SERVICES

111 N.E. 1st Street, 3rd Floor
Miami, Florida 33132

Telephone: (305) 600-5441
Fax: (305) 432-4476

www.afsc.org/miami/

- Creole, French and Spanish Spoken.
- Will not represent detained aliens.

### ALMA C. DEFILLO, ESQ.

929 Peninsular Place
Jacksonville, FL 32204

(904) 354-3778
(904) 634-8822, Fax

- Will represent aliens in asylum cases.
- Will represent permanent residents with criminal convictions.
- May charge a nominal fee.
- Will represent aliens in detention.
- Telephonic consultation available.
- Spanish and Portuguese spoken.

### CATHOLIC CHARITIES LEGAL SERVICES ARCHDIOCESE OF MIAMI, INC.

The Bank of America Building
3661 West Oakland Park Blvd., Ste. 305
Fort Lauderdale, FL 33311

(954) 486-2070
(954) 486-5090, Fax

http://www.cclsmiami.org

- Representation is limited to Miami Immigration Court.
- Representation to residents of Miami-Dade and Broward Counties (priority given to Broward County residents).
- Creole, Spanish, and French spoken.
- Will accept VAWA cases and very limited representation in asylum proceedings.
- All other cases will be referred to the Miami Office.

### FLORIDA EQUAL JUSTICE CENTER, INC.

3210 Cleveland Avenue, Ste. 101-A
Ft. Meyers, FL 33901

(239) 277-7060
(239) 277-9050, Fax
1-800-518-1716, toll free

- Spanish spoken.
- Will not represent detained aliens.
- Will take asylum cases.
- Court representation limited to Miami Immigration Court (for non-court cases, priority given to VAWA, SIJ, U ad T visas, and family cases involving large numbers of children).
- Representation to residents of Lee, Hendry, Glades, Charlotte, and DeSoto Counties.

### CATHOLIC CHARITIES LEGAL SERVICES ARCHDIOCESE OF MIAMI, INC.

700 S. Royal Poinciana Blvd., Ste. 800
Miami Springs, FL 33166

(305) 887-8333
(305) 883-4498, Fax

http://www.cclsmiami.org

- Representation limited to Miami Immigration Court and to residents of Miami-Dade and Monroe Counties.
- Will process Cuban adjustment, employment authorization and parole requests, and citizenship applications for West Miami-Dade and Monroe County residents.
- Asylum cases will be accepted and represented by the Miami Office.
- Spanish spoken.

### FLORIDA IMMIGRANT ADVOCACY CENTER, INC. (FIAC)

3000 Biscayne Blvd., Ste. 400
Miami, FL 33137

(305) 573-1106

- Spanish, Creole and French spoken.
- Will take Asylum cases.

**CATHOLIC CHARITIES LEGAL SERVICES ARCHDIOCESE OF MIAMI, INC.**
150 SE 2nd Ave., Ste. 200
Miami, FL 33131

(305) 373-1073
(305) 373-1173, Fax
http://www.cclsmiami.org

- Representation limited to Miami Immigration Court.
- Representation to residents of Monroe, Miami-Dade, and Broward Counties.
- Creole, Spanish, and French spoken.
- All types of cases accepted, including asylum proceedings.

**CATHOLIC CHARITIES LEGAL SERVICES ARCHDIOCESE OF MIAMI, INC.**
900 54th Street
West Palm Beach, FL 33407

(561) 494-0928
(561) 202-2310, Fax

**CATHOLIC CHARITIES LEGAL SERVICES ARCHDIOCESE OF MIAMI, INC.**
370 SW 3rd Street
Boca Raton, FL 33432

(561) 394-6352

**CATHOLIC CHARITIES LEGAL SERVICES ARCHDIOCESE OF MIAMI, INC.**
1111 S. Federal Hwy, Ste. 216
Stuart, FL 34995

(772) 283-0541
(772) 872-0311, Fax

**CATHOLIC CHARITIES LEGAL SERVICES ARCHDIOCESE OF MIAMI, INC.**
15305 W. Adams Ave.
Indiantown, FL 34956

(772) 597-2812
(772) 597-2813, Fax

**IMMIGRANTS' RIGHTS CENTER**
1468 S. Semoran Blvd.
Orlando, FL 32807

(407) 382-4944

- Spanish spoken.
- Will take Asylum cases.
- May charge a nominal fee.

**RICHARD LOISEAÚ, ESQ.**
7680 Universal Blvd., Ste. 660
Orlando, FL 32819

(407) 352-9920
(407) 497-3530, Cell
(407) 352-9980, Fax
1-888-685-7424, Toll Free
Email: RLGLOBAL@AOL.COM

- Creole, Spanish, and French spoken
- All types of cases accepted, including asylum and detention
- May charge a nominal fee

**SMAHANE NAANAA NAGHOUN, ESQ.**
11 NE 1st Street 3rd Floor
Miami, Florida 33132

(305) 600-5018
(866) 847-9805 (fax)

**NEIL ST. JOHN RAMBANA, ESQ.**
**ELIZABETH RICCI, ESQ.**
Rambana & Ricci, P.A.
521 East Tennessee Street
Tallahassee, FL 32308

(850) 224-4529
(850) 222-7529, Fax
- Willing to represent aliens in asylum proceedings.
- Spanish spoken.

**JASON ST. FLEUR, ESQ.**
Jason St. Fleur, Esq.
152 NE 167 St., Suite #300
Miami, FL 33162

1-877-223-4977 or 954-775-2477or 305-947-2055
www.stfleur.com
- Spanish, French, and Creole
- May charge nominal fee
- Fee waivers considered in certain circumstances
- All types of cases accepted
- Representation available for all Florida residents.

**CHURCH WORLD SERVICE**
Immigration and Refugee Program
1924 NW 84th Ave.
Miami, FL 33126

(305) 774-6770

- Creole, French, and Spanish spoken.
- Will NOT represent aliens in detention. Will take asylum cases.
- May charge a nominal fee.

**COLOMBIAN AMERICAN NATIONAL COALITION, INC. (CANCO)**
809 SW 8th St.
Suite 212
Miami, FL 33130-3748

(786) 346-3828
(786) 346-3828, Fax

- Spanish Spoken.

**COLOMBIAN AMERICAN SERVICE ASSOCIATION (CASA)**
CASA
7925 NW 12 St
Suite 414
Miami, FL 33126

Tel: (305) 463-7468, ext. 101
Fax: (305) 463-7908
http://www.casa-usa.org
Email: info@casa-usa.org

- May charge nominal fee.
- Fee waivers considered in certain circumstances.
- Representation limited to Miami Immigration Court.
- Will not represent cases in detention (including Krome or Broward Detention Centers).
- All types of cases accepted, including asylum.
- Spanish spoken.

**SAUL D. THERMIDOR, ESQ.**
271 NW 54th St.
Miami, FL 33127

(302) 407-9397

**SIMON TSANG, ESQ.**
3837 Northdale Blvd., Ste. 302
Tampa, FL 33624

(813) 265-8152; (727) 547-6097

- Will take Asylum cases.

#6



U.S. Immigration and
Customs Enforcement

Krome Service Processing Center

**DETAINEE GRIEVANCE FORM**

*(A grievance must be filed within 5 days of original incident or issue)*

Grievance # _____

Detainee Name: Pedro Cortes Rodriguez A# 049621606 Housing Unit: Pod 1
Nationality: Mexican-HISPANIC
Complaint / Comments: I Have 4 Different felony's at Utah Criminal
Court, 2 at S.L.C COURTHOUSE, 2 at WESTVALLEY These Means.
I Have 2 Send for Motion TO Vacate. Copies to have my Case Vacate.
the officer's for the Law library after Diner Won't do Copies for us because they
Know is Violating the law.

Action requested by detainee: Carla Ryland is Verry disrespectful on all the way. She Say
only 1 Copi for Send to different Court and different case's. I need 8th Paperwork
work notorized. She Won't do it. We need Someone that will notorized our paperwork
Motion to vacate a case at court is Verry important

Detainee Signature: Pedro Cortes    Date / time: 04-03-2013 6:00 AM

Received by (Title): R. Rivera FEA    Date / time: 4/5/13 @ 0833

---

**INFORMAL [  ]** Resolution is accepted by detainee: **(to be completed within 24 hours and only if resolved prior to hearing)** Returned Nangrievable Issue

This grievance has been informally resolved as follows:

As per policies, see Attachment. Detainee Interview as
to Address issue. Detainee states he had Attorney.
~Continue next page.

Detainee Signature: _____    Date / time: _____
Staff Member: R. Rivera FEA    Date / time: 4/5/13 @ 1302
Supervisory Review: _____    Date / time: _____

---

**FORMAL [  ]** Informal Resolution is not accepted by detainee and the grievance has been assigned to the following Department for formal resolution:   [  ] Deportation   [  ] Detention   [  ] Administration
**(Response to detainee within five (5) business days is required)**

Departmental Findings/Actions Taken: _____
_____
_____

Dep. Head: _____
Dep. Staff: _____    Dep. Staff _____
Date of Findings: _____    Date Returned to Detainee: _____

---

*(Detainee return within five days of receipt and check the appropriate box)*
I would like this matter:
o    Referred to the Detainee Grievance Committee (DGC).
o    I agree with the resolution.

Detainee Signature: _____    Date / time: _____
Grievance Officer: _____    Date / time: _____

Revised 07.2011    Page 1 of 3



U.S. Immigration and
Customs Enforcement

Krome Service Processing Center

**(Continuation Sheet)   DETAINEE GRIEVANCE FORM**

Detainee Name: _Rodriguez, Pedro_   A# _089621606_   Housing Unit: _1_

Complaint / Comments: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Response: _Carla Ryland was notified regarding issue, and she
advise that you wanted the same sheet notarized
several times. She advised you she would notarize one
and you could make copies of same sheet. Due to the
high volume of Detainees needing notary. SPC provides
assistance to any unrepresented Detainee who request notary public,
and you stated to me that you do have an attorney._

_4/5/13_

**Notaries, Certified Mail, and Miscellaneous Needs Associated With Legal Matters**

The Krome SPC provides assistance to any unrepresented detainee who requests a notary public, certified mail, or other such services to pursue a legal matter, if the detainee is unable to meet the need through a family member, friend, or community organization.  If it is unclear whether the requested service is necessary for pursuit of a legal matter, ICE Legal Counsel will be consulted.

**Photocopying legal documents**

The Recreation Specialists shall ensure that detainees can obtain photocopies of legal material, when such copies are reasonable and necessary for a legal proceeding involving the detainee.  This may be accomplished by providing detainees with access to a copier or by making copies upon request.

The number of copies of documents to be filed with a particular court, combined with the number required for ICE records and at least one copy for the detainee's personal use will determine the number of photocopies required.  Requests for photocopies of legal material shall be denied only if:

1)  the document(s) might pose a risk to the security and orderly operation of the facility;

2)  there are other legitimate security reasons;

3)  copying would constitute a violation of any law or regulation; or

4)  the request is clearly abusive or excessive.

The Krome SPC staff shall inspect documents offered for photocopying to ensure that they comply with these rules.  However, staff may not read a document that on its face is clearly related to a legal proceeding involving the detainee.



**U.S. Immigration and Customs Enforcement**
**Krome Service Processing Center**

## DETAINEE REQUEST FORM
*(Formulario para Solicitudes)*

Attention: __I.C.E.__
*(Atención)*

- ☐ Deportation Case Inquiry *(Información relacionada a su caso de deportación)*
- ☐ Property Disposition Request *(Solicitud de entrega de propiedad)*
- ☐ Mail Related Inquiry *(Información relacionada a su correspondencia)*
- ☐ Religious / Chaplain Inquiry *(Información relacionada a religión o a capellanes)*
- ☐ Commissary Inquiry *(Comisaria)*
- ☐ Payroll (Voluntary Work) Related Inquiry *(Información de nómina relacionada a trabajo voluntario)*
- ☒ Other (Non-medical) Specify *( Otra solicitud no-médica específica)*:
  _Change of Venue transferred to Boston_

Detainee Name: _Pedro Cortes Rodriguez Jr_     Alien #: _094463606_
*(Nombre del Detenido)*                          *(Número de Extranjero)*
Date Arrived: _05-15-2013_                       Date of Request: _04-18-2013_
*(Fecha Llegada)*                                *(Fecha de Solicitud)*
Nationality: _Mexico_                            Housing Unit: _Pod 1_
*(Nacionalidad)*                                 *(Unidad de Vivienda)*

Request *(solicitud)*: _The Reason (is because) Honorable Judge was verry rute to me_
_is Adam Opaciuch. He was telling all the attorney's the same. He say why_
_don't you get all he's paperwork ready. Because inmate Attorney stuled at least_
_something about he's kids and wife. The Datainee don't have Resident son_
_he needs a luik. The Judge say once you have the paperwork ready_
*(Continue on reverse) (Continuar en el reverso)*

Department Response *(Respuesta del Departamento)*:
_You have Court on 5/6/13_     DENIED
_At Krome. Request Forms_
_Are submitted to Address issues_
_in Krome SPC. Any issues with the_
_Courts, you need to Address with_
_them._

Staff Signature / Title



U.S. Immigration and
Customs Enforcement

**Krome Service Processing Center**

DETAINEE GRIEVANCE FORM

*(A grievance must be filed within 5 days of original incident or issue)*

Grievance # _____

Detainee Name: _Pedro Cortes Rodriguez_ A# _099621606_ Housing Unit: _Pod 1_
Nationality: _Mexico_
Complaint / Comments: _On February 28, 2013 at Court, The Judge Adam Opacravch_
_was verry disrespectfull. He was letting each attorney even if Attorney say my_
_client have kid's here on U.S.A. They need him out, My client need's to bail out_
_he also let my say the same. Attorney why don't you let Have all he's paperwork ready_
_and sign and handed Give it to immigration. the attorney's answer, there is no reason for that's_

Action requested by detainee: _I have problem at the law library and Phone service also_
_The Judge is verry Disrespectfull. My Action Request is I'm looking for a change_
_of Venue to Boston_

Detainee Signature: _Pedro López_          Date / time: _04-16-2013_
Received by (Title): _R. Rivero FRA_        Date / time: _4/18/13 @ 0847_

---

**INFORMAL [ ] Resolution is accepted by detainee: (to be completed within 24 hours and only if
resolved prior to hearing)** _- Returned Non grievable issue._

This grievance has been informally resolved as follows:
_See Attached Request Form same_
_regarding issue_

Detainee Signature: _____          Date / time: _____
Staff Member: _M. Allen FRD_       Date / time: _4/18/13 @ 1000_
Supervisory Review: _____          Date / time: _____

---

**FORMAL [ ]** Informal Resolution is not accepted by detainee and the grievance has been assigned
the following Department for formal resolution:  [ ] Deportation  [ ] Detention  [ ] Administration
**(Response to detainee within five (5) business days is required)**

Departmental Findings/Actions Taken: _____

Dep. Head: _____                  Dep. Staff _____
Dep. Staff: _____
Date of Findings: _____           Date Returned to Detainee: _____

*(Detainee return within five days of receipt and check the appropriate box)*
I would like this matter:
o        Referred to the Detainee Grievance Committee (DGC).
o        I agree with the resolution

Detainee Signature: _____          Date / time: _____

Revised 07/2011                    Page 1 of 3



U.S. Immigration and
Customs Enforcement

Krome Service Processing Center

## DETAINEE GRIEVANCE FORM

*(A grievance must be filed within 5 days of original incident or issue)*

Grievance #

Detainee Name: *Pedro Cortes Rodriguez Jr.* A# *049621606*   Housing Unit: *Pod 1*
Nationality: *Mexican - Hispanic*
Complaint / Comments: *Howdy hopefully found you on a good day, Reason of Grievance is because is 3 Months we/whit no envelops can't send letter's to Attorney's for Motion to Vacate case or for Police Report's or More similar emergency issue's.*

Action requested by detainee: *We need to recieve envelope's is on the Detainee hand book. Is been a long time, let me know what's going on please, because we need us I need it for my future is 3 Month's this is affecting my immigration case's.*

Detainee Signature: *Pedro Co*   Date / time: *04-11-2013   4:05 PM*

Received by (Title): *R. Mucino ISA*   Date / time: *4/15/13 @ 0842*

---

**INFORMAL [ ] Resolution is accepted by detainee: (to be completed within 24 hours and only if resolved prior to hearing)**

*Returned Non grievable issue*   2013 APR 15

This grievance has been informally resolved as follows:

*Envelopes are distributed in the housing units and library. Contact Pod officer for assistance on sign up to go to Library*

Detainee Signature: _____   Date / time: _____
Staff Member: *A. Mucino ISA*   Date / time: *4/15/13 @ 1414*
Supervisory Review: _____   Date / time: _____

---

**FORMAL [ ]** Informal Resolution is not accepted by detainee and the grievance has been assigned to the following Department for formal resolution:  [ ] Deportation   [ ] Detention   [ ] Administration
**(Response to detainee within five (5) business days is required)**

Departmental Findings/Actions Taken: _____
_____

Dep. Head: _____
Dep. Staff: _____   Dep. Staff _____
Date of Findings: _____   Date Returned to Detainee: _____

---

*(Detainee return within five days of receipt and check the appropriate box)*
I would like this matter:
o   Referred to the Detainee Grievance Committee (DGC).
o   I agree with the resolution

Detainee Signature: _____   Date / time: _____
Grievance Officer: _____   _____



**U.S. Immigration and Customs Enforcement**
**Krome Service Processing Center**

## DETAINEE REQUEST FORM
*(Formulario para Solicitudes)*

Attention: _I C E  LOCAL Control_
*(Atención)*

☐ Deportation Case Inquiry *(Información relacionada a su caso de deportación)*
☐ Property Disposition Request *(Solicitud de entrega de propiedad)*
☐ Mail Related Inquiry *(Información relacionada a su correspondencia)*
☐ Religious / Chaplain Inquiry *(Información relacionada a religión o a capellanes)*
☐ Commissary Inquiry *(Comisaría)*
☐ Payroll (Voluntary Work) Related Inquiry  *(Información de nómina relacionada a trabajo voluntario)*
☒ Other (Non-medical) Specify*( Otra solicitud no-médica específique)*:
_The Messaging System_

Detainee Name: _Pedro Lentes_          Alien #: _099 612 606_
*(Nombre del Detenido)*                 *(Número de Extranjero)*
Date Arrived: _August 10, 2012_         Date of Request: _04-12-2013_
*(Fecha Llegada)*                       *(Fecha de Solicitud)*
Nationality: _Mexican_                  Housing Unit: _Red 1_
*(Nacionalidad)*                        *(Unidad de Vivienda)*

Request (solicitud): _Messaging system is at Krome SPC is (305) 207-2202_
_Someone message Someone left a message, I could not call back because_
_I do not have money for the phone & is lost. Can you please help_
_me to call again please._

(Continue on reverse) *(Continuar en el reverso)*

Department Response *(Respuesta del Departamento)*:
_There is not message system for_
_Detainees at Krome. Any issues your_
_family can contact you Deportation officer._

Staff Signature / Title



**U.S. Immigration and Customs Enforcement**
**Krome Service Processing Center**

4-13-302

# DETAINEE REQUEST FORM
*(Formulario para Solicitudes)*

Attention: _I C E_
*(Atención)*

- ☐ Deportation Case Inquiry *(Información relacionada a su caso de deportación)*
- ☐ Property Disposition Request *(Solicitud de entrega de propiedad)*
- ☐ Mail Related Inquiry *(Información relacionada a su correspondencia)*
- ☐ Religious / Chaplain Inquiry *(Información relacionada a religión o a capellanes)*
- ☐ Commissary Inquiry *(Comisaría)*
- ☐ Payroll (Voluntary Work) Related Inquiry *(Información de nómina relacionada a trabajo voluntario)*
- ☒ Other (Non-medical) Specify( *Otra solicitud no-médica especifique):*
  _Hair Cut_

Detainee Name: _Pedro Cortes_       Alien #: _099621606_
*(Nombre del Detenido)*                     *(Número de Extranjero)*
Date Arrived: _August 10, 2012_      Date of Request: _04-12-2013_
*(Fecha Llegada)*                          *(Fecha de Solicitud)*
Nationality: _Mexican-Hispanic_      Housing Unit: _Pod 1_
*(Nacionalidad)*                           *(Unidad de Vivienda)*

Request *(solicitud):* _Is the Black Color Detainee. I let him know from the beginning. Just a fad all Around a straight line to leve my hair. He petition cut my hair and left a long Fad it means a No hours on the middle. I have Cut on April 16, 2013. This will make it look bad no y Cut i did not ask for a Mohawk. Can You Please do Something about it, let him know._
(Continue on reverse) *(Continuar en el reverso)*

Department Response *(Respuesta del Departamento):* _Issue needed. Detainee doesn't have mohawk._
_See Attachment regarding Haircut._

Staff Signature / Title



U.S. Immigration and
Customs Enforcement

Krome Service Processing Center

## DETAINEE GRIEVANCE FORM

*(A grievance must be filed within 5 days of original incident or issue)*

Grievance # _____

Detainee Name: *Pedro Cortes Rodriguez Jr*   A# *09962/606*   Housing Unit: *Pod 1*
Nationality: *Mexican-Hispanic*
Complaint / Comments: *My Complaint is on the Black Color Barber. I let him know from the beginning, Just a fade all arround a straight line and down with light no Clip the rest is for the lon the top of my head, H did a Low and a Mohawks, is serios because if going to see the Judge. I'm not in to looking bold or with a Mohawk. Is not going to Look Good at Court*

Action requested by detainee: *You need to do Something, like desence me at Court because im in to looking very educated and decent, Know im going to look very rude, and not serios at Court because the hair Cut. Let me Know your action on this issue.*

Detainee Signature: *Pedro [signature]*   Date / time: *04-12-2012 2:55 PM*

Received by (Title): *R. Viveros TEP*   Date / time: *4/15/13 @ 0872*

---

**INFORMAL [   ]** Resolution is accepted by detainee: **(to be completed within 24 hours and only if resolved prior to hearing)** — *Returned Non-grievable issue.* —

This grievance has been informally resolved as follows:
*See Attached. and Request Form submitted regarding same issue.*

Detainee Signature: _____   Date / time: _____
Staff Member: *R. Viveros TEP*   Date / time: *4/15/13 @ 0872*
Supervisory Review: _____   Date / time: _____

*[vertical stamp: 2013 APR 15 8 42]*

---

**FORMAL [   ]** Informal Resolution is not accepted by detainee and the grievance has been assigned to the following Department for formal resolution:   [   ] Deportation   [   ] Detention   [   ] Administration
**(Response to detainee within five (5) business days is required)**

Departmental Findings/Actions Taken: _____

_____

Dep. Head: _____
Dep. Staff: _____   Dep. Staff _____
Date of Findings: _____   Date Returned to Detainee: _____

---

*(Detainee return within five days of receipt and check the appropriate box)*
I would like this matter:
o       Referred to the Detainee Grievance Committee (DGC).
o       I agree with the resolution.

Detainee Signature: _____   Date / time: _____
Grievance Officer: _____   Date / time: _____

DETAINEE MANUAL

## SICK CALL

In order to provide continuous medical care, Sick Call is provided to all detainees, including detainees housed in Segregation. If you are ill or need medical attention that is not of an urgent nature, you must sign up for Sick Call. Sick Call slips are available in each housing unit. Your completed Sick Call form must be deposited in the Sick Call box located in the cafeteria.

Generally, the medical staff will see you within 24 hours. If you become ill before this time notify your housing unit officer, who will contact the on-call medical staff.

## BARBERING SERVICES

Free barbering services will be available in the Barber Shop. Barber Shop is open from Monday thru Friday (8:00 A.M. thru 4:00 P.M.). Hair cutting will be available as scheduled weekly. Each housing unit will have a schedule posted.

Special requests for haircuts are NOT granted due to time restraints in the facility.

## DETAINEE REQUEST FORMS (GENERAL)

In order to assist you with questions, requests, concerns, or other information you needed from the staff, you may utilize the Detainee Request Form, which is available in your housing unit. Once completed, place the form in the mail slot designated for that purpose (located in the cafeteria). To prepare a written request, a detainee may obtain assistance from another detainee, the housing officer, or other facility staff and may seal the request in an envelope that is clearly addressed with name, title, and/or office to which the request is to be forwarded.

Ordinarily, the appropriate department will respond within three business days.

Revised
January 2011

22




**U.S. Immigration and Customs Enforcement**
**Krome Service Processing Center**

## DETAINEE REQUEST FORM
*(Formulario para Solicitudes)*

Attention: *Assistant Field Office Direc*
(Atención) *(AFOD),*

☐ Deportation Case Inquiry *(Información relacionada a su caso de deportación)*
☐ Property Disposition Request *(Solicitud de entrega de propiedad)*
☐ Mail Related Inquiry *(Información relacionada a su correspondencia)*
☐ Religious / Chaplain Inquiry *(Información relacionada a religión o a capellanes)*
☐ Commissary Inquiry *(Comisaría)*
☐ Payroll (Voluntary Work) Related Inquiry  *(Información de nómina relacionada a trabajo voluntario)*
☒ Other (Non-medical) Specify *( Otra solicitud no-médica especifique):*
*The Classification System / Classification Apeal*

Detainee Name: *Pedro Cortes Rodriguez Jr.*    Alien #: *099621606*
(Nombre del Detenido)                          (Número de Extranjero)
Date Arrived: *August 10, 2012*                Date of Request: *04-12-2013*
(Fecha Llegada)                                (Fecha de Solicitud)
Nationality: *Mexico*                          Housing Unit: *Pod 1*
(Nacionalidad)                                 (Unidad de Vivienda)

Request (solicitud): *Can you please reduce my level. Is level 3 Hi, I need level 2*
*Please. Is been 210 days or From Laredo to here Krome Since November 8th 150*
*days. The Reviewing officer denied my issue before. I don't have Aggravated*
*Violent Record or bad record or Just because from Arizona. I was transfer to*
*F.M.C. Federal Clinic For 8th Months. No level c'pts, Bz Arizona* →
(Continue on reverse) *(Continuar en el reverso)*

Department Response *(Pespuesta del Departamento):*
*You have been reclassified and*
*your level will remain the*
*same based on your criminal*
*History.*

Staff Signature / Title



U.S. Immigration and
Customs Enforcement

Krome Service Processing Center

### DETAINEE GRIEVANCE FORM

*(A grievance must be filed within 5 days of original incident or issue)*

Grievance # _____

Detainee Name: *Pedro Cortes Rodriguez Jr.* A# *09962/606* Housing Unit: *Pod 1*
Nationality: *Hispanic*
Complaint / Comments: *I Have issues on CLASSIFICATION because on the Inmate Hand book it talk's about information obtained from conviction records, Immigration Charging documents, and any official record of observation that is verifiable and can be Justified under review by official means. It means the total number of points assessed determines the level of classification, this is called your custody score.*
Action requested by detainee: *I beat my Re-entry case these meas under Arizona Jail If I beat my Case, for what I was incarcelated and thing nothing Cant be use during my incarcelate that Jail, Also I don't have a Violent it means no Assault, Can you Please explaine to me on this detail what am in level 3, and Hi i need to be CHANGE COLOR this is not issue.*
Detainee Signature: *Pedro Cortes* _____ Date / time: *04-12-2013 2:00 PM*

Received by (Title): *N- Rivera FEA* _____ Date / time: *4/15/13 e*

---

INFORMAL [ ] Resolution is accepted by detainee: **(to be completed within 24 hours and only if resolved prior to hearing)** *Returned Non Grievable issue.*

This grievance has been informally resolved as follows:

*See Attached Request Form regarding Same Issue.*

Detainee Signature: _____
Staff Member: *N. Rivera IAR* ____ Date / time: _____
Supervisory Review: _____ Date / time: *4/15/13 e 1920*
Date / time: _____

*(margin stamp: 2013 APR 15 PM 2:28)*

---

**FORMAL** [ ] Informal Resolution is not accepted by detainee and the grievance has been assigned to the following Department for formal resolution: [ ] Deportation [ ] Detention [ ] Administration
**(Response to detainee within five (5) business days is required)**

Departmental Findings Actions Taken: _____

_____

Dep. Head: _____
Dep. Staff: _____ Dep. Staff _____
Date of Findings: _____ Date Returned to Detainee: _____

---

*(Detainee return within five days of receipt and check the appropriate box)*
I would like this matter:
o        Referred to the Detainee Grievance Committee (DGC)
o        I agree with the resolution

Detainee Signature: _____        Date / time: _____

Revised 07/2011        Page 1 of 3



**U.S. Immigration and Customs Enforcement**
**Krome Service Processing Center**

## DETAINEE REQUEST FORM
*(Formulario para Solicitudes)*

Attention: _____
*(Atención)*

- ☐ Deportation Case Inquiry *(Información relacionada a su caso de deportación)*
- ☐ Property Disposition Request *(Solicitud de entrega de propiedad)*
- ☐ Mail Related Inquiry *(Información relacionada a su correspondencia)*
- ☐ Religious / Chaplain Inquiry *(Información relacionada a religión o a capellanes)*
- ☐ Commissary Inquiry *(Comisaría)*
- ☐ Payroll (Voluntary Work) Related Inquiry  *(Información de nómina relacionada a trabajo voluntario)*
- ☒ Other (Non-medical) Specify*( Otra solicitud no-médica especifique):*

_____

Detainee Name: *Pedro Cortes*          Alien #: _____
*(Nombre del Detenido)*
Date Arrived: *08-15-2013*             Date of Request: _____
*(Fecha Llegada)*                      *(Fecha de Solicitud)*
Nationality: *Mexico*                  Housing Unit: _____
*(Nacionalidad)*                       *(Unidad de Vivienda)*

Request *(solicitud):* _____
_____
_____
_____

(Continue on reverse) *(Continuar en el reverso)*

Department Response *(Respuesta del Departamento):* *Returned –*
*Fcc doesn't take messages for detainee.*
*Who are you talking about?*

_____
Staff Signature / Title

Approval By: _____   Title: _____   Date: _____



**U.S. Immigration and Customs Enforcement**
**Krome Service Processing Center**

## DETAINEE REQUEST FORM
*(Formulario para Solicitudes)*

Attention: _____
*(Atención)*

☐ Deportation Case Inquiry *(Información relacionada a su caso de deportación)*
☐ Property Disposition Request *(Solicitud de entrega de propiedad)*
☐ Mail Related Inquiry *(Información relacionada a su correspondencia)*
☐ Religious / Chaplain Inquiry *(Información relacionada a religión o a capellanes)*
☐ Commissary Inquiry *(Comisaría)*
☐ Payroll (Voluntary Work) Related Inquiry *(Información de nómina relacionada a trabajo voluntario)*
☒ Other (Non-medical) Specify *( Otra solicitud no-médica especifique)*:
*Biometrics: Fingerprints e Photograph*

Detainee Name: *Pedro Cortes Rodriguez*  Alien #: *099621606*
*(Nombre del Detenido)*
Date Arrived: *08.10.2012*   Date of Request: *12.30.2012*
*(Fecha Llegada)*      *(Fecha de Solicitud)*
Nationality: *Mexico*     Housing Unit: *Building 8th/B11*
*(Nacionalidad)*      *(Unidad de Vivienda)*

Request (solicitud): *On the paper attach they asking me for these issues, I need a copy of my Fingerprints e another photograph for my Asilum case. Thank you for your time.*

(Continue on reverse) *(Continuar en el reverso)*

Department Response *(Respuesta del Departamento):* *Asylum Officer will Arrange when needed.*

_____
Staff Signature / Title

Approval By: _____ Title: _____ Date: _____

Revised 01/2012



U.S. Immigration and Customs Enforcement
Krome Service Processing Center

## DETAINEE REQUEST FORM
*(Formulario para Solicitudes)*

Attention: _____
*(Atención)*

☐ Deportation Case Inquiry *(Información relacionada a su caso de deportación)*
☐ Property Disposition Request *(Solicitud de entrega de propiedad)*
☐ Mail Related Inquiry *(Información relacionada a su correspondencia)*
☐ Religious / Chaplain Inquiry *(Información relacionada a religión o a capellanes)*
☐ Commissary Inquiry *(Comisaría)*
☐ Payroll (Voluntary Work) Related Inquiry  *(Información de nómina relacionada a trabajo voluntario)*
☒ Other (Non-medical) Specify *( Otra solicitud no-médica especifique)*:

Detainee Name: _PEDRO CORTES ROD._    Alien #: _099621686_
*(Nombre del Detenido)*    *(Número de Extranjero)*
Date Arrived: _O·15·2012_    Date of Request: _SUNDAY·18·2012_
*(Fecha Llegada)*    *(Fecha de Solicitud)*
Nationality: _MEXICAN_    Housing Unit: _ROD 1_
*(Nacionalidad)*    *(Unidad de Vivienda)*

Request (solicitud): _I'M GOING TO SUIT MY×ATTORNEY. I NEED
TO SHOW COURT I'M INDIGENT, I NEED A NOTE APROV
OF MY TRUST ACCOUNT SINCE I CAME IN TO NOW.
(SPANISH)NESSITO NOTAS DE MI TRUST ACCOUNT desde ace
3 MESES PARA COMPROVAR QUE SOY INDIGENTE I DEMANDAR
_(Continue on reverse)__ (Continuar en el reverso)_ MI × ABOGADO →_

Department Response *(Respuesta del Departamento)*: _____

_Submit Attachment_

_____
Staff Signature / Title

Approval By: _____    Title: _____    Date: _____

2012 NOV 18    AM 10:58

DEPT. OF HOMELAND SECURITY
KROME SERVICE PROCESSING CENTER
Miami, Florida

## Detainee Cash Request Form

DETAINEE NAME: _Pedro Cortes Rodriguez_ DATE: _____

HOUSING UNIT: _POD 1_ A# _099621606_

NOT IN SYSTEM

### CASH INFORMATION
(To be completed by detainee)

☒ Check here for Account Balance Statement ONLY

AMOUNT OF CASH: _____ (NOT TO EXCEED $60.00)

Detainee Signature: _____

**MUST BE CLEARLY PRINTED OR REQUEST WILL BE DENIED**



# HEART OF FLORIDA
# LEGAL AID SOCIETY, INC.

**Alina Gonzalez-Dockery**
Executive Director
**Melissa Seagraves**
Staff Attorney/Family Law
**Tamara Williams**
Staff Attorney/Family Law
**Carly Wohl**
Staff Attorney/Family Law

February 6, 2013

Pedro Cortes Rodriguez, Jr.
INM# 24404308
Alien# 099621606
Krome SPC
18201 SW 12th Street
Miami, FL 33194

**Re:   Application for Assistance - Immigration**

Dear Mr. Rodriguez:

Thank you for your application to our office for assistance with your pending immigration case. Unfortunately, our office is unable to provide assistance for those immigrants currently detained or in removal proceedings.

You may want to contact The Florida Bar Referral Service at 1-800-342-8060 for a referral to a private attorney (be sure to ask for the low fee panel) or check the yellow pages of the phone book under "attorneys."

I wish you the best of luck in the future, and hope that your situation is resolved to your satisfaction.

Sincerely,

Staff Attorney



United Way
of Central Florida

3RD DISTRICT COURT - SALT LAKE
SALT LAKE COUNTY, STATE OF UTAH

STATE OF UTAH vs. PEDRO RODRIGUEZ

CASE NUMBER 051906139 State Felony

CHARGES

Charge 1 - 58-37-8(2AI) - ATTEMPTED ILLEGAL POSS/USE OF
CONTROLLED SUBSTANCE 2nd Degree Felony (amended) to Class A
Misdemeanor
Offense Date: September 02, 2005
    Plea: August 17, 2006 Not Guilty
    Disposition: August 21, 2006 Guilty

CURRENT ASSIGNED JUDGE
    JUDITH S ATHERTON

PARTIES

    Defendant - PEDRO RODRIGUEZ
    Represented by: RALPH DELLAPIANA

    Plaintiff -  STATE OF UTAH

DEFENDANT INFORMATION

    Defendant Name: PEDRO RODRIGUEZ
    Offense tracking number: 16594897
    Date of Birth: May 03, 1987
    Jail Booking Number: 0521264
    Law Enforcement Agency: SOUTH SALT LAKE PD
    LEA Case Number: 05-006830
    Prosecuting Agency: SALT LAKE COUNTY
    Agency Case Number: 05016299
    Sheriff Office Number: 0291030

ACCOUNT SUMMARY

    TOTAL REVENUE  Amount Due:       5,000.00
                   Amount Paid:      5,000.00
                         Credit:         0.00
                        Balance:         0.00

    PAPER BOND TOTALS  Posted:       5,000.00
                    Forfeited:       5,000.00
                   Exonerated:           0.00
                      Balance:           0.00

CASE NUMBER 051906139 State Felony

            REVENUE DETAIL - TYPE: FORF TO STATE,FELONY
                        Amount Due:        5,000.00
                        Amount Paid:       5,000.00
                     Amount Credit:            0.00
                           Balance:            0.00

         NONMONETARY BOND DETAIL - TYPE: Surety
                      Posted By: {ACME BAIL OF UTAH, INC} (#PC00576485)
                           Posted:        5,000.00
                        Forfeited:        5,000.00
                       Exonerated:            0.00
                          Balance:            0.00

CASE NOTE
          DAO 05016299***SPANISH INTERPRETER***

PROCEEDINGS

09-07-05  Case filed
09-07-05  Filed: From an Information
09-07-05  Filed: case filed by Det. McNaughton-SSLCPD-warrant faxed Jail
09-08-05  INITIAL APPEARANCE scheduled on September 09, 2005 at 09:00 AM
          in Arraignment Jail with Judge ARRAIGNMENT.
09-08-05  Judge ARRAIGNMENT ARRAIGNMENT assigned.
09-08-05  Note: Bail $5,000.
09-08-05  Judge JUDITH S ATHERTON assigned.
09-08-05  Note: Judge assignment changed on criminal filing screen due to
          new process for calendaring roll calls.
09-09-05  Minute Entry - Minutes for INCOURT NOTE
          Judge:    STEPHEN ROTH
          PRESENT
          Clerk:    nicolel
          Prosecutor: BUETHE, LINDA F
          Defendant not present


          Video
          Tape Number:       Disc 69    Tape Count: 9:42

       Defendant refused transport.
09-09-05  Note: Judge Shauna Graves-Robertson on the bench for Judge Roth
09-09-05  Note: Judge Shauna Graves-Robertson on the bench for Judge Roth
09-09-05  INITIAL APPEARANCE scheduled on September 13, 2005 at 09:00 AM
          in Arraignment Jail with Judge ARRAIGNMENT.
09-13-05  ROLL CALL scheduled on September 22, 2005 at 09:30 AM in To Be
          Determined with Judge ATHERTON.
09-13-05  Minute Entry - Minutes for Appointment of Counsel
          Judge:   L A DEVER

CASE NUMBER 051906139 State Felony

```
        PRESENT
        Clerk:    rhondam
        Prosecutor: CHRISTENSEN, VIRGINIA O
        Defendant
        Interpreter: PRESENT

        Language: spanish
        Audio
        Tape Number:     Disk 069    Tape Count: 9:22

        INITIAL APPEARANCE

        A copy of the Information is given to the defendant.
        The Information is read.
        APPOINTMENT OF COUNSEL


        Court finds the defendant indigent and appoints Salt Lake Legal
        Defenders to represent the defendant.

        Appointed Counsel:

                 Name: Salt Lake Legal Defenders
              Address: 424 East 500 South Suite #101
                 City: Salt Lake City UT 84111
                Phone: 532-5444

        Affidavit of indigency is to be submitted by the defendant
        ROLL CALL is scheduled.
                 Date: 09/22/2005
                 Time: 09:30 a.m.
             Location: To Be Determined
                       Third District Court
                       450 South State
                       Salt Lake City, UT  84111
            Before Judge: JUDITH S ATHERTON
09-13-05 Note: Bail remain $5,000
09-13-05 Note: FILED: Affidavit of Indigency - Judge Dever signed and
               appointed LDA to represent defendant in this case.
09-16-05 Note: Acme Bail Bonds No. PC700576485 $5,000.00 Posted 9-15-05
09-16-05 Bond Account created     Total Due:     5000.00
09-16-05 Bond Posted        Non-Monetary Bond:     5,000.00
09-16-05 Filed: Appearance of Counsel.  Formal Request for Discovery.
               Notice of a Bond Hearing.
09-22-05 Minute Entry - Minutes for Roll Call
             Judge:  JUDITH S ATHERTON
        PRESENT
        Clerk:    terryb
        Prosecutor: MARTINEZ-GRIFFIN, ANDREA
```

CASE NUMBER 051906139 State Felony

Defendant not present
Defendant's Attorney(s): DELLAPIANA, RALPH


Video
    Tape Count: 11.55

HEARING

    Defendant failed to appear.  C/O B/W issued for $10,000  CASH ONLY
    and bail forfeiture proceedings to commence.
09-22-05 Notice - WARRANT for Case 051906139 ID 6402295
09-22-05 Warrant ordered on: September 22, 2005 Warrant Num: 981155499
    Cash Bail Only
    Bail amount:      10000.00
09-22-05 Warrant issued on: September 22, 2005 Warrant Num: 981155499
    Cash Bail Only
    Bail amount:      10000.00
    Judge: JUDITH S ATHERTON
    Issue reason: Failure to Appear.
10-03-05 Filed: NOTICE OF DEFT'S FTA AND ORDER TO COMMENCE BOND
    FORFEITURE SENT TO SURETY BY CERT. MAIL AND TO PROS.
03-27-06 Filed: AFFIDAVIT OF MAILING OF NOTICE OF DEFT'S FTA
03-27-06 Minute Entry - REQUEST FOR JUDGMENT
    Judge: JUDITH S ATHERTON
    Clerk: leeannh
    COPIES OF DOCKET, AFFIDAVIT, ORDER TO COMMENCE, NOTICE OF FTA,
    CERT. OF NOT, BOND, AND PROOF OF CERT. MAILING WITHIN 30 DAYS SENT
    TO DA TO PREPARE JUDGMENT OF FORFEITURE ON THE BOND - ACME $5000
    POSTED 9/15/05. FTA 9/22/05. CERT MAIL 10/3/05.
03-30-06 Filed: Motion FROM DA, DAVID WALSH, FOR JUDGMENT OF FORFEITURE
    ON THE BOND - ACME $5000. REFERRED TO JUDGE ATHERTON WITH ORDER
    AND SUPPORTING DOCUMENTS.
04-03-06 Filed order: JUDGMENT OF FORFEITURE ON THE BOND - ACME BAIL
    $5000. ORIGINAL TO JUDGMENTS. COPIES TO SURETY AND PROS.
    Judge JUDITH S ATHERTON
    Signed April 03, 2006
04-03-06 Judgment Entered - Amount $5000.00
04-03-06 Filed judgment: Judgment of Forfeiture @J
    Judge JUDITH S ATHERTON
    Signed March 30, 2006
04-24-06 Filed: NOTICE TO PROSECUTOR OF SURETY'S FAILURE TO PAY JUDGMENT
    OF FORFEITURE ON THE BOND.
04-24-06 Fee Account created       Total Due:      5000.00
04-24-06 Bond Forfeited
05-05-06 Paper Bond Payoff                           -5,000.00
05-05-06 FORF TO STATE, FELONY    Non-Monetary Bond:  5,000.00
05-16-06 Filed: Satisfaction of Judgment @J         Non-Monetary Bond:  5,000.00
05-17-06 Judgment #1 Modified $ 5000.00 Disposition: Satisfied

CASE NUMBER 051906139 State Felony

07-13-06 Warrant recalled on: July 13, 2006 Warrant num: 981155499
         Recall reason: Warrant recalled because defendant was
         booked.
07-13-06 DRUG ROLL CALL/BW HRG/JAIL scheduled on July 20, 2006 at 09:30
         AM in To Be Determined with Judge FRATTO.
07-13-06 Note: Case referred to Roll Call Clerk - Deft booked in ADC.
07-20-06 DRUG ROLL CALL scheduled on July 27, 2006 at 09:30 AM in To Be
         Determined with Judge BARRETT.
07-20-06 Minute Entry - Minutes for Roll Call
         Judge:   JOSEPH C. FRATTO
         PRESENT
         Clerk:    terryb
         Prosecutor: SHUMAN, JON D
         Defendant
         Defendant's Attorney(s): HOWARD FOR DELLAPIANA
         Interpreter: PRESENT

         Language: SPANISH
         Video
             Tape Count: 12.45

         HEARING

          Roll call continued to 7/27 so assigned attorney can be present.
         DRUG ROLL CALL is scheduled.
             Date: 07/27/2006
             Time: 09:30 a.m.
             Location: To Be Determined
                       Third District Court
                       450 South State
                       Salt Lake City, UT  84111
         Before Judge: WILLIAM W BARRETT
07-27-06 DRUG ROLL CALL scheduled on August 03, 2006 at 09:30 AM in To
         Be Determined with Judge REESE.
07-27-06 Minute Entry - Minutes for Roll Call
         Judge:   L A DEVER
         PRESENT
         Clerk:    terryb
         Prosecutor: NELSON, STEPHEN L
         Defendant
         Defendant's Attorney(s): DELLAPIANA, RALPH
         Interpreter: PRESENT

         Language: Spanish
         Video
             Tape Count: 11.01

         HEARING

CASE NUMBER 051906139 State Felony

```
              Roll call continued to 8/3.  ATD did not have file.
            DRUG ROLL CALL is scheduled.
                    Date: 08/03/2006
                    Time: 09:30 a.m.
                    Location: To Be Determined
                              Third District Court
                              450 South State
                              Salt Lake City, UT  84111
            Before Judge: ROBIN W. REESE
08-03-06   DRUG ROLL CALL scheduled on August 17, 2006 at 09:30 AM in To
            Be Determined with Judge FUCHS.
08-03-06   Minute Entry - Minutes for Roll Call
            Judge:   ROBIN W. REESE
            PRESENT
            Clerk:    terryb
            Prosecutor: SKINNER, JACEY
            Defendant
            Defendant's Attorney(s): DELLAPIANA, RALPH

            Video
               Tape Count: off record

            HEARING

             Roll call continued to 8/17.  Defendant has new charges in
            screening.
            DRUG ROLL CALL is scheduled.
                    Date: 08/17/2006
                    Time: 09:30 a.m.
                    Location: To Be Determined
                              Third District Court
                              450 South State
                              Salt Lake City, UT  84111
            Before Judge: DENNIS M FUCHS
08-17-06   APRAIGNMENT scheduled on August 21, 2006 at 08:30 AM in Fourth
            Floor - S45 with Judge ATHERTON.
08-17-06   Minute Entry - Minutes for Roll Call
            Judge:   DENNIS M FUCHS
            PRESENT
            Clerk:    patd
            Prosecutor: VO-DUC, GEORGE F
            Defendant
            Defendant's Attorney(s): DELLAPIANA, RALPH
            Interpreter: KATHERINE

            Language: SPANISH
            Video
            Tape Number:      CD    Tape Count: 110915
```

CASE NUMBER 051906139 State Felony

HEARING

DEFT ADVISED OF RIGHTS. DEFT WAIVES PRELIMINARY HEARING. STATE
CONSENTS THERETO  C/O DEFT BOUND OVER
CASE BOUNDOVER

Defendant waived preliminary hearing, State consenting thereto.
This case is bound over.  An Arraignment hearing has been set on
8/21/2006 at 8:30 AM in courtroom S45 before Judge JUDITH S
ATHERTON
08-17-06 Note: Case Bound Over
08-17-06 Charge 1  Plea is Not Guilty
08-21-06 Filed order: Statement of Defendant In Support of Guilty Plea
         and Certification of Counsel
                  Judge JUDITH S ATHERTON
                  Signed August 21, 2006
08-21-06 Charge 1 amended to Class A Misdemeanor
08-21-06 Charge 1  Disposition is Guilty
08-21-06 Minute Entry - Minutes for Change of Plea
         Judge:   JUDITH S ATHERTON
         PRESENT
         Clerk:   sunshinb
         Prosecutor: JOHNSON, JOHN K
         Defendant
         Defendant's Attorney(s): DELLAPIANA, RALPH

         Language: Spanish
         Video
             Tape Count: 9:20::11

The Information is read.
Court advises defendant of rights and penalties.
Defendant waives time for sentence.
A pre-sentence investigation was ordered.
The Judge orders Adult Probation & Parole to prepare a Pre-sentence
report.
Change of Plea Note
Defendant transported - Amended by Interlineation.
SENTENCING is scheduled.
         Date: 10/02/2006
         Time: 08:30 a.m.
         Location: Fourth Floor - S45
                   Third District Court
                   450 South State
                   SLC, UT  84114-1860
         Before Judge: JUDITH S ATHERTON
08-21-06 SENTENCING scheduled on October 02, 2006 at 8:30 AM in Fourth
         Floor - S45 with Judge ATHERTON.
09-27-06 Filed: AP&P Presentence Report

CASE NUMBER 051906139 State Felony

10-02-06 Filed: Commitment Faxed to ADC
10-02-06 Minute Entry - Minutes for SENTENCE, JUDGMENT, COMMITME
          Judge:  JUDITH S ATHERTON
        PRESENT
        Clerk:   kristyj
        Prosecutor: JOHNSON, JOHN K
        Defendant
        Defendant's Attorney(s): DELLAPIANA, RALPH
        Interpreter: Sonia Couillard (Spanish)

        Language: Spanish
        Video
           Tape Count: 10.03.37

        SENTENCE JAIL
        Based on the defendant's conviction of ATTEMPTED ILLEGAL POSS/USE
        OF CONTROLLED SUBSTANCE a Class A Misdemeanor, the defendant is
        sentenced to a term of 365 day(s)  The total time suspended for
        this charge is 335 day(s).
        ORDER OF PROBATION

        The defendant is placed on probation for 36 month(s).
        Probation is to be supervised by GOOD BEHAVIOR PROBATION.
        Defendant to serve 30 day(s) jail.

        PROBATION CONDITIONS

        Violate no laws.
        Defendant may be released early to Immigration and Naturalization
        Services.
        Do not re-enter the country illegally.
        Court orders Defendant is to not remain or reenter the state
        unlawfully. Bench Warrant to issue in the amount of $25,000 Cash
        Only in 45 days.
        Defendant transported.
10-29-06 Notice - WARRANT for Case 051906139 ID 6835297
12-29-06 Warrant ordered on: December 29, 2006 Warrant Num: 981184114
        Cash Bail Only
           Bail amount:     25000.00
12-29-06 Warrant issued on: December 29, 2006 Warrant Num: 981184114
        Cash Bail Only
           Bail amount:     25000.00
        Judge: JUDITH S ATHERTON
        Issue reason: Warrant issued to ensure defendant does not
           enter country illegally.
10-19-09 Warrant recalled on: October 19, 2009 Warrant num: 981184114
        Recall reason: Defendant complied with Court Order
10-19-09 Case Closed
        Disposition Judge is JUDITH S ATHERTON

CASE NUMBER 051906139 State Felony

10-19-09  Minute Entry - TRACKING REPORT
          Judge: JUDITH S. ATHERTON
           JSA/SC - Court orders the INS bench warrant recalled, defendants
        probation time is expired, case closed.
12-06-10  Note: File destroyed pursuant to retention schedule
03-25-13  Filed order: Letter from Defendant - Copy of Docket, will be
          Forwarded to Defendant.  Copies of Letter and attachments will
          be Forwarded to DA and LDA.  Note Case Closed 10/19/09.
                   Judge JUDITH S ATHERTON
                   Signed March 28, 2013

**United States department of justice**
**Executive office of immigration review**
**Office of the immigration judge**
**Immigration court**
**350 south Main Street, Rm# 150**
Salt lake city, Utah 84101-2180

| | |
|---|---|
| In the matter of | )   DETAINED ALIEN |
| Pedro Cortes | )   File # |
| Respondent | )   REMOVAL PROCEEDINGS |
| | )   <u>AN AUTOMATIC STAY APPLIES</u> |

## EMERGENCY  MOTION TO REOPEN & AUTOMATIC STAY OF DEPORTATION

Comes now Respondent, Mr. Clark Orange (herein ``Clark``) **IN PROSE** , and
Respectfully request this court to reopen the instant matter and submits as follows:

1.  On June 2008 Pedro Cortes Rodrigues JR. was ordered deported **in absentia.** When a court
Issues an **in absentia** order of removal and a motion to reopen is filed, an
Automatic stay goes in effect and the stay remains in effect pending disposition of
The Motion to reopen by the Immigration judge.  INA 212a06Ai... An immigration
Judge.. May rescind an in absentia order of removal or Deportation's  failure to appear           for the
hearing because of exceptional circumstances .  INA 212a07Ai & 212a06Ai

2. Mr. Clark had a  **notice** that there was a scheduled court hearing. But, he did not
Show up ; therefore he was deported without his **knowledge.**

3. Mr. Clark was incarcerated on the  hearing date during **November**  25th 2011 through
**November** 26th 2012 at **Naples county jail** and accused him for a crime he did **not
Committed** even though ,this charges were **not against  him.** but at the same time
In that charges. Mr. Clark had two co-defenders involved and was found guilty
Of the crime. Therefore Mr. Clark went to the trail and beat this charge during,
when the immigration judge ordered him deported (note:
because  Mr.Clark  being incarcerated , he failed to appear at his immigration hearing
resulting in him, being order deported.
This was not his fault. Therefore Mr. Clark would like this case to be re-open.
(Because of  Mr. Clark current condition his is precluded from obtaining evidence
To prove that he was in jail that day march 15th 2012, **otherwise he should've show
Up in court**

**Page 1 of 3**                                        **Clark Orange A#079-398-528**

Clark  Orange

A#079-398-528

4. Mr. Clark was not represented by counsel when he was ordered deported by the

Immigration Judge therefore denying him the effective assistance of expert counsel

During his deportation proceedings;

5. Unknown to Mr.Clark this deportation order has been in effect in effect since

On March 15th 2012 when he was ordered deported **in absentia;**

6. Mr.Clark wants to exercise his right as guaranteed by the Constitution of the

United States to due process and equal protection of the law of the land;

7. Mr Clark now wants to be given the opportunity by this Court to argue his case

Genuinely and effectively with the effective assistance of an **expert lawyer** in

Immigration law and procedures;

8. Mr.Clark did not, nor does understand the complex unique nature of exclusion

And removal immigration status much less the dire immigration consequences of

Perhaps being permanently removed from the United States in perpetual exile away

From his immediate family members and the community where he has lived for the is eligible to apply for

''relief from


9. Mr **Past 10 , years since  July ,2001.** Clark removal, if his case is reopened.''


**WHEREFORE,** in the best interest of justice and fairness, Mr. Clark prays for the

reasons stated above, that the immigration Judge:

**1. GRANT** his motion to reopen;

**2. GRANT** an automatic stay of deportation;

**3.** Schedule a bond hearing date, at which evidence may be offered concerning the factual

allegations that will be set forth related to the nature of his offense; and

**4.** Allow him to deal genuinely and effectively with the disputed material facts with the

effective assistance of an expert immigration lawyer.

**RESPECTFULLY SUBMITTED** on this 30 day of November 2012


**Page 2 of 3**


**Clark Orange A# 079-398-528**

---
 Mr. Clark Orange **in pro se**
Alien # 079-398-528
Krome S.P.C.

18201 S.W. 12 St.
Miami Flirida 33194

## CERTIFICATE OF SERVICE

     I Clark Orange certify that on March 15,2012 a true copy of the foregoing **Emergency Motion to Reopen & automatic Stay of Deportation** was placed in the internal mail system of krome S.P.C. properly addressed to the;

Immigration Court
Office of the Immigration Judge
333 South Miami Ave. Ste. 700
Miami, Florida 33130

_____
By Clark Orange **In pro se**

**CC:** Deportation Officer
     Personal Legal File

VDA

Page 3 of 3

Clark Orange A# 079-398-528

1
2
3
4
5
6
7
8
9
10
11
12
13

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Pedro Cortes-Rodriguez, Jr.,

Defendant.

NO.  CR 10-3817-TUC-CKJ

O R D E R
DISMISSING INDICTMENT

The Court has reviewed the Government's Motion for Dismissal of the Indictment against the Defendant, Pedro Cortes-Rodriguez, Jr., and good cause appearing, therefore,

IT IS ORDERED GRANTING the Motion for Dismissal (Doc. 37).

IT IS FURTHER ORDERED the Indictment as to the Defendant is dismissed without prejudice.

DATED this 19th day of April, 2012.

Cindy K. Jorgenson
United States District Judge

Service

1
2
3
4
5
6
7
8
9
10
11

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,                               )          NO.  CR 10-3817-TUC-CKJ

                    Plaintiff,                          )

                                                        )          O R D E R
                                                        )          DISMISSING  INDICTMENT
          vs.                                           )

                                                        )
Pedro Cortes-Rodriguez, Jr.,                            )

                    Defendant.                          )

12
13
14
15
16
17

          The Court has reviewed the Government's Motion for Dismissal of the Indictment
against the Defendant, Pedro Cortes-Rodriguez, Jr., and good cause appearing, therefore,

          IT IS ORDERED GRANTING the Motion for Dismissal (Doc. 37).

          IT IS FURTHER ORDERED the Indictment as to the Defendant is dismissed without
prejudice.

          DATED this 19th day of April, 2012.

18
19
20
21

_____
          Cindy K. Jorgenson
          United States District Judge

22
23
24

cc:

U.S. Marshal's Service

25
26
27
28

# U.S. District Court
## DISTRICT OF ARIZONA (Tucson Division)
## CRIMINAL DOCKET FOR CASE #: 4:10-cr-03817-CKJ-DTF-1

Case title: USA v. Cortes-Rodriguez
Magistrate judge case number: 4:10-mj-05680-BPV -DTF

Date Filed: 12/29/2010
Date Terminated: 04/20/2012

Assigned to: Judge Cindy K Jorgenson
Referred to: Magistrate Judge D
Thomas Ferraro

### Defendant (1)

**Pedro Cortes-Rodriguez, Jr.**
*TERMINATED: 04/20/2012*
*also known as*
Pedro Cortez
*TERMINATED: 04/20/2012*
*also known as*
Pedro Cortes-Rodriguez
*TERMINATED: 04/20/2012*
*also known as*
Pedro Cortez-Rodriguez
*TERMINATED: 04/20/2012*

represented by **Robert Louis Murray**
Law Office of Robert L Murray
2730 E Broadway Blvd
Ste 230
Tucson, AZ 85715
520-320-5045
**Fax:** 520-320-5043
Email: vatovato888@yahoo.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Thomas G Hippert**
Law Offices of Thomas G Hippert PC
110 S Church Ave
Suite 7185
Tucson, AZ 85701
520-622-0926
Fax: 520-622-7338
Email: tgh@azbar.org
*TERMINATED: 05/23/2011*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts

None

| **Disposition** |
| --- |

### Highest Offense Level (Opening)

None

### Terminated Counts

8:1326 enhanced by 1326(b)(2), Re-
Entry After Deportation
(1)

| **Disposition** |
| --- |
| Dismissed without prejudice |

| 12/01/2010 | 2 | Minute Entry for proceedings held before Magistrate Judge Bernardo P Velasco: Initial Appearance Without Counsel as to Pedro Cortez held on 12/1/2010. Interpreter SPANISH as to dft. Defendant states true name to be PEDRO CORTEZ-RODRIGUEZ. Detention Hearing set for 12/3/2010 10:30 AM before Magistrate Judge Bernardo P Velasco. Preliminary Hearing set for 12/3/2010 10:30 AM before Magistrate Judge Bernardo P Velasco.(Court Reporter COURTSMART). (SVB) [4:10-mj-05680-BPV -DTF] (Entered: 12/02/2010) |
| --- | --- | --- |
| 12/03/2010 | 3 | Minute Entry for proceedings held before Magistrate Judge Bernardo P Velasco: Attorney Appointment/Detention Hearing as to Pedro Cortez-Rodriguez held on 12/3/2010. Preliminary Hearing waived. Appointing Ryan Philip DeJoe for USA, Thomas G Hippert (CJA) for dft. ORDERED USSG Report be prepared for dft. (Court Reporter COURTSMART). (CLJ) [4:10-mj-05680-BPV -DTF] (Entered: 12/06/2010) |
| 12/07/2010 | 4 | ORDER OF DETENTION as to Pedro Cortez-Rodriguez. Signed by Magistrate Judge Bernardo P Velasco on 12/3/10.(CLJ) [4:10-mj-05680-BPV -DTF] (Entered: 12/07/2010) |
| 12/07/2010 | 5 | ORDER as to Pedro Cortez-Rodriguez: Probation Office prepare a Preliminary USSG Report within forty-five days. Signed by Magistrate Judge Bernardo P Velasco on 12/3/10.(CLJ) [4:10-mj-05680-BPV -DTF] (Entered: 12/07/2010) |
| 12/29/2010 | 6 | INDICTMENT as to Pedro Cortes-Rodriguez, Jr (1) count(s) 1. Arraignment set for 1/14/2011 11:00 AM before Magistrate Judge Bernardo P Velasco. (ADI-BAC, ) (Entered: 12/30/2010) |
| 12/29/2010 | 7 | ***NOTICE as to Pedro Cortes-Rodriguez, Jr : Counsel is advised as to ARRAIGNMENT set for 1/14/2011 @ 11:00 AM, TRIAL date is 3/8/2011 @ 9:30 AM, and PLEA DEADLINE is 2/25/2011. NOTE: Notice of Intent to Waive Defendants Presence at Arraignment shall be filed no later than Tuesday prior to arraignment. (ADI-BAC, ) (Entered: 12/30/2010) |
| 01/18/2011 | 9 | Minute Entry for proceedings held before Magistrate Judge Glenda E Edmonds: Arraignment as to Pedro Cortes-Rodriguez Jr. (1) Count 1 held on 1/18/2011. Jury Trial set for 3/8/2011 at 9:30 a.m. before Judge Cindy K. Jorgenson; Plea deadline set for 2/25/2011. PRESENT: AUSA not present; Thomas G. Hippert; (Appointed). Defendant CUSTODY. INTERPRETER: Ronald Zellon. Defendant enters plea of NOT GUILTY. Defendant states true name is SAME.Defendant provided with copy of indictment. Reading waived.Motion Hearing Date:All pretrial motions shall be filed sufficiently in advance of trial to avoid any delays in the trial pursuant to LRCrim 47.1. It is the responsibility of counsel to contact the referred Magistrate Judge to schedule a hearing on any motions requiring oral argument.Any motion or stipulation to continue the scheduled trial date and change of plea hearing deadline shall be filed with the Clerk of the Court no later than 5:00 p.m. on the Monday of the week prior to the scheduled trial date.(Court Reporter COURTSMART). This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (GMM) (Entered: 01/21/2011) |

| 01/24/2011 | 10 | First MOTION to Determine Competency by Pedro Cortes-Rodriguez, Jr. (Hippert, Thomas) (Entered: 01/24/2011) |
| 01/28/2011 | 11 | ORDER granting 10 Motion to Determine Competency as to Pedro Cortes-Rodriguez Jr. All hearings/deadlines in this matter are vacated and stayed and this matter is set for status conference for 4/8/11 at 11:00 a.m.. Signed by Magistrate Judge D Thomas Ferraro on 01/26/11. See attached PDF for complete information.(KAH) (Entered: 01/28/2011) |
| 03/14/2011 | 14 | ORDER as to Pedro Cortes-Rodriguez, Jr Status Conference reset for 5/23/2011 11:00 AM in Courtroom 6F, 405 West Congress Street, Tucson, AZ 85701 before Magistrate Judge D Thomas Ferraro. Signed by Magistrate Judge D Thomas Ferraro on 3/14/11.(SMBE) (Entered: 03/14/2011) |
| 03/28/2011 | 16 | NOTICE addressed to Judge dated 3/11/11, English and Spanish version, by Pedro Cortes-Rodriguez, Jr (ALS) (Entered: 03/28/2011) |
| 05/02/2011 | 17 | Order Returned Executed on 4/5/11 as to Pedro Cortes-Rodriguez, Jr (BAC) (Entered: 05/09/2011) |
| 08/05/2011 | 26 | NOTICE OF ATTORNEY SUBSTITUTION: Amy E. Peery appearing for USA. Attorney Ryan Philip DeJoe terminated. (Peery, Amy) (Entered: 08/05/2011) |
| 08/24/2011 | 29 | MOTION to Accelerate Status Conference by Pedro Cortes-Rodriguez, Jr. (Murray, Robert) (Entered: 08/24/2011) |
| 08/26/2011 | 30 | On motion of the defendant and there being no objection by the Government, IT IS ORDERED the Competency Hearing set for 10/3/2011 at 11:00 AM, as to Pedro Cortes-Rodriguez, Jr, is RESET for 9/2/2011 at 10:30 AM in Courtroom 6F, 405 West Congress Street, Tucson, AZ 85701 before Magistrate Judge D Thomas Ferraro. Ordered by Magistrate Judge D Thomas Ferraro.(DTF)(This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (Entered: 08/26/2011) |
| 09/02/2011 | 32 | Minute Entry for proceedings held before Magistrate Judge D Thomas Ferraro: Competency Hearing as to Pedro Cortes-Rodriguez, Jr held on 9/2/2011. Government and defense counsel have no objection to the filing of the report under SEAL, both agree to the recommendation. Defendant disagrees with the findings, It Is Ordered that the defendant receive a second evaluation. Interpreter Designation Removed. (Recorded by COURTSMART.)(ALS) (Entered: 09/07/2011) |
| 09/21/2011 | 33 | ORDER OF COMMITMENT as to Pedro Cortes-Rodriguez, Jr, Status Conference set for 2/8/2012 at 11:00 AM in Courtroom 6F, 405 West Congress Street, Tucson, AZ 85701 before Magistrate Judge D Thomas Ferraro. Signed by Magistrate Judge D Thomas Ferraro on 9/14/11.(REW) (Entered: 09/21/2011) |
| 11/28/2011 | 34 | NOTICE OF ATTORNEY SUBSTITUTION: MATTHEW C. CASSELL appearing for USA. Attorney Amy Elizabeth Peery terminated. (Cassell, Matthew) (Entered: 11/28/2011) |
| 12/05/2011 | 35 | Bureau of Prisons having requested and extension of the evaluation period, |

IT IS ORDERED the Competency Hearing set for 2/8/2012 at 11:00 AM, as to Pedro Cortes-Rodriguez, Jr, is RESET 4/11/2012 at 11:00 AM in Courtroom 6F, 405 West Congress Street, Tucson, AZ 85701 before Magistrate Judge D Thomas Ferraro. Ordered by Magistrate Judge D Thomas Ferraro.(DTF)(This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (Entered: 12/05/2011)

| | | |
|---|---|---|
| 04/11/2012 | 36 | Minute Entry for proceedings held before Magistrate Judge D Thomas Ferraro: Status Conference as to Pedro Cortes-Rodriguez, Jr held on 4/11/2012. It Ordered that the matter is set for a Sells Hearing on 4/26/2012 at 01:30PM before Magistrate Judge D Thomas Ferraro. (Recorded by COURTSMART.)(REC) Modified on 4/13/2012 to correct text from Status Hearing to Sells Hearing (REC). (Entered: 04/13/2012) |
| 04/11/2012 | 38 | Psychiatric Report Received (Sealed) as to Pedro Cortes-Rodriguez, Jr (BAR)cc: None (Entered: 04/17/2012) |
| 04/17/2012 | 37 | MOTION to Dismiss Indictment *without Prejudice* by USA as to Pedro Cortes-Rodriguez, Jr. (Cassell, Matthew) (Entered: 04/17/2012) |
| 04/19/2012 | 39 | RESPONSE to Motion by Pedro Cortes-Rodriguez, Jr re 37 MOTION to Dismiss Indictment *without Prejudice* (Murray, Robert) (Entered: 04/19/2012) |
| 04/20/2012 | 40 | ORDER granting 37 Motion to Dismiss Indictment without prejudice as to Pedro Cortes-Rodriguez Jr. (1). Signed by Judge Cindy K Jorgenson on 4/19/2012.(ALS) (Entered: 04/20/2012) |
| 04/25/2012 | 41 | The matter having been dismissed by the District court, IT IS ORDERED vacating the Sell Hearing, as to Pedro Cortes-Rodriguez, Jr presently set for 4/26/2012 at 1:30 PM before Judge D Thomas Ferraro. Ordered by Magistrate Judge D Thomas Ferraro.(DTF)(This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (Entered: 04/25/2012) |

# FEDERAL
# CRIMINAL
# LAWS
# AND RULES

Case 1:13-cv-22020-KMW   Document 1   Entered on FLSD Docket 06/05/2013   Page 103 of 107

both.

(b) This section does not prohibit any lawfully authorized investigative, protective, or intelligence activity of a law enforcement agency or of an intelligence agency of the United States.

(Added Oct. 21, 1986, P. L. 99-508, Title III, § 303(a), 100 Stat. 1872.)

### § 1368. Harming animals used in law enforcement

(a) Whoever willfully and maliciously harms any police animal, or attempts or conspires to do so, shall be fined under this title and imprisoned not more than 1 year. If the offense permanently disables or disfigures the animal, or causes serious bodily injury to or the death of the animal, the maximum term of imprisonment shall be 10 years.

(b) In this section, the term "police animal" means a dog or horse employed by a Federal agency (whether in the executive, legislative, or judicial branch) for the principal purpose of aiding in the detection of criminal activity, enforcement of laws, or apprehension of criminal offenders.

(Added Aug. 2, 2000, P. L. 106-254, § 2(a), 114 Stat. 638; Nov. 2, 2002, P. L. 107-273, Div B, Title IV, § 4003(a)(4), 116 Stat. 1811.)

### § 1369. Destruction of veterans' memorials

(a) Whoever, in a circumstance described in subsection (b), willfully injures or destroys, or attempts to injure or destroy, any structure, plaque, statue, or other monument on public property commemorating the service of any person or persons in the armed forces of the United States shall be fined under this title, imprisoned not more than 10 years, or both.

(b) A circumstance described in this subsection is that—

(1) in committing the offense described in subsection (a), the defendant travels or causes another to travel in interstate or foreign commerce, or uses the mail or an instrumentality of interstate or foreign commerce; or

(2) the structure, plaque, statue, or other monument described in subsection (a) is located on property owned by, or under the jurisdiction of, the Federal Government.

(Added May 29, 2003, P. L. 108-29, § 2(a), 117 Stat. 772.)

## CHAPTER 67.   MILITARY AND NAVY

Section
1381.   Enticing desertion and harboring deserters
1382.   Entering military, naval, or Coast Guard property
[1383.   Repealed]
1384.   Prostitution near military and naval establishments
1385.   Use of Army and Air Force as posse comitatus
1386.   Keys and keyways used in security applications by the Department of Defense
1387.   Demonstrations at cemeteries under the control of the National Cemetery Administration and at Arlington National Cemetery
1388.   Prohibition on disruptions of funerals of members or former

Section
          members of the Armed Forces
1389.   Prohibition on attacks on United States servicemen on account of service

### § 1381. Enticing desertion and harboring deserters

Whoever entices or procures, or attempts or endeavors to entice or procure any person in the Armed Forces of the United States, or who has been recruited for service therein, to desert therefrom, or aids any such person in deserting or in attempting to desert from such service; or

Whoever harbors, conceals, protects, or assists any such person who may have deserted from such service, knowing him to have deserted therefrom, or refuses to give up and deliver such person on the demand of any officer authorized to receive him—

Shall be fined under this title or imprisoned not more than three years, or both.

(June 25, 1948, ch 645, § 1, 62 Stat. 764; Sept. 13, 1994, P. L. 103-322, Title XXXIII, § 330016(1)(I), 108 Stat. 2147.)

### § 1382. Entering military, naval, or Coast Guard property

Whoever, within the jurisdiction of the United States, goes upon any military, naval, or Coast Guard reservation, post, fort, arsenal, yard, station, or installation, for any purpose prohibited by law or lawful regulation; or

Whoever reenters or is found within any such reservation, post, fort, arsenal, yard, station, or installation, after having been removed therefrom or ordered not to reenter by any officer or person in command or charge thereof—

Shall be fined under this title or imprisoned not more than six months, or both.

(June 25, 1948, ch 645, § 1, 62 Stat. 765; Sept. 13, 1994, P. L. 103-322, Title XXXIII, § 330016(1)(G), 108 Stat. 2147.)

### [§ 1383.   Repealed]

### § 1384. Prostitution near military and naval establishments

Within such reasonable distance of any military or naval camp, station, fort, post, yard, base, cantonment, training or mobilization place as the Secretary of the Army, the Secretary of the Navy, the Secretary of the Air Force, or any two or all of them shall determine to be needful to the efficiency, health, and welfare of the Army, the Navy, or the Air Force, and shall designate and publish in general orders or bulletins, whoever engages in prostitution or aids or abets prostitution or procures or solicits for purposes of prostitution, or keeps or sets up a house of ill fame, brothel, or bawdy house, or receives any person for purposes of lewdness, assignation, or prostitution in any vehicle, conveyance, place, structure, or building, or permits any person

Case 1:13-cv-22020-KMW   Document 1   Entered on FLSD Docket 06/05/2013   Page 104 of 107

to remain for the purpose of lewdness, assignation, or prostitution in any vehicle, conveyance, place, structure, or building or leases or rents or contracts to lease or rent any vehicle, conveyance, place, structure or building, or part thereof, knowing or with good reason to know that it is intended to be used for any of the purposes herein prohibited shall be fined under this title or imprisoned not more than one year, or both.

The Secretaries of the Army, Navy, and Air Force and the Federal Security Administrator [Secretary of Health and Human Services] shall take such steps as they deem necessary to suppress and prevent such violations thereof, and shall accept the cooperation of the authorities of States and their counties, districts, and other political subdivisions in carrying out the purpose of this section.

This section shall not be construed as conferring on the personnel of the Departments of the Army, Navy, or Air Force or the Federal Security Agency [Department of Health and Human Services] any authority to make criminal investigations, searches, seizures, or arrests of civilians charged with violations of this section.

(June 25, 1948, ch 645, § 1, 62 Stat. 765; May 24, 1949, ch 139, § 35, 63 Stat. 94; Sept. 13, 1994, P. L. 103-322, Title XXXIII, § 330016(1)(H), 108 Stat. 2147.)

### § 1385.  Use of Army and Air Force as posse comitatus

Whoever, except in cases and under circumstances expressly authorized by the Constitution or Act of Congress, willfully uses any part of the Army or the Air Force as a posse comitatus or otherwise to execute the laws shall be fined under this title or imprisoned not more than two years, or both.

(Added Aug. 10, 1956, ch 1041, § 18(a), 70A Stat. 626; June 25, 1959, P. L. 86-70, § 17(d), 73 Stat. 144; Sept. 13, 1994, P. L. 103-322, Title XXXIII, § 330016(1)(L), 108 Stat. 2147.)

### § 1386.  Keys and keyways used in security applications by the Department of Defense

(a)(1) Whoever steals, purloins, embezzles, or obtains by false pretense any lock or key or any lock, knowing that such lock or key has been adopted by any part of the Department of Defense, including all Department of Defense agencies, military departments, and agencies thereof, for use in protecting conventional arms, ammunition or explosives, special weapons, and classified information or classified equipment shall be punished as provided in subsection (b).

(2) Whoever—

(A) knowingly and unlawfully makes, forges, or counterfeits any key, knowing that such key has been adopted by any part of the Department of Defense, including all Department of Defense agencies, military departments, and agencies thereof, for use in protecting conventional arms, ammunition or

explosives, special weapons, and classified information or classified equipment; or

(B) knowing that any lock or key has been adopted by any part of the Department of Defense, including all Department of Defense agencies, military departments, and agencies thereof, for use in protecting conventional arms, ammunition or explosives, special weapons, and classified information or classified equipment, possesses any such lock or key with the intent to unlawfully or improperly use, sell, or otherwise dispose of such lock or key or cause the same to be unlawfully or improperly used, sold, or otherwise disposed of,

shall be punished as provided in subsection (b).

(3) Whoever, being engaged as a contractor or otherwise in the manufacture of any lock or key knowing that such lock or key has been adopted by any part of the Department of Defense, including all Department of Defense agencies, military departments, and agencies thereof, for use in protecting conventional arms, ammunition or explosives, special weapons, and classified information or classified equipment, delivers any such finished or unfinished lock or any such key to any person not duly authorized by the Secretary of Defense or his designated representative to receive the same, unless the person receiving it is the contractor for furnishing the same or engaged in the manufacture thereof in the manner authorized by the contract, or the agent of such manufacturer, shall be punished as provided in subsection (b).

(b) Whoever commits an offense under subsection (a) shall be fined under this title or imprisoned not more than 10 years, or both.

(c) As used in this section, the term "key" means any key, keyblank, or keyway adopted by any part of the Department of Defense, including all Department of Defense agencies, military departments, and agencies thereof, for use in protecting conventional arms, ammunition or explosives, special weapons, and classified information or classified equipment.

(Added Dec. 5, 1991, P. L. 102-190, Div A, Title X, Part G, § 1090(a), 105 Stat. 1485.)

### § 1387.  Demonstrations at cemeteries under the control of the National Cemetery Administration and at Arlington National Cemetery

Whoever violates section 2413 of title 38 [38 USCS § 2413] shall be fined under this title, imprisoned for not more than one year, or both.

(Added May 29, 2006, P. L. 109-228, § 3(a), 120 Stat. 388.)

### § 1388.  Prohibition on disruptions of funerals of members or former members of the Armed Forces

(a) Prohibition. For any funeral of a member or former member of the Armed Forces that is not located at a cemetery under the control of the National Cemetery Administration or part of Arling-

SELECTIVE SERVICE SYSTEM
P.O. BOX 94739
PALATINE, IL  60094-4739

# SELECTIVE SERVICE SYSTEM
http://www.sss.gov



79-1970448-1    FCI   30133-0000F+                    January 22, 2013

PEDRO    CORTES, JR                      If corrections are necessary
MERME SPEC 19201 SW 12TH ST              mail completed form to:
MIAMI, FL  33194
                                         Selective Service System
                                         P.O. Box 94638
                                         Palatine, IL  60094-4638

Dear Mr. CORTES,

Thank you for the information you gave us recently concerning your registration
with the Selective Service System.  The form below shows the information we
currently have in your file.

PLEASE NOTE:  TO CHANGE YOUR NAME AS REQUESTED, WE MUST HAVE OFFICIAL
DOCUMENTATION CONFIRMING YOUR NAME CHANGE, SUCH AS A COURT ORDER OR A SIMILAR
DOCUMENT.

Please attach this letter to your document(s) and send them to us in the enclosed
envelope.  We can then change your name as requested.

If you have any questions, please call us at:  1-847-688-6888.

                                         Sincerely,

_____
Date

_____                 Lawrence G. Romo
Signature of Registrant                  Director


(DON'T FORGET VOTER REGISTRATION...IF ELIGIBLE, REGISTER LOCALLY TO VOTE)

| Selective Service No. | Social Security No. | Sex | Date of Birth | Telephone Number | Last Action Date |
|---|---|---|---|---|---|
| 79-1970448-1 | | M | 04-05-1979 | | 01-22-2013 |

| Name | |
|---|---|
| PEDRO          CORTES JR | |

| CURRENT MAILING ADDRESS | PERMANENT ADDRESS |
|---|---|
| Number and Street | Number and Street |
| MERME SPEC 19201 SW 12TH ST | |

| City | State | Zip Code | City | State | Zip Code |
|---|---|---|---|---|---|
| MIAMI | FL | 33194 | | | |

79-1970448-1          M     04-05-1979   01-17-2013

(Do Not Write in the Above Space.)

\*\*\*\*\*\*\*\*AUTO\*\*MIXED AADC 601

79-1970448-1    50    30122-001913

PEDRO   CORTES, JR
18201 SW 12TH ST
MIAMI, FL 33194-2700

7-00



If you have already reac
age 26 or will do so in
current calendar year, y
are no longer required t
notify Selective Service
any future changes of
address or changes to an
other items on your
registration record.

### Change of Information Form
If any information shown is incorrect, make corrections, sign, and return this top portion to
Selective Service System, P.O. Box 94636, Palatine, Illinois 60094-4636.

TODAY'S DATE          SIGNATURE OF REGISTRANT

G.P.O. U.S. GOVERNMENT PRINTING OFFICE 2012-554-016/20009    SSS Form 3B : Apr

------------------------------------------------------------
(Cut along dotted line.)

**Dear Registrant:**
Please keep this letter or the wallet sized registration acknowledgment provided below as proof o
your registration. Please review it carefully. Use the top portion of this letter to update and/o
correct your information. Mark through any mistakes and write the correct information.

**IF YOU MADE CHANGES:** Return the top portion of this letter to: Selective Service System
P.O. Box 94636, Palatine, Illinois 60094-4636. If changing only your address, you may go to www.sss.gov. Yo
are required to notify the Selective Service System within 10 days of any change.

For Non-Immigrant Aliens: If you are on a valid visa and believe that you were registered in error, send thi
entire form and a copy of your I-94, I-95A, or Border Crossing Card (DSP-150) to: Selective Service System
P.O. Box 94638, Palatine, Illinois 60094-4638.

If you have questions about the Selective Service System, call 1-847-688-6888.

### Thank You!



We estimate the public reporting burden for this collection will vary from 1 - 2 minutes per response, including time for reviewing instructions, searching existing data sources, gathering data, and completing and reviewing the information. Send comments regarding the burden statement or any other aspects of the collection of information, including suggestions for reducing this burden to  Selective Service System, SSS Forms Officer (3240-0003), Arlington, VA 22209-2425. The OMB control number 3240-0003, is currently valid. Persons are not required to respond to this collection unless it displays a valid OMB control number.



**Registration Acknowledgment**

79-1970448-1        04-05-1979

PEDRO   CORTES, JR
KROME SPEC 18201 SW 12TH ST
MIAMI, FL  33194



Here's your official

registration Acknowledgment

Cut it out and safeguard it as your proof of having
registered

SSS Form 3A (Apr-11)

01-17-

The Selective Service System thanks you for registering.
This form is your official Registration Acknowledgment.
Cut it out and safeguard it as your proof of having registered.

Laurence G. Romo





En nombre del Estado Libre y Soberano de Morelos y como Oficial del Registro Civil de este lugar, hago saber a los que la presente vieren, y certifico que en el Libro Número **01** del Registro Civil que es a mi cargo, a la foja **111** se encuentran asentados los datos siguientes:

## ACTA DE NACIMIENTO

CRIP: ----------
CURP: ----------

| OFICIALIA | LIBRO No. | ACTA No. | LOCALIDAD | FECHA DE REGISTRO |
| --- | --- | --- | --- | --- |
| | | | | DIA   MES   AÑO |
| 01 | 01 | 00088 | TETECALA | 11/JUNIO/1979 |

| MUNICIPIO O DELEGACION | ENTIDAD FEDERATIVA |
| --- | --- |
| TETECALA | MORELOS |

### DATOS DEL REGISTRADO

| PEDRO | CORTES | RODRIGUEZ |
| --- | --- | --- |
| NOMBRE(S) | PRIMER APELLIDO | SEGUNDO APELLIDO |

**MASCULINO**
SEXO

### LUGAR Y FECHA DE NACIMIENTO

| LOCALIDAD | MUNICIPIO | ENTIDAD | PAIS | FECHA |
| --- | --- | --- | --- | --- |
| TETECALA | TETECALA | MORELOS | MEXICO | 05/ABRIL/1979 |

### DATOS DE LOS PADRES

| PEDRO | CORTEZ | ---------------------- |
| --- | --- | --- |
| NOMBRE(S) | PRIMER APELLIDO | SEGUNDO APELLIDO |
| | | 23  AÑOS |
| MEXICANA | MICHOACAN | EDAD |
| NACIONALIDAD | LUGAR DE NACIMIENTO | |
| IRMA | RODRIGUEZ | GARCIA |
| NOMBRE(S) | PRIMER APELLIDO | SEGUNDO APELLIDO |
| | | 19  AÑOS |
| MEXICANA | MORELOS | EDAD |
| NACIONALIDAD | LUGAR DE NACIMIENTO | |

### DATOS DE LOS ABUELOS

| ----------------- | --------- | -------------------- | --------- |
| --- | --- | --- | --- |
| ABUELO PATERNO | NACIONALIDAD | ABUELO MATERNO | NACIONALIDAD |
| ----------------- | --------- | -------------------- | --------- |
| ABUELA PATERNA | NACIONALIDAD | ABUELA MATERNA | NACIONALIDAD |

### PERSONA DISTINTA DE LOS PADRES QUE PRESENTA AL REGISTRADO

| FRANCISCO RODRIGUEZ | 60 | --------- |
| --- | --- | --- |
| NOMBRE | EDAD | PARENTESCO |

La presente Acta tiene anexas las Anotaciones siguientes :

-----------------------------------------------------------------------
-----------------------------------------------------------------------
-----------------------------------------------------------------------
-----------------------------------------------------------------------
-----------------------------------------------------------------------
-----------------------------------------------------------------------



LAZARO BELTRAN SOLORZANO
El C. Oficial No. 01  del Registro Civil

El suscrito Oficial del Registro Civil Núm 01 de éste Municipio Certifica que los datos de la presente corresponden en todas sus letras, números y signos con su original que tuve a la vista.

Certificación que se expide en TETECALA, MORELOS

OFICIALIA DEL REGISTRO CIVIL No 01 TETECALA, MOR.
SELLO DE LA OFICIALIA

10/03/2004 10:23:1
FECHA DE EXPEDICION

0117711

INTAGLIO HOLOGRAMAS